# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

PeopleFlo Manufacturing, Inc.
                                        Plaintiff,

v.                                                       Case No.: 1:20–cv–03642
                                                       Honorable Manish S. Shah

Sundyne, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2025:

       MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The motion for status hearing [441] is granted. Status hearing held. Oral ruling on the motions for reconsideration [415] [417] held. For the reasons stated in open court, the motions for reconsideration [415] [417] are denied. The court will file a redacted version of its opinion [405] on the public docket. The parties are directed to contact Magistrate Judge Kim to set a discovery schedule. A status report shall be filed by 4/29/25, and should provide an update on any discussions to resolve the remedy for Pumpworks/DXP pending claim. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.