# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                              Plaintiff,

v.
                                                      Case No.: 1:20–cv–03642
                                                    Honorable Manish S. Shah

Sundyne, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

       MINUTE entry before the Honorable Young B. Kim: Status hearing held. Parties are to email the court by April 9, 2025, whether there is any interest in discussing settlement with this court's supervision. Mailed notice (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.