# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                          Plaintiff,

v.                                                         Case No.: 1:20–cv–03642
                                                                Honorable Manish S. Shah

Sundyne, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties do not believe settlement discussions would be productive at this time. When preparing the status report that is due by April 29, 2025, (see R. 443), the parties are to propose a schedule for completing expert discovery, including the names of all experts retained and their areas of expertise. If the parties plan on retaining others, they should note that their roster of experts remains incomplete. (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.