# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                              Plaintiff,

v.                                                         Case No.: 1:20–cv–03642
                                                           Honorable Manish S. Shah

Sundyne, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

      MINUTE entry before the Honorable Young B. Kim: In light of the status report (R. 451), the parties are to adhere to the following expert discovery schedule: (1) serve Rule 26(a)(2) disclosures on issues for which they have the burden of proof by July 18, 2025; (2) serve responsive Rule 26(a)(2) disclosures by September 12, 2025; and (3) depose all experts by October 31, 2025. This is a firm schedule. Parties should plan accordingly. Parties are to file a joint status report by May 15, 2025, with a confirmed deposition schedule (depositions to take place between September 19 and October 31, 2025) for the following experts they have identified so far: (a) Gary Kleinrichert; (b) William Blankemeier; (c) Kees van der Sluijs; (d) David Clark; and (e) Claire Barton. When scheduling the depositions, experts (a) and (b) must be deposed before experts (c)−(e) unless the parties agree to a different sequence. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.