# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** <br><br> **Defendants,** | Case No. 1: 20-CV-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |
| **PUMPWORKS, LLC,** <br><br> **Counter-Plaintiff,** <br><br> v. <br><br> **PEOPLEFLO MANUFACTURING, INC.,** <br><br> **Counter-Defendant.** | |

### JOINT STATUS REPORT OF PEOPLEFLO MANUFACTURING, INC., SUNDYNE. LLC, AND ACCUDYNE INDUSTRIES, LLC

Plaintiff PeopleFlo Manufacturing, Inc., and Defendants Sundyne, LLC and Accudyne Industries, LLC, by and through their respective counsel, submit the following Joint Status Report in accord with Dkt # 453 that the following expert deposition dates have been scheduled:

1. Gary Kleinrichert on October 7, 2025.

2. William Blankemeier on September 29, 2025.

3. Kees van der Sluijs on October 29, 2025.

4. David Clark on October 21, 2025.

5. Claire Barton on October 20, 2025.

4905-1523-9235.1

| | |
|---|---|
| Dated:  May 14, 2025 | Respectfully submitted, |
| By: /s/ John T. Ruskusky | By:  /s/ Christopher T. Sheean |
| John T. Ruskusky<br>(jtruskusky@nixonpeabody.com)<br>**Nixon Peabody LLP**<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>Telephone: (312) 977-4400<br><br>*Attorneys for Plaintiff PeopleFlo Manufacturing, Inc.* | Christopher T. Sheean<br>(csheean@smbtrials.com)<br>Eric J. Skwiat (eskwiat@smbtrials.com)<br>**SWANSON, MARTIN & BELL, LLP**<br>330 N. Wabash St., Suite. 3300<br>Chicago, Illinois 60611<br>(312) 222-8559<br><br>*Attorneys for Defendant, Sundyne, LLC and Defendant Accudyne Industries, LLC.* |

4905-1523-9235.1