# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

PeopleFlo Manufacturing, Inc.
                                         Plaintiff,

v.                                                               Case No.: 1:20−cv−03642
                                                                   Honorable Manish S. Shah

Sundyne, LLC, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

      MINUTE entry before the Honorable Young B. Kim: In light of the status report (R. 454)−−−presented to the presiding District Judge in error−−−the parties are to complete the following expert depositions on the 2025 (dates) noted: (1) William Blankemeier (September 29); (2) Gary Kleinrichert (October 7); (3) Claire Barton (October 20); (4) David Clark (October 21); and (5) Kees van der Sluijs (October 29). Parties may choose to cancel and waive the right to depose an expert, but may not change this schedule without good cause and leave of court. Parties are to file a joint status report by November 14, 2025, advising the court on whether they wish to serve rebuttal expert reports. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.