# **EXHIBIT A**

**From:** Ruskusky, John
**Sent:** Thursday, June 5, 2025 3:50 PM
**To:** 'Christopher Sheean' <csheean@smbtrials.com>
**Subject:** RE: Sundyne's Supplemental Production

Thanks and enjoy the wedding. I will send you an invite for 130 if that works.

**From:** Christopher Sheean <csheean@smbtrials.com>
**Sent:** Thursday, June 5, 2025 12:53 PM
**To:** Ruskusky, John <jtruskusky@nixonpeabody.com>
**Subject:** Re: Sundyne's Supplemental Production

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

John,

I am out of town for a family wedding-back on Monday and can talk in the afternoon.

Christopher T. Sheean
Swanson, Martin & Bell, LLP
(312) 222-8559
csheean@smbtrials.com

**From:** Ruskusky, John <jtruskusky@nixonpeabody.com>
**Sent:** Thursday, June 5, 2025 9:51:45 AM
**To:** Christopher Sheean <csheean@smbtrials.com>
**Subject:** Sundyne's Supplemental Production

**Caution:** External email.

Chris – I am following up on our prior requests for Sundyne's supplemental production of CSA sales records. PeopleFlo's position remains that documents reflecting all CSA sales should be produced including due to the pending contract claims.

I also wanted to find 15 minutes to discuss other matters tomorrow. Any good times for you?

Thank you.

John

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.