IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** <br><br> **Defendants,** | Case No. 1: 20-CV-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |
| **PUMPWORKS, LLC,** <br><br> **Counter-Plaintiff,** <br><br> v. <br><br> **PEOPLEFLO MANUFACTURING, INC.,** <br><br> **Counter-Defendant.** | |

## NOTICE OF MOTION

Please take notice that on Wednesday, July 9, 2025, at 11:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff PeopleFlo Manufacturing, Inc. shall appear before the Honorable Magistrate Judge Young B. Kim, or any judge sitting in his stead in Courtroom 1019 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Plaintiff's Motion to Compel Production of Documents, Dtk. 456.

Dated: July 3, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John T. Ruskusky
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Peopleflo
　　　　　　　　　　　　　　　　　　　　Manufacturing, Inc.

　　　　　　　　　　　　　　　　　　　　John T. Ruskusky
　　　　　　　　　　　　　　　　　　　　(jtruskusky@nixonpeabody.com)
　　　　　　　　　　　　　　　　　　　　**Nixon Peabody LLP**
　　　　　　　　　　　　　　　　　　　　70 West Madison Street, Suite 5200
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 977-4400
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 977-4405

## CERTIFICATE OF SERVICE

　　The undersigned certifies that on July 3, 2025, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

　　　　　　　　　　　　　　　　　　　　/s/ John T. Ruskusky
　　　　　　　　　　　　　　　　　　　　Counsel for PeopleFlo Manufacturing, Inc.