# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                                 Plaintiff,

v.                                                Case No.: 1:20–cv–03642
                                               Honorable Manish S. Shah

Sundyne, LLC, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, July 5, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to compel [456] is entered and continued. Appearance on July 9, 2025, is not required to present this motion. A hearing on the motion is scheduled for July 22, 2025, at 1:00 p.m. in courtroom 1019. Defendant Sundyne, LLC ("Sundyne") must be prepared to respond to the motion at the hearing. If Sundyne wishes to file a written opposition, it must be filed by noon on July 18, 2025. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.