**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| **Plaintiff,** | Case No. 20-cv-03642 |
| v. | **Honorable Manish S. Shah** |
| **SUNDYNE, LLC; ACCUDYNE INDUSTRIES, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** | **Magistrate Judge Young B. Kim** |
| **Defendants.** | |

**UNOPPOSED MOTION TO RESET HEARING ON MOTION TO COMPEL**

Defendant Sundyne, LLC ("Sundyne"), hereby requests that the Court reset the hearing scheduled for July 22, 2025 at 1:00 p.m. (Dkt # 458), and in support thereof, states:

1. The Court entered an order on July 4, 2025, setting a hearing on Plaintiff's Motion to Compel for Tuesday, July 22, 2025 at 1:00 p.m. (Dkt #458).

2. Due to preexisting travel commitments, Sundyne is unavailable the week of July 21-25, 2025, and counsel for Plaintiff is unavailable the week of July 14-18. Therefore, Sundyne requests that the hearing be reset for July 28, 20 or 30, 2025.

3. Sundyne does not bring this motion to delay this cause, or for any other improper purpose.

4. Counsel for Sundyne contacted counsel for PeopleFlo, and PeopleFlo does not oppose the relief requested.

WHEREFORE, for the reasons stated above, Defendant Sundyne, LLC requests that this Court reset the hearing scheduled for July 22, 2025 to a time on July 28, 29 or 30, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,
SUNDYNE, LLC

By: */s/ Christopher T. Sheean*
    One of its attorneys

Christopher T. Sheean (ARDC #6210018)
Eric J. Skwiat (ARDC #6321537)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 – Fax
csheean@smbtrials.com
eskwiat@smbtrials.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 7, 2025**, I electronically filed the foregoing with the Court using the CM/ECF filing system, which will automatically serve copies upon all counsel of record.

                                                       */s/ Christopher T. Sheean*