# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                                      Plaintiff,

v.                                                                       Case No.: 1:20−cv−03642
                                                                                       Honorable Manish S. Shah

Sundyne, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable Young B. Kim: In its motion to compel [456], Plaintiff seeks an order compelling Sundyne, LLC ("Sundyne") to supplement its responses to Requests for Production of Documents ("RFP") Nos. 16, 17, 25, 32, 36–41, 61, 62, 110, 111, and 115. Plaintiff argues these requests require the production of more recent documents reflecting additional sales, profit or revenue forecasting, evaluations, and projections for damages analysis. After reviewing all submissions, including Plaintiff's reply filed today, the court denies the motion as to RFP Nos. 25, 32, 38, 39, 41, 110, 111, and 115. The record fails to show any indication that Plaintiff previously raised issues with Sundyne's objections to Nos. 25, 32, 38, 39, and 41 or that the court ordered Sundyne to produce sales and revenue information in response to these requests. Therefore, the motion is untimely as to these requests. The motion is denied as to RFP Nos. 110 and 111 because they specifically seek communications exchanged only between May 1 and November 30, 2017. Regarding RFP No. 115, Sundyne has already stated it possesses no responsive documents, and that position remains unchanged. Accordingly, Sundyne is not required to supplement its responses to these RFPs. Tomorrow's motion hearing will therefore focus solely on RFP Nos. 16, 17, 36, 37, 40, 61, and 62, and the extent to which Sundyne must supplement its earlier productions in light of the claims to be tried against it. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.