# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                       Plaintiff,

v.                                             Case No.: 1:20–cv–03642
                                                 Honorable Manish S. Shah

Sundyne, LLC, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. Plaintiff's motion to compel documents from Sundyne, LLC [456] is taken under advisement. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.