UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

PeopleFlo Manufacturing, Inc.
        Plaintiff,

v.                     Case No.: 1:20−cv−03642
                       Honorable Manish S. Shah

Sundyne, LLC, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2025:

   MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to compel [456] is granted as to Requests for Production of Documents ("RFP") Nos. 16, 17, 36, 37, 40, 61, and 62. The court is persuaded that Plaintiff is entitled to updated discovery for all CSA products. Although Sundyne, LLC's ("Sundyne") argument based on the court's summary judgment rulings has facial appeal, there is no dispute that Plaintiff's breach of contract claim against Sundyne based on the non−disclosure agreement is fully intact. While Sundyne remains free to challenge the confidential nature of the information Plaintiff conveyed to Sundyne under the non−disclosure agreement at trial, Plaintiff is still entitled to updated discovery. As such, Sundyne is ordered to serve updated sales projections in response to RFP Nos. 16 & 17, market share analysis in response to Nos. 36, 37 & 40, and sales and profits in response to Nos. 61 & 62. If Sundyne does not have any updated information to share in response to these RFPs, it must state, "None." Plaintiff's in−court argument related to RFP Nos. 25 and 32 is not sufficient for this court to reconsider its July 30, 2025 order because Docket Entry No. 43 refers only to a court order denying Plaintiff's motion to compel without any reference to either RFP No. 25 or No. 32. Sundyne has until August 15, 2025, to comply with this order. In light of this ruling, the parties are to file a joint status report by August 22, 2025, advising the court on whether the parties require a modification to the expert discovery schedule entered on May 1, 2025, (R. [453]), and the deposition schedule entered on May 14, 2025, (R. [455]), and the reasons for needing the modification. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.