IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLEFLO MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC, <br><br> Defendants, | Case No. 1:20-cv-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |
| PUMPWORKS, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> PEOPLEFLO MANUFACTURING, INC., <br><br> Counter-Defendant. | |

**INDEX TO EXHIBITS TO PUMPWORKS, LLC'S
MEMORANDUM IN SUPPORT OF ITS PROVE UP OF DAMAGES**

| NO. | DESCRIPTION |
|---|---|
| 1 | Development and Supply Agreement of March 22, 2018 (Previously submitted as Exhibit 1 to Plaintiff PeopleFlo Manufacturing, Inc.'s Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment Dkt. #342-1) |
| 2 | Group Exhibit containing a copy of each of the PeopleFlo Invoices Produced in Discovery by PumpWorks (individually referred to by Invoice # or Bates #[1]) |
| 3 | Group Exhibit containing a copy of each of the PeopleFlo Invoices Produced in Discovery by PeopleFlo (individually referred to by Invoice # or Bates #) |
| 4 | Group Exhibit containing a copy of each of the PeopleFlo Packing Slips Produced in Discovery by PumpWorks (individually referred to by Date # or Bates #) |

---

[1] "Bates #" refers to that designation placed on the document for identification by the producing party.

1

| | |
|---|---|
| 5 | Group Exhibit containing a copy of each of the PeopleFlo Packing Slips Produced in Discovery by PeopleFlo (individually referred to by Date # or Bates #) |
| 6 | Shafer Chart and related e-mails instructing its preparation used as deposition exhibit 247 bates # DXP-PW 0129419 (Previously produced as exhibit 230 to Defendants' Response to PeopleFlo's Statement of Additional Facts Dkt # 381 with this exhibit filed under seal at Dkt # 388-11 |
| 6i | Shafer Chart reprinted with line numbers |
| 7 | Deposition Exhibit 248 PeopleFlo Packing Slip, 4/17/2020 bates # DXP-PW 0141323 |
| 8 | Deposition Exhibit 249 PeopleFlo Packing Slip, 3/12/2020 bates # DXP-PW 0199561 |
| 9 | Deposition Exhibit 250 PeopleFlo Packing Slip, 4/17/2020 bates # DXP-PW 0141322 |
| 10 | Deposition Exhibit 562 email with chart of 20 invoices 4/20/2020 bates # PeopleFlo 0003971 |
| 11 | Excerpts from Clark Shafer deposition testimony (The entire transcript was previously produced as Exhibit 10 to Defendants' Joint Statement of Undisputed Facts in Support of Motions for Summary Judgement Dkt #330-10). Only pages 10 and 135-146 are produced here. |
| 12 | Excerpts from William Blankemeier deposition testimony of June 24, 2022 (The entire transcript was previously produced as Exhibit 6 to Defendants' Joint Statement of Undisputed Facts in Support of Motions for Summary Judgement Dkt #330-6). Only pages 41 and189-196 are produced here. |
| 13 | Excerpts from William Blankemeier Rule 30(b)(6) deposition testimony of December 20, 2022 (The entire transcript was previously produced as Exhibit 16 to Defendants' Joint Statement of Undisputed Facts in Support of Motions for Summary Judgement Dkt #330-16). Only pages 18-21 are produced here. |
| 14 | Excerpts from Plaintiff PeopleFlo Manufacturing, Inc.'s Responses to Defendant PumpWorks LLC's Statement of Additional Undisputed Facts in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Motion for partial Summary Judgment Dkt # 391 |
| 15 | Excerpts from the Declaration of George ("Skip") Giessing (The entire declaration was previously produced as Exhibit 67 to Defendant PumpWorks LLC's Local Rule 56.1(b)(3) Statement of Additional Undisputed Facts in Support of Its Motions for Summary Judgment an in Opposition to Plaintiff's Motion for Partial Summary Judgment Dkt.# 350 |
| 15A | The Giessing Accounting, (Previously produced as exhibit C to the Giessing Declaration Dkt. # 356-3). |
| 15Ai | Giessing Accounting reprinted with line numbers |

| 15B | A copy of purchase order 4744 (Previously produced as exhibit D to the Giessing Declaration Dkt. # 356-4) |
| --- | --- |
| 15C | A copy of purchase order 2563 (Previously produced as exhibit E to the Giessing Declaration Dkt. # 356-5) |
| 15D | A copy of purchase order 7024 (Previously produced as exhibit F to the Giessing Declaration Dkt. # 356-6) |
| 16 | Stephen Wick Declaration |
| 16A | Print out of the PumpWorks ERP accounts payable ledger Bates # DXP-PW 022375 - 400. |
| 16Ai | ERP accounts payable ledger reprinted with line numbers |
| 16B | Copies of Bank of America statements for Best Equipment Service & Sales Co. LLC dba PumpWorks Industrial (redacted as to all information except that related to PeopleFlo payments) |
| 16C | Copies of wire transfer confirmations related to some payments to PeopleFlo. (account information redacted) |
| 16D | Copy of a check from the positive pay system showing payment to PeopleFlo. (account information redacted) |
| 16E | Wick verifications of PumpWorks' payments to PeopleFlo |
| 17 | Master Chart |