# EXHIBIT 2



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 964
**DATE** 04/05/2018
**DUE DATE** 04/30/2018
**TERMS** 50% Prepaid &  50%
Net 30

**P.O. NUMBER**
SB00004744

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **pre-payment** | 100 | 1,650.00 | 165,000.00 |
| 50% per agreement | | | |
| **MCU-2x3x8 magnetic coupling unit** | 0 | 1,650.00 | 0.00 |
| • per quote no.:  BFT32318 | | | |
| • material:  316 SS | | | |
| • coupling:  LT (low torque) | | | |
| • bushing:  carbon-graphite | | | |
| • o-rings:  Viton | | | |
| **MCU-3x4x8G magnetic coupling unit** | 0 | 1,650.00 | 0.00 |
| • per quote no.:  BFT32318 | | | |
| • material:  316 SS | | | |
| • coupling:  LT (low torque) | | | |
| • bushing:  carbon-graphite | | | |
| • o-rings:  Viton | | | |
| **MCU-3x4x8 magnetic coupling unit** | 0 | 1,650.00 | 0.00 |
| • per quote no.:  BFT32318 | | | |
| • material:  316 SS | | | |
| • coupling:  LT (low torque) | | | |
| • bushing:  carbon-graphite | | | |
| • o-rings:  Viton | | | |
| **MCU-1x2x10 magnetic coupling unit** | 0 | 1,650.00 | 0.00 |
| • per quote no.:  BFT32318 | | | |
| • material:  316 SS | | | |
| • coupling:  LT (low torque) | | | |
| • bushing:  carbon-graphite | | | |
| • o-rings:  Viton | | | |
| **MCU-1.5x3x10 magnetic coupling unit** | 0 | 1,650.00 | 0.00 |
| • per quote no.:  BFT32318 | | | |
| • material:  316 SS | | | |
| • coupling:  LT (low torque) | | | |
| • bushing:  carbon-graphite | | | |
| • o-rings:  Viton | | | |
| **MCU-2x3x10 magnetic coupling unit** | 0 | 1,650.00 | 0.00 |

DXP-PW_ 0039941

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| • per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | | | |
| **MCU-3x4x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 1,650.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE          **$165,000.00**

PeopleFlo Manufacturing, Inc.

**PEOPLEFLO™**
MANUFACTURING

10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 968
**DATE** 07/31/2018
**DUE DATE** 08/31/2018
**TERMS** 50% Prepaid & 50% Net 30

**P.O. NUMBER**
SB00004744

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Deposit on Contract**<br>50% deposit per agreement | 0 | 1,650.00 | 0.00 |
| **MCU-2x3x8 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 1 | 1,650.00 | 1,650.00 |
| **MCU-3x4x8G magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 1,650.00 | 0.00 |
| **MCU-3x4x8 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 1,650.00 | 0.00 |
| **MCU-1x2x10 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 1,650.00 | 0.00 |
| **MCU-1.5x3x10 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 1,650.00 | 0.00 |
| **MCU-2x3x10 magnetic coupling unit** | 0 | 1,650.00 | 0.00 |

DXP-PW 0104960 (Confidential)

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| • per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | | | |
| **MCU-3x4x10 magnetic coupling unit** | 0 | 1,650.00 | 0.00 |
| • per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | | | |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE                     **$1,650.00**

PeopleFlo Manufacturing, Inc.

DXP-PW 0104961 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 969
**DATE** 10/03/2018
**DUE DATE** 10/13/2018
**TERMS** net 10 days

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **MCU Demo Unit**<br>2x3x8 MCU with travel case and low strength magnets | 2 | 3,800.00 | 7,600.00 |

BALANCE DUE  **$7,600.00**

PeopleFlo Manufacturing, Inc.

