# EXHIBIT 4



**PEOPLEFLO**™ 10045 Pacific Ave.
MANUFACTURING Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 5/22/2018
**Purchase Order:** SB00007024

**Ship Date:** 2/2/2021 *
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00110-4001 | MCU KIT,3x4x7,G2LT,VI,CG,SS | ea | 1 | 1 | 0 |
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 2 | 2 | 0 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 2 | 1 | 1 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 3 | 1 | 2 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 1 | 0 | 1 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 2 | 0 | 2 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 1 | 1 | 0 |
| P001454 | Magnet housing, Grp 2 10" with pressure taps for special lab testing | ea | 1 | 1 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**

*Ship date was altered during printing, see Exhibit 5, p. 1 People Packing Slip (PeopleFlo_0010051) with shipment date of 12/18/2018

DXP-PW 0114152 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 4/4/2018

**Purchase Order:** SB00004744

**Ship Date:** 2/2/2021 *

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | 5 | 23 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**

*Shipping date was altered during printing, see Exhibit 3, PeopleFlo Invoice No. 981 (PEOPLEFLO_0015906) shipped on 5/23/2019

DXP-PW 0114123 (Confidential)



**Packing Slip**

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Order Date:** 4/4/2018

**Ship Date:** 6/14/2019

**Purchase Order:** SB00004744

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | 0 | 1 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 4 | 20 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | 0 | 5 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | 0 | 3 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | 0 | 23 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | 2 | 6 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | 0 | 19 |
| | | | | | |
| F00386 | Special tool | ea | | 1 | |
| No part number | Kit of missing hardware for 3x4x10 LT refurbished MCU, SN182518.1 | ea | | 1 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**

DXP-PW 0114858 (Confidential)



**PEOPLEFLO**
MANUFACTURING

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 4/4/2018 & 6/20/2019
**Purchase Order:** SB00004744 & SB00007168

**Ship Date:** 6/21/2019
**Customer Contact:** Charles Harvey

**Ship To:**
PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:**
PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | 0 | 1 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 0 | 20 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | 0 | 5 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | 0 | 3 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | 0 | 23 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | 2 | 4 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | 2 | 17 |
| 195-00126-4001 | MCU KIT,2x3x13,G2LT,VI,CG,SS | ea | 1 | 1 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 4/4/2019
**Purchase Order:** SB00004744

**Ship Date:** 7/2/2019
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | 0 | 1 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 6 | 14 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | 0 | 5 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | 0 | 3 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | 0 | 23 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | 0 | 4 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | 0 | 17 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**

DXP-PW 0116146 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 4/4/2019
**Purchase Order:** SB00004744

**Ship Date:** 7/26/2019
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | 0 | 1 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 0 | 14 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | 3 | 2 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | 0 | 3 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | 1 | 22 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | 0 | 4 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | 0 | 17 |
| unknown | Boxes, 18x18x8 (wrong size) | ea | 75 | 75 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**

DXP-PW 0116674 (Confidential)



**10045 Pacific Ave.**
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 4/4/2019
**Purchase Order:** SB00004744

**Ship Date:** 8/7/2019
**Customer Contact:** Charles Harvey

**Ship To:**
PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:**
PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | 0 | 1 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 0 | 14 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | 0 | 2 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | 1 | 2 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | 3 | 19 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | 1 | 3 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | 0 | 17 |
|  |  |  |  |  |  |
| WFA-0222 | 13" impeller castings | ea | 2 | 2 | 0 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Comments:**
The impeller castings were not on PO SB00004744, they were part of the initial impeller casting shipment from April 2018, but are not needed.