DXP-PW 0104962 (Confidential)

**PEOPLEFLO** ™
MANUFACTURING

10045 West Pacific Avenue
Franklin Park, IL 60131
Phone: 847-929-4774
Fax: 847-929-4774
Email: info@peoplefo.com

10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 971
**DATE** 11/05/2018
**DUE DATE** 11/30/2018
**TERMS** 50% Prepaid &  50%
Net 30

**P.O. NUMBER**
SB00004744

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **MCU-2x3x8 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 1 | 1,650.00 | 1,650.00 |
| **MCU-1.5x3x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 2 | 1,650.00 | 3,300.00 |
| **MCU-3x4x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 1 | 1,650.00 | 1,650.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE

**$6,600.00**

DXP-PW 0105623



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**

Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 974
**DATE** 12/05/2018
**DUE DATE** 12/15/2018
**TERMS** net 10 days

**P.O. NUMBER**
verbal: Trey Maxwell

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/05/2018 | **MCU-2x3x13 magnetic coupling unit**<br>LACT trial pump MCU | 1 | 3,300.00 | 3,300.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE

**$3,300.00**

DXP-PW 0107238



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

| | |
|---|---|
| **INVOICE #** | 976 |
| **DATE** | 12/18/2018 |
| **DUE DATE** | 12/31/2018 |
| **TERMS** | 50% Prepaid &  50% Net 30 |

| SHIP DATE | SHIP VIA | P.O. NUMBER |
|---|---|---|
| 12/18/2018 | UPS freight | SB00004744 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/18/2018 | **195-00110-4001**<br>MCU kit, 3x4x7, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 12/18/2018 | **195-00112-4001**<br>MCU kit, 2x3x8, G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 12/18/2018 | **195-00114-4001**<br>MCU kit, 3x4x8G, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 12/18/2018 | **195-00118-4001**<br>MCU kit, 1x2x10, G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 12/18/2018 | **195-00122-4001**<br>MCU kit, 2x3x10, G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 12/18/2018 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -13,200.00 | -13,200.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**           **$13,200.00**

DXP-PW 0107226



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 977
**DATE** 02/11/2019
**DUE DATE** 02/26/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/11/2019 | **Deposit on Contract**<br>40% prepayment | 100 | 1,320.00 | 132,000.00 |
| 02/11/2019 | **MCU-2x3x8 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 02/11/2019 | **MCU-3x4x8G magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 02/11/2019 | **MCU-3x4x8 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 02/11/2019 | **MCU-1x2x10 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 02/11/2019 | **MCU-1.5x3x10 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 02/11/2019 | **MCU-2x3x10 magnetic coupling unit** | 0 | 330.00 | 0.00 |

DXP-PW 0110202 (Confidential)

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | • per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | | | |
| 02/11/2019 | **MCU-3x4x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE       **$132,000.00**



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 979
**DATE** 02/11/2019
**DUE DATE** 02/26/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/11/2019 | **Deposit on Contract**<br>40% prepayment | 100 | 1,584.00 | 158,400.00 |
| 02/11/2019 | **MCU-2x3x8 magnetic coupling unit**<br>• per quote no.:  BFT62218<br>• material:  316 SS<br>• coupling:  HT (high torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 396.00 | 0.00 |
| 02/11/2019 | **MCU-3x4x8G magnetic coupling unit**<br>• per quote no.:  BFT62218<br>• material:  316 SS<br>• coupling:  HT (high torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 396.00 | 0.00 |
| 02/11/2019 | **MCU-3x4x8 magnetic coupling unit**<br>• per quote no.:  BFT62218<br>• material:  316 SS<br>• coupling: HT (high torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 396.00 | 0.00 |
| 02/11/2019 | **MCU-1x2x10 magnetic coupling unit**<br>• per quote no.:  BFT62218<br>• material:  316 SS<br>• coupling:  HT (high torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 396.00 | 0.00 |
| 02/11/2019 | **MCU-1.5x3x10 magnetic coupling unit**<br>• per quote no.:  BFT62218• material:  316 SS<br>• coupling:  HT (high torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 396.00 | 0.00 |
| 02/11/2019 | **MCU-2x3x10 magnetic coupling unit**<br>• per quote no.:  BFT62218 | 0 | 396.00 | 0.00 |

DXP-PW 0110204 (Confidential)

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | • material: 316 SS<br>• coupling: HT (high torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | | | |
| 02/11/2019 | **MCU-3x4x10 magnetic coupling unit**<br>• per quote no.: BFT62218<br>• material: 316 SS<br>• coupling: HT (high torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 396.00 | 0.00 |
| 02/11/2019 | **MCU-3x4x7 magnetic coupling unit**<br>MCU-3x4x7 magnetic coupling unit<br>• per quote no.: BFT62218<br>• material: 316 SS<br>• coupling:HT (high torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 396.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**  **$158,400.00**