DXP-PW 0116719 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 4/4/2019

**Purchase Order:** SB00004744

**Ship Date:** 8/14/2019

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.CO
M.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | 0 | 1 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 1 | 13 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | 2 | 0 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | 0 | 2 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | 0 | 19 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | 0 | 3 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | 3 | 14 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Comments:**

DXP-PW 0116785 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

Packing Slip

**Order Date:** n/a                           **Ship Date:** 8/28/2019
**Purchase Order:** n/a                       **Customer Contact:** Charles Harvey

**Ship To:**  PUMPWORKS INDUSTRIAL, LLC       **Bill To:**  PUMPWORKS INDUSTRIAL, LLC
         Contact: CHARLES HARVEY                      PO BOX 7095
         65 SOUTHBELT INDUSTRIAL DR.                  TYLER, TX 75711
         HOUSTON, TX 77047                            SOUTHBELTACCOUNTING@BESTPUMPWORKS.CO
                                                      M.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| n/a | Demo MCU unit, quarter-sectioned | ea | 1 | 1 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**
       Commercial details to be worked out later

DXP-PW 0126789 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 5/22/2019
**Purchase Order:** SB00007024

**Ship Date:** 9/16/2019
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | 1 | 19 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | 0 | 20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**

DXP-PW 0122138 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 5/22/2019

**Ship Date:** 9/23/2019

**Purchase Order:** SB00007024

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | 1 | 19 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | 1 | 19 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | 1 | 19 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | 1 | 18 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | 1 | 19 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | 0 | 20 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | 1 | 19 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 10/4/2019

**Purchase Order:** SB00007548

**Ship Date:** 10/4/2019

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| REPAIR | PPG repair/upgraded MCU and remaining pump parts | ea | 1 | 1 | 0 |
| PARTS | Upgrade parts for #2 PPG pump | ea | 1 | 1 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**Packing Slip**

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Order Date:** 5/22/2019
**Purchase Order:** SB00007024

**Ship Date:** 10/7/2019
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | 1 | 18 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | | 20 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | 1 | 18 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | | 20 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | | 19 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | | 18 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | | 20 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | 1 | 18 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | 2 | 18 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | 1 | 18 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**Packing Slip**

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Order Date:** 4/4/2019

**Ship Date:** 10/24/2019

**Purchase Order:** SB00004744

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | | 1 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | | 13 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | | 0 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | 1 | 1 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | | 19 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | | 3 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | | 14 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 7/6/2019
**Purchase Order:** SB00005263

**Ship Date:** 10/24/2019
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00111-4001 | MCU KIT,3x4x7,G2HT,VI,CG,SS | ea | 10 | | 10 |
| 195-00113-4001 | MCU KIT,2x3x8,G2HT,VI,CG,SS | ea | 14 | | 14 |
| 195-00115-4001 | MCU KIT,3x4x8G,G2HT,VI,CG,SS | ea | 14 | 3 | 11 |
| 195-00117-4001 | MCU KIT,3x4x8,G2HT,VI,CG,SS | ea | 12 | 2 | 10 |
| 195-00119-4001 | MCU KIT,1x2x10,G2HT,VI,CG,SS | ea | 14 | | 14 |
| 195-00121-4001 | MCU KIT,1.5x3x10,G2HT,VI,CG,SS | ea | 12 | | 12 |
| 195-00123-4001 | MCU KIT,2x3x10,G2HT,VI,CG,SS | ea | 12 | | 12 |
| 195-00125-4001 | MCU KIT,3x4x10,G2HT,VI,CG,SS | ea | 12 | | 12 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**PEOPLEFLO**™ 10045 Pacific Ave.
MANUFACTURING Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 7/6/2019
**Purchase Order:** SB00005263

**Ship Date:** 11/4/2019
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00111-4001 | MCU KIT,3x4x7,G2HT,VI,CG,SS | ea | 10 | | 10 |
| 195-00113-4001 | MCU KIT,2x3x8,G2HT,VI,CG,SS | ea | 14 | | 14 |
| 195-00115-4001 | MCU KIT,3x4x8G,G2HT,VI,CG,SS | ea | 14 | | 11 |
| 195-00117-4001 | MCU KIT,3x4x8,G2HT,VI,CG,SS | ea | 12 | | 10 |
| 195-00119-4001 | MCU KIT,1x2x10,G2HT,VI,CG,SS | ea | 14 | 1 | 13 |
| 195-00121-4001 | MCU KIT,1.5x3x10,G2HT,VI,CG,SS | ea | 12 | 1 | 11 |
| 195-00123-4001 | MCU KIT,2x3x10,G2HT,VI,CG,SS | ea | 12 | 1 | 11 |
| 195-00125-4001 | MCU KIT,3x4x10,G2HT,VI,CG,SS | ea | 12 | 1 | 11 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 5/22/2019
**Purchase Order:** SB00007024