DXP-PW 0110205 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 981
**DATE** 05/23/2019
**DUE DATE** 06/07/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 05/23/2019 | **MCU-2x3x8 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 05/23/2019 | **MCU-3x4x8G magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 05/23/2019 | **MCU-3x4x8 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 05/23/2019 | **MCU-1x2x10 magnetic coupling unit**<br>• DXP Part #: 195-00124-4001<br>per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 5 | 330.00 | 1,650.00 |
| 05/23/2019 | **MCU-1.5x3x10 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 05/23/2019 | **MCU-2x3x10 magnetic coupling unit**<br>• per quote no.: BFT32318 | 0 | 330.00 | 0.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | • material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | | | |
| 05/23/2019 | **MCU-3x4x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE                    **$1,650.00**

DXP-PW 0114155 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 982
**DATE** 05/24/2019
**DUE DATE** 06/08/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 05/24/2019 | **Deposit on Contract**<br>50% Prepayment | 1 | 283,800.00 | 283,800.00 |
| 05/24/2019 | **195-00100-4001**<br>MCU KIT,1x1.5x6, G1LT, VI,CG,SS | 0 | 1,353.00 | 0.00 |
| 05/24/2019 | **195-00102-4001**<br>MCU KIT,1.5x3x6, G1LT, VI,CG,SS | 0 | 1,353.00 | 0.00 |
| 05/24/2019 | **195-00104-4001**<br>MCU KIT,2x3x6, G1LT, VI,CG,SS | 0 | 1,353.00 | 0.00 |
| 05/24/2019 | **195-00106-4001**<br>MCU KIT,1x1.5x8, G1LT, VI,CG,SS | 0 | 1,353.00 | 0.00 |
| 05/24/2019 | **195-00108-4001**<br>MCU KIT,1.5x3x8, G1LT, VI,CG,SS | 0 | 1,353.00 | 0.00 |
| 05/24/2019 | **195-00101-4001**<br>MCU KIT,1x1.5x6, G1HT, VI,CG,SS | 0 | 1,485.00 | 0.00 |
| 05/24/2019 | **195-00103-4001**<br>MCU KIT,1.5x3x6, G1HT, VI,CG,SS | 0 | 1,485.00 | 0.00 |
| 05/24/2019 | **195-00105-4001**<br>MCU KIT,2x3x6, G1HT, VI,CG,SS | 0 | 1,485.00 | 0.00 |
| 05/24/2019 | **195-00107-4001**<br>MCU KIT,1x1.5x8, G1HT, VI,CG,SS | 0 | 1,485.00 | 0.00 |
| 05/24/2019 | **195-00109-4001**<br>MCU KIT,1.5x3x8, G1HT, VI,CG,SS | 0 | 1,485.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE** **$283,800.00**

DXP-PW 0114149 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 983
**DATE** 05/28/2019
**DUE DATE** 06/27/2019
**TERMS** Net 30

**P.O. NUMBER**
SB00007025

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 05/28/2019 | **MCU Repair**<br>MCU Repair | 1 | 2,676.00 | 2,676.00 |

Shipped a partial on 5/24/19

BALANCE DUE         **$2,676.00**

DXP-PW 0129436 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 984
**DATE** 06/18/2019
**DUE DATE** 07/03/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 06/18/2019 | **MCU-2x3x8 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-3x4x8G magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 4 | 330.00 | 1,320.00 |
| 06/18/2019 | **MCU-3x4x8 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-1x2x10 magnetic coupling unit**<br>• DXP Part #: 195-00124-4001<br>per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-1.5x3x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-2x3x10 magnetic coupling unit**<br>• per quote no.:  BFT32318 | 2 | 330.00 | 660.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | • material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | | | |
| 06/18/2019 | **MCU-3x4x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material: 316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **Special tool**<br>F00386 | 1 | 0.00 | 0.00 |
| 06/18/2019 | **Hardware kit** | 1 | 0.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE                    **$1,980.00**

DXP-PW 0126111 (Confidential)

10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com



# Invoice

**BILL TO**

Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 985
**DATE** 06/21/2019
**DUE DATE** 07/06/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 06/21/2019 | **195-00122-4001**<br>MCU kit, 2x3x10, G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 06/21/2019 | **195-00124-4001**<br>MCU lit, 4x4x10,G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 06/21/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -11,880.00 | -11,880.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**          **$1,320.00**