**Ship Date:** 11/26/2019
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.CO
M.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | 1 | 17 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | | 20 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | | 18 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | | 20 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | | 19 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | | 18 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | 3 | 17 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | 1 | 17 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | | 18 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | 1 | 17 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 11/26/2019
**Purchase Order:** tbd

**Ship Date:** 11/26/2019
**Customer Contact:** Charles Harvey

**Ship To:** PumpWorks
ATTN Bryan White
7224 Greenwood Rd
Shreveport, LA 71119

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00126-4001 | MCU KIT,2x3x13,G2LT,VI,CG,SS | ea | 1 | 1 | |

**Comments:**
Note: this is a partial shipment of all MCU parts, except nose and shell, which will be shipped separately at a later date.

DXP-PW 0127303 (Confidential)



**PEOPLEFLO**™ 10045 Pacific Ave.
MANUFACTURING Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 7/6/2019

**Purchase Order:** SB00005263

**Ship Date:** 12/13/2019

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00111-4001 | MCU KIT,3x4x7,G2HT,VI,CG,SS | ea | 10 | | 10 |
| 195-00113-4001 | MCU KIT,2x3x8,G2HT,VI,CG,SS | ea | 14 | | 14 |
| 195-00115-4001 | MCU KIT,3x4x8G,G2HT,VI,CG,SS | ea | 14 | 2 | 9 |
| 195-00117-4001 | MCU KIT,3x4x8,G2HT,VI,CG,SS | ea | 12 | | 10 |
| 195-00119-4001 | MCU KIT,1x2x10,G2HT,VI,CG,SS | ea | 14 | 1 | 12 |
| 195-00121-4001 | MCU KIT,1.5x3x10,G2HT,VI,CG,SS | ea | 12 | 1 | 10 |
| 195-00123-4001 | MCU KIT,2x3x10,G2HT,VI,CG,SS | ea | 12 | 1 | 10 |
| 195-00125-4001 | MCU KIT,3x4x10,G2HT,VI,CG,SS | ea | 12 | 1 | 10 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



PEOPLE**FLO**™
MANUFACTURING

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

Packing Slip

**Order Date:** 7/6/2019

**Purchase Order:** SB00005263

**Ship Date:** 12/27/2019

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00111-4001 | MCU KIT,3x4x7,G2HT,VI,CG,SS | ea | 10 | | 10 |
| 195-00113-4001 | MCU KIT,2x3x8,G2HT,VI,CG,SS | ea | 14 | | 14 |
| 195-00115-4001 | MCU KIT,3x4x8G,G2HT,VI,CG,SS | ea | 14 | 1 | 8 |
| 195-00117-4001 | MCU KIT,3x4x8,G2HT,VI,CG,SS | ea | 12 | 1 | 9 |
| 195-00119-4001 | MCU KIT,1x2x10,G2HT,VI,CG,SS | ea | 14 | 1 | 11 |
| 195-00121-4001 | MCU KIT,1.5x3x10,G2HT,VI,CG,SS | ea | 12 | 1 | 9 |
| 195-00123-4001 | MCU KIT,2x3x10,G2HT,VI,CG,SS | ea | 12 | 1 | 9 |
| 195-00125-4001 | MCU KIT,3x4x10,G2HT,VI,CG,SS | ea | 12 | 1 | 9 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**PEOPLEFLO**™
MANUFACTURING

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

Packing Slip

| | |
|---|---|
| **Order Date:** 5/22/2019 | **Ship Date:** 12/27/2019 |
| **Purchase Order:** SB00007024 | **Customer Contact:** Charles Harvey |

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | 1 | 16 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | 1 | 19 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | | 18 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | 1 | 19 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | | 19 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | 3 | 15 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | | 17 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | | 17 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | | 18 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | | 17 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**PEOPLEFLO**™
MANUFACTURING

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 5/22/2019
**Purchase Order:** SB00007024

**Ship Date:** 1/21/2020
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | | 16 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | 1 | 17 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | 1 | 18 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | | 15 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | | 17 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | 1 | 16 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | 1 | 17 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | 2 | 15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Packing Slip**