DXP-PW 0128062 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 986
**DATE** 07/02/2019
**DUE DATE** 07/17/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 07/02/2019 | **195-00114-4001**<br>MCU kit, 3x4x8G, G2LT, VI, CG, SS | 6 | 3,300.00 | 19,800.00 |
| 07/02/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -17,820.00 | -17,820.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**

**$1,980.00**

DXP-PW 0142980 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 987
**DATE** 06/21/2019
**DUE DATE** 07/06/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00007168

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 06/21/2019 | **195-00126-1000**<br>MCU kit, 2x3x13, G2LT, VI, CG, CS | 1 | 4,290.00 | 4,290.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**

**$4,290.00**

DXP-PW 0129441 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**

Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 988
**DATE** 07/26/2019
**DUE DATE** 08/10/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 07/26/2019 | **195-00116-4001**<br>MCU KIT, 3x4x8, 2GLT, VI, CG, SS | 3 | 3,300.00 | 9,900.00 |
| 07/26/2019 | **195-00120-4001**<br>MCU KIT, 1.5x3x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 07/26/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -11,880.00 | -11,880.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**            **$1,320.00**

DXP-PW 0126112 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 994
**DATE** 08/09/2019
**DUE DATE** 08/24/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/09/2019 | **195-00118-4001**<br>MCU kit, 1x2x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 08/09/2019 | **195-00120-4001**<br>MCU KIT, 1.5x3x10, G2LT, VI, CG, SS | 3 | 3,300.00 | 9,900.00 |
| 08/09/2019 | **195-00122-4001**<br>MCU kit, 2x3x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 08/09/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -14,850.00 | -14,850.00 |
| 08/09/2019 | **WFA-0222**<br>13" impeller castings | 2 | 0.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**     **$1,650.00**

DXP-PW 0129442 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 995
**DATE** 08/14/2019
**DUE DATE** 08/29/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/14/2019 | **195-00114-4001**<br>MCU kit, 3x4x8G, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 08/14/2019 | **195-00116-4001**<br>MCU kit, 3x4x8, G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 08/14/2019 | **195-00124-4001**<br>MCU kit, 3x4x10,G2LT, VI, CG, SS | 3 | 3,300.00 | 9,900.00 |
| 08/14/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -17,820.00 | -17,820.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**           **$1,980.00**

DXP-PW 0126113 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

| | |
|---|---|
| **INVOICE #** | 996 |
| **DATE** | 08/20/2019 |
| **DUE DATE** | 09/04/2019 |
| **TERMS** | Net 15 |

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/20/2019 | **Deposit on Contract**<br>40% Prepayment | 1 | 227,040.00 | 227,040.00 |
| 08/20/2019 | **195-00100-4001**<br>MCU KIT,1x1.5x6, G1LT, VI,CG,SS | 0 | 1,082.40 | 0.00 |
| 08/20/2019 | **195-00102-4001**<br>MCU KIT,1.5x3x6, G1LT, VI,CG,SS | 0 | 1,082.40 | 0.00 |
| 08/20/2019 | **195-00104-4001**<br>MCU KIT,2x3x6, G1LT, VI,CG,SS | 0 | 1,082.40 | 0.00 |
| 08/20/2019 | **195-00106-4001**<br>MCU KIT,1x1.5x8, G1LT, VI,CG,SS | 0 | 1,082.40 | 0.00 |
| 08/20/2019 | **195-00108-4001**<br>MCU KIT,1.5x3x8, G1LT, VI,CG,SS | 0 | 1,082.40 | 0.00 |
| 08/20/2019 | **195-00101-4001**<br>MCU KIT,1x1.5x6, G1HT, VI,CG,SS | 0 | 1,188.00 | 0.00 |
| 08/20/2019 | **195-00103-4001**<br>MCU KIT,1.5x3x6, G1HT, VI,CG,SS | 0 | 1,188.00 | 0.00 |
| 08/20/2019 | **195-00105-4001**<br>MCU KIT,2x3x6, G1HT, VI,CG,SS | 0 | 1,188.00 | 0.00 |
| 08/20/2019 | **195-00107-4001**<br>MCU KIT,1x1.5x8, G1HT, VI,CG,SS | 0 | 1,188.00 | 0.00 |
| 08/20/2019 | **195-00109-4001**<br>MCU KIT,1.5x3x8, G1HT, VI,CG,SS | 0 | 1,188.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE **$227,040.00**