**Order Date:** 1/13/2020

**Purchase Order:** SB00007739

**Ship Date:** 1/21/2020

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.CO
M.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00131-4001 | MCU KIT,1X1.5X6,G1LT,VI,CG,SS - CUTAWAY | ea | 2 | 2 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**Packing Slip**

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

**Order Date:** 4/4/2019
**Purchase Order:** SB00004744

**Ship Date:** 2/3/2020
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
SOUTHBELTACCOUNTING@BESTPUMPWORKS.COM.

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | 1 | 0 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 5 | 8 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | | 0 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | | -1 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | | 19 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | | 3 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | | 14 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 1/13/2020
**Purchase Order:** SB00007740

**Ship Date:** 2/12/2020
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00126-4001 | MCU KIT,2x3x13,G2LT,VI,CG,SS | ea | 6 | 6 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**PEOPLEFLO**™
*MANUFACTURING*

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 5/22/2019

**Purchase Order:** SB00007024

**Ship Date:** 2/27/2020

**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | | 16 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | | 17 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | | 18 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | | 15 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | 1 | 16 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | 2 | 14 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | | 17 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | 2 | 13 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 2/26/2020
**Purchase Order:** SB00007896

**Ship Date:** 2/27/2020
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| MC11 | SiC bushing | ea | 1 | 1 | |
| MC274 | Viton o-ring | ea | 1 | 1 | |
| MC260 | Viton o-ring | ea | 1 | 1 | |
| MC262 | Viton o-ring | ea | 1 | 1 | |
| MC263 | Viton o-ring | ea | 1 | 1 | |
| MC259 | Viton o-ring | ea | 2 | 2 | |
| MC258 | Viton o-ring | ea | 2 | 2 | |
| MC261 | Viton o-ring | ea | 1 | 1 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**
The parts listed here were used to rebuild 2x3x13 MCU SN193572.1

DXP-PW 0135388 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 5/22/2019
**Purchase Order:** SB00007024

**Ship Date:** 3/12/2020
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00111-4001 | MCU KIT,3x4x7,G2HT,VI,CG,SS | ea | 10 | 1 | 9 |
| 195-00113-4001 | MCU KIT,2x3x8,G2HT,VI,CG,SS | ea | 14 | 1 | 13 |
| 195-00115-4001 | MCU KIT,3x4x8G,G2HT,VI,CG,SS | ea | 14 | 4 | 4 |
| 195-00117-4001 | MCU KIT,3x4x8,G2HT,VI,CG,SS | ea | 12 | | 9 |
| 195-00119-4001 | MCU KIT,1x2x10,G2HT,VI,CG,SS | ea | 14 | | 11 |
| 195-00121-4001 | MCU KIT,1.5x3x10,G2HT,VI,CG,SS | ea | 12 | | 9 |
| 195-00123-4001 | MCU KIT,2x3x10,G2HT,VI,CG,SS | ea | 12 | | 9 |
| 195-00125-4001 | MCU KIT,3x4x10,G2HT,VI,CG,SS | ea | 12 | | 9 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**



**10045 Pacific Ave.**
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 5/22/2019
**Purchase Order:** SB00007024

**Ship Date:** 3/17/2020
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | 2 | 14 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | 1 | 16 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | 1 | 17 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | 2 | 13 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | | 16 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | | 14 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | | 17 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | | 13 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**

DXP-PW 0136619 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 4/4/2019
**Purchase Order:** SB00004744

**Ship Date:** 4/17/2020
**Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | | 0 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 1 | 2 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | | 0 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | | -1 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | | 19 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | | 3 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | | 14 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**
This 1 unit is shipped together with 4 units from PO SB00007024

DXP-PW 0141323 (Confidential)



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 5/22/2019
**Purchase Order:** SB00007024

**Ship Date:** 4/17/2020
**Customer Contact:** Charles Harvey

**Ship To:**
PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:**
PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 | | 14 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 | | 16 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 | | 19 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | 2 | 15 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | 2 | 11 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 | | 16 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 | | 14 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 | | 17 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 | | 13 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**
These 4 units are shipped together with 1 unit from PO SB00004744