DXP-PW 0121435 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 998
**DATE** 09/16/2019
**DUE DATE** 10/01/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 09/16/2019 | **195-00105-4001**<br>MCU kit, 2x3x6 G1HT, VI, CG, SS | 1 | 2,970.00 | 2,970.00 |
| 09/16/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -2,673.00 | -2,673.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE** **$297.00**

DXP-PW 0126115 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**

Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 999
**DATE** 09/23/2019
**DUE DATE** 10/08/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 09/23/2019 | **195-00100-4001**<br>MCU KIT,1x1.5x6,G1LT,VI,CG,SSC7 | 1 | 2,706.00 | 2,706.00 |
| 09/23/2019 | **195-00102-4001**<br>MCU KIT,1.5x3x6,G1LT,VI,CG,SSC8 $ | 1 | 2,706.00 | 2,706.00 |
| 09/23/2019 | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 09/23/2019 | **195-00105-4001**<br>MCU KIT,2x3x6,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 09/23/2019 | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 09/23/2019 | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 09/23/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -15,325.00 | -15,325.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE **$1,703.00**

DXP-PW 0126116 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**

Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1000
**DATE** 10/04/2019
**DUE DATE** 10/19/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00007548

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 10/04/2019 | **MCU Repair**<br>1x2x10 PPG repair | 1 | 1,010.00 | 1,010.00 |
| 10/04/2019 | **Sales1**<br>Upgraded parts for #2 PPG pump | 1 | 36.00 | 36.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE         **$1,046.00**



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**

Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1001
**DATE** 10/07/2019
**DUE DATE** 10/22/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 10/07/2019 | **195-00100-4001**<br>MCU kit, 1x1.5x6 G1LT, VI, CG, SS | 1 | 2,706.00 | 2,706.00 |
| 10/07/2019 | **195-00102-4001**<br>MCU kit, 1x3x6 G1LT, VI, CG, SS | 1 | 2,706.00 | 2,706.00 |
| 10/07/2019 | **195-00107-4001**<br>MCU kit, 1x1.5x8 G1HT, VI, CG, SS | 1 | 2,970.00 | 2,970.00 |
| 10/07/2019 | **195-00108-4001**<br>MCU kit, 1.5x3x8 G1LT, VI, CG, SS | 2 | 2,706.00 | 5,412.00 |
| 10/07/2019 | **195-00109-4001**<br>MCU kit, 1.5x3x8 G1HT, VI, CG, SS | 1 | 2,970.00 | 2,970.00 |
| 10/07/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -15,087.60 | -15,087.60 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**     **$1,676.40**

DXP-PW 0126108 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1002
**DATE** 10/28/2019
**DUE DATE** 11/12/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 10/28/2019 | **195-00115-4001**<br>MCU kit, 3x4x8G, G2LT, VI, CG, SS | 3 | 3,960.00 | 11,880.00 |
| 10/28/2019 | **195-00122-4001**<br>MCU kit, 3x4x8, G2LT, VI, CG, SS | 2 | 3,960.00 | 7,920.00 |
| 10/28/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -17,820.00 | -17,820.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**          **$1,980.00**

DXP-PW 0128422 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1003
**DATE** 11/01/2019
**DUE DATE** 11/16/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/01/2019 | **195-00118-4001**<br>MCU kit, 1x2x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 11/01/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -2,970.00 | -2,970.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**            **$330.00**

DXP-PW 0142971 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1004
**DATE** 11/04/2019
**DUE DATE** 11/19/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/04/2019 | **195-00119-4001**<br>MCU KIT,1x2x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 11/04/2019 | **195-00121-4001**<br>MCU KIT,1.5x3x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 11/04/2019 | **195-00123-4001**<br>MCU KIT,2x3x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 11/04/2019 | **195-00125-4001**<br>MCU KIT,3x4x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 11/04/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -14,256.00 | -14,256.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE** **$1,584.00**

DXP-PW 0129425 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1006
**DATE** 11/19/2019
**DUE DATE** 12/04/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00007653

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/19/2019 | **195-00130-4001**<br>MCU KIT, 2x3x8, G2LT, V1, CG,SS -<br>CUTAWAY | 1 | 6,600.00 | 6,600.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**

**$6,600.00**

DXP-PW 0126752 (Confidential)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

| | |
|---|---|
| **INVOICE #** | 1007 |
| **DATE** | 11/26/2019 |
| **DUE DATE** | 12/11/2019 |
| **TERMS** | Net 15 |

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/26/2019 | **195-00100-4001**<br>MCU KIT,1x1.5x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 11/26/2019 | **195-00106-4001**<br>MCU KIT,1x1.5x8,G1LT,VI,CG,SS | 3 | 2,706.00 | 8,118.00 |
| 11/26/2019 | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 11/26/2019 | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 11/26/2019 | **Deposit on Contract**<br>utilization of prepayment | 1 | -15,087.60 | -15,087.60 |

BALANCE DUE        **$1,676.40**

DXP-PW 0142972 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1009
**DATE** 12/18/2019
**DUE DATE** 01/02/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/18/2019 | **195-00115-4001**<br>MCU KIT,3x4x8G,G2HT,VI,CG,SS | 2 | 3,960.00 | 7,920.00 |
| 12/18/2019 | **195-00119-4001**<br>MCU KIT,1x2x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/18/2019 | **195-00121-4001**<br>MCU KIT,1.5x3x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/18/2019 | **195-00123-4001**<br>MCU KIT,2x3x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/18/2019 | **195-00125-4001**<br>MCU KIT,3x4x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/18/2019 | **Deposit on Contract**<br>Utilization of prepayment | 6 | -3,564.00 | -21,384.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**

## $2,376.00

DXP-PW 0129428 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1010
**DATE** 12/18/2019
**DUE DATE** 01/02/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00007707

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/18/2019 | **195-00126-4001**<br>MCU KIT,2x3x13,G2LT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**          **$2,970.00**

DXP-PW 0129429 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1011
**DATE** 12/20/2019
**DUE DATE** 01/04/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/12/2018 | **195-00118-4001**<br>MCU KIT,1x2x10,G2LT,VI,CG,SS | 2 | 3,300.00 | 6,600.00 |
| 11/12/2018 | **Deposit on Contract**<br>utilization of prepayment (50%) | 2 | -1,650.00 | -3,300.00 |

NOTE:  this is a late invoice for items shipped in 2018 but not previously invoiced

BALANCE DUE

## $3,300.00

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

DXP-PW 0142973 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1012
**DATE** 12/20/2019
**DUE DATE** 01/04/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/12/2018 | **Deposit on Contract**<br>40% prepayment | 8 | 1,320.00 | 10,560.00 |

NOTE:  this is a late invoice for 40% prepayment for 8 additional units that should have been on prior invoice 977 from 2/2019.

**BALANCE DUE**

## $10,560.00

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

DXP-PW 0142974 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1013
**DATE** 12/30/2019
**DUE DATE** 01/14/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/30/2019 | **195-00115-4001**<br>MCU KIT,3x4x8G,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/30/2019 | **195-00117-4001**<br>MCU KIT,3x4x8,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/30/2019 | **195-00119-4001**<br>MCU KIT,1x2x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/30/2019 | **195-00121-4001**<br>MCU KIT,1.5x3x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/30/2019 | **195-00123-4001**<br>MCU KIT,2x3x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/30/2019 | **195-00125-4001**<br>MCU KIT,3x4x10,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| 12/30/2019 | **Deposit on Contract**<br>Utilization of prepayment, 90% | 6 | -3,564.00 | -21,384.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**     **$2,376.00**

DXP-PW 0129315 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1014
**DATE** 12/30/2019
**DUE DATE** 01/14/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/30/2019 | **195-00100-4001**<br>MCU KIT,1x1.5x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 12/30/2019 | **195-00101-4001**<br>MCU KIT,1x1.5x6,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 12/30/2019 | **195-00103-4001**<br>MCU KIT,1.5x3x6,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 12/30/2019 | **195-00105-4001**<br>MCU KIT,2x3x6,G1HT,VI,CG,SS | 3 | 2,970.00 | 8,910.00 |
| 12/30/2019 | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 1 | -2,435.40 | -2,435.40 |
| 12/30/2019 | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 5 | -2,673.00 | -13,365.00 |

BALANCE DUE                    **$1,755.60**

DXP-PW 0129316 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

| | |
|---|---|
| **INVOICE #** | 1015 |
| **DATE** | 01/21/2020 |
| **DUE DATE** | 02/05/2020 |
| **TERMS** | Net 15 |

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/21/2020 | **195-00102-4001**<br>MCU KIT,1.5x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 01/21/2020 | **195-00108-4001**<br>MCU KIT,1.5x3x8,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| 01/21/2020 | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 3 | -2,435.40 | -7,306.20 |
| 01/21/2020 | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 3 | -2,673.00 | -8,019.00 |

BALANCE DUE   **$1,702.80**

DXP-PW 0132708 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 1018
**DATE** 02/04/2020
**DUE DATE** 02/19/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/04/2020 | **195-00112-4001**<br>MCU KIT,2x3x8,G2LT,VI,CG,SS | 1 | 3,300.00 | 3,300.00 |
| 02/04/2020 | **195-00114-4001**<br>MCU KIT,3x4x8G,G2LT,VI,CG,SS | 5 | 3,300.00 | 16,500.00 |
| 02/04/2020 | **Deposit on Contract**<br>utilization of prepayment | 6 | -2,970.00 | -17,820.00 |

BALANCE DUE **$1,980.00**

DXP-PW 0142975 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1023
**DATE** 02/19/2020
**DUE DATE** 03/05/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00114-4001**<br>MCU KIT,3x4x8G,G2LT,VI,CG,SS | 5 | 3,300.00 | 16,500.00 |
| | **Deposit on Contract**<br>utilization of prepayment | 5 | -2,970.00 | -14,850.00 |

BALANCE DUE **$1,650.00**

DXP-PW 0142976 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

| | |
|---|---|
| **INVOICE #** | 1024 |
| **DATE** | 02/27/2020 |
| **DUE DATE** | 03/28/2020 |
| **TERMS** | Net 30 |

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **195-00106-4001**<br>MCU KIT,1x1.5x8,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 1 | -2,435.40 | -2,435.40 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 4 | -2,673.00 | -10,692.00 |

BALANCE DUE **$1,458.60**

DXP-PW 0142990 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1027
**DATE** 03/12/2020
**DUE DATE** 04/11/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00111-4001**<br>MCU KIT,3x4x7,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| | **195-00113-4001**<br>MCU KIT,2x3x8,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| | **195-00115-4001**<br>MCU KIT,3x4x8G,G2HT,VI,CG,SS | 4 | 3,960.00 | 15,840.00 |
| | **Deposit on Contract**<br>Utilization of prepayment, 90% | 6 | -3,564.00 | -21,384.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**          **$2,376.00**

DXP-PW 0142991 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1028
**DATE** 03/18/2020
**DUE DATE** 04/17/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00100-4001**<br>MCU KIT,1x1.5x6,G1LT,VI,CG,SS | 2 | 2,706.00 | 5,412.00 |
| | **195-00102-4001**<br>MCU KIT,1.5x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00105-4001**<br>MCU KIT,2x3x6,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 4 | -2,435.40 | -9,741.60 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 2 | -2,673.00 | -5,346.00 |

BALANCE DUE

# $1,676.40

DXP-PW 0142992 (Confidential - Highly Confidential -Attorneys' Eyes Only)

10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com



# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1030
**DATE** 04/17/2020
**DUE DATE** 05/17/2020
**TERMS** Net 30

**SHIP DATE**
04/17/2020

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 2 | 2,706.00 | 5,412.00 |
| | **195-00105-4001**<br>MCU KIT,2x3x6,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 2 | -2,435.40 | -4,870.80 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 2 | -2,673.00 | -5,346.00 |

BALANCE DUE          **$1,135.20**

DXP-PW 0198273 (Confidential - Highly Confidential -Attorneys' Eyes Only)



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1031
**DATE** 04/17/2020
**DUE DATE** 05/17/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00114-4001**<br>MCU KIT,3x4x8G,G2LT,VI,CG,SS | 1 | 3,300.00 | 3,300.00 |
| | **Deposit on Contract**<br>utilization of prepayment | 1 | -2,970.00 | -2,970.00 |

BALANCE DUE **$330.00**

DXP-PW 0142999 (Confidential)