# EXHIBIT 6

| | |
|---|---|
| **From:** | "Clark Shafer" <cshafer@peopleflo.com> |
| **Sent:** | Fri, 3 Jan 2020 20:08:21 +0000 |
| **To:** | "Shauna Lauerman" <Shauna.Lauerman@dxpe.com> |
| **Cc:** | "Charles Harvey" <Charles.Harvey@pumpworks.com>; "Keyera Dubose" <keyera.dubose@pumpworks.com>; "David Catano" <david.catano@dxpe.com>; "'Bill Blankemeier'" <wblankemeier@peopleflo.com> |
| **Subject:** | RE: Statement Request |
| **Attachments:** | statement, 1-3-2020.xlsx, inv 1012.pdf, inv 1013.pdf, inv 1014.pdf, inv 968.pdf, inv 983.pdf, inv 984.pdf, inv 985.pdf, inv 986.pdf, inv 987.pdf, inv 998.pdf, inv 1000.pdf, inv 1001.pdf, inv 1002.pdf, inv 1004.pdf, inv 1006.pdf, inv 1007.pdf, inv 1009.pdf, inv 1011.pdf, inv 1010.pdf, inv 994.pdf, inv 995.pdf, inv 1003.pdf |

Hi Shauna,

The attached spreadsheet details every order & shipment since the beginning of our relationship. The 22 open invoices are also attached. Feel free to contact me with any questions.

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

**From:** Bill Blankemeier [mailto:wblankemeier@peopleflo.com]
**Sent:** Friday, January 3, 2020 1:26 PM
**To:** Shauna Lauerman <Shauna.Lauerman@dxpe.com>
**Cc:** Charles Harvey <Charles.Harvey@pumpworks.com>; Keyera Dubose <keyera.dubose@pumpworks.com>; David Catano <david.catano@dxpe.com>; Shafer Clark <CShafer@peopleflo.com>
**Subject:** Re: Statement Request

Sure.
Clark: could you provide the requested info. Thanks

Best Regards,

William Blankemeier
PeopleFlo Manufacturing, Inc.
630-862-1602 (C)

[www.peopleflo.com](www.peopleflo.com)

On Jan 3, 2020, at 1:23 PM, Shauna Lauerman <Shauna.Lauerman@dxpe.com> wrote:

Hi Bill,

With Veronica out of the office, Key and I are going to try and jump in to help resolve some past due invoices. Apologies as I am sure they have already been provided, but I don't have access to Veronica's email or the general AP email for PumpWorks Industrial. Would it be possible for you to forward me a statement and invoice copies?

Thank you,

Shauna Lauerman
IPS Segment Controller
DXP Enterprises, Inc.
713-996-4722 - Phone
281-389-7233 - Cell

| PO# | 4744 | | qty: 100 | | paid to-date: $288,090 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp2 LT STOCK ORDER | | ea: $3,300 | | current balance: $26,070 | | | |
| | | | total: $330,000 | | to completion of PO: $41,910 | | | |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 4/5/2018 | 50% prepay | 964 | 100 | 50% | $165,000 | $165,000 | 4/2/2018 | $0 |
| 7/31/2018 | ship | 968 | 1 | 50% | $1,650 | $1,650 | 1/14/2019 | $1,650 |
| | | | accidental debit | | | -$1,650 | 11/4/2019 | |
| | | | repayment (pending) | | | | | |
| 11/5/2018 | ship | 971 | 4 | 50% | $6,600 | $6,600 | 11/28/2018 | $0 |
| 11/12/2018 | ship | 1011 | 2 | 50% | $3,300 | | | $3,300 |
| 12/18/2018 | ship | 976 | 8 | 50% | $13,200 | $13,200 | 1/14/2019 | $0 |
| 2/11/2019 | 40% prepay | 977 | 77 | 40% | $101,640 | $101,640 | 2/11 & 2/22 | $0 |
| 5/23/2019 | ship | 981 | 5 | 10% | $1,650 | $1,650 | 11/4/2019 | $0 |
| 6/14/2019 | ship | 984 | 6 | 10% | $1,980 | | | $1,980 |
| 6/21/2019 | ship | 985 | 4 | 10% | $1,320 | | | $1,320 |
| 7/2/2019 | ship | 986 | 6 | 10% | $1,980 | | | $1,980 |
| 7/26/2019 | ship | 988 | 4 | 10% | $1,320 | | | $1,320 |
| 8/7/2019 | ship | 994 | 5 | 10% | $1,650 | | | $1,650 |
| 8/14/2019 | ship | 995 | 6 | 10% | $1,980 | | | $1,980 |
| 10/24/2019 | ship | 1003 | 1 | 10% | $330 | | | $330 |
| 12/20/2019 | 40% prepay | 1012 | 8 | 40% | $10,560 | | | $10,560 |

| PO# | 5263 | | qty: 100 | | paid to-date: $356,400 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp2 HT STOCK ORDER | | ea: $3,960 | | current balance: $8,316 | | | |
| | | | total: $396,000 | | to completion of PO: $39,600 | | | |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 7/6/2018 | 50% prepay | 967 | 100 | 50% | $198,000 | $198,000 | 8/8/2018 | $0 |
| 2/11/2019 | 40% prepay | 979 | 100 | 40% | $158,400 | $158,400 | 4/3/2019 | $0 |
| 10/24/2019 | ship | 1002 | 5 | 10% | $1,980 | | | $1,980 |
| 11/4/2019 | ship | 1004 | 4 | 10% | $1,584 | | | $1,584 |
| 12/18/2019 | ship | 1009 | 6 | 10% | $2,376 | | | $2,376 |
| 12/30/2019 | ship | 1013 | 6 | 10% | $2,376 | | | $2,376 |

| PO# | 7024 | | qty: 100 | | paid to-date: $244,352 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp1 LT STOCK ORDER | | ea: $2,706 | | current balance: $2,435 | | | |
| | | | total: $270,600 | | to completion of PO: $26,248 | | | |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 5/24/2019 | 50% prepay | 982 | 100 | 50% | $135,300 | $135,300 | 6/12/2019 | $0 |
| 8/20/2019 | 40% prepay | 996 | 100 | 40% | $108,240 | $108,240 | 9/16/2019 | $0 |
| 9/23/2019 | ship | 999 | 3 | 10% | $812 | $812 | 11/4/2019 | $0 |
| 10/7/2019 | ship | 1001 | 4 | 10% | $1,082 | | | $1,082 |
| 11/26/2019 | ship | 1007 | 4 | 10% | $1,082 | | | $1,082 |
| 12/30/2019 | ship | 1014 | 1 | 10% | $271 | | | $271 |

| PO# | 7024 | | qty: 100 | | paid to-date: $268,488 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp1 HT STOCK ORDER | | ea: $2,970 | | current balance: $2,673 | | | |
| | | | total: $297,000 | | to completion of PO: $28,512 | | | |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 5/24/2019 | 50% prepay | 982 | 100 | 50% | $148,500 | $148,500 | 6/12/2019 | $0 |
| 8/20/2019 | 40% prepay | 996 | 100 | 40% | $118,800 | $118,800 | 9/16/2019 | $0 |
| 9/16/2019 | ship | 998 | 1 | 10% | $297 | $297 | 11/4/2019 | $0 |
| 9/23/2019 | ship | 999 | 3 | 10% | $891 | $891 | 11/4/2019 | $0 |
| 10/7/2019 | ship | 1001 | 2 | 10% | $594 | | | $594 |
| 11/26/2019 | ship | 1007 | 2 | 10% | $594 | | | $594 |
| 12/30/2019 | ship | 1014 | 5 | 10% | $1,485 | | | $1,485 |

| PO# | none | qty: 1 |
|---|---|---|
| desc | MCU demo | ea: $7,600 |

|  |  |  |  | total: | $7,600 |  |  |  |
|---|---|---|---|---|---|---|---|---|
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 10/3/2018 | ship | 969 | 1 | 100% | $7,600 | $7,600 | 1/14/2019 | $0 |

| PO# | none |  | qty: | 1 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| desc | 2x3x13 |  | ea: | $3,300 |  |  |  |  |
|  |  |  | total: | $3,300 |  |  |  |  |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 12/5/2018 | ship | 974 | 1 | 100% | $3,300 | $3,300 | 1/14/2019 | $0 |

| PO# | 7025 |  | qty: | 1 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| desc | MCU upgrades |  | ea: | $2,676 |  |  |  |  |
|  |  |  | total: | $2,676 |  |  |  |  |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 5/24/2019 | ship partial |  |  |  |  |  |  |  |
| 5/28/2019 | ship remaining | 983 | 1 | 100% | $2,676 |  |  | $2,676 |

| PO# | 7168 |  | qty | 1 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| desc | 2x3x13 |  | $ ea | $4,290 |  |  |  |  |
|  |  |  | $ total | $4,290 |  |  |  |  |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 6/21/2019 | ship | 987 | 1 | 100% | $4,290 |  |  | $4,290 |

| PO# | 7548 |  | qty: | 1 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| desc | PPG repair |  | ea: | $1,046 |  |  |  |  |
|  |  |  | total: | $1,046 |  |  |  |  |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 10/4/2019 | ship | 1000 | 1 | 100% | $1,046 |  |  | $1,046 |

| PO# | 7653 |  | qty: | 1 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| desc | G2 sectioned demo |  | ea: | $6,600 |  |  |  |  |
|  |  |  | total: | $6,600 |  |  |  |  |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 8/28/2019 | ship | 1006 | 1 | 100% | $6,600 |  |  | $6,600 |

| PO# | pending |  | qty: | 1 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| desc | 2x3x13, as parts |  | ea: | $2,970 |  |  |  |  |
|  |  |  | total: | $2,970 |  |  |  |  |
| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 11/26/2019 | ship partial |  |  |  |  |  |  |  |
| 12/18/2019 | ship remaining | 1010 | 1 | 100% | $4,290 |  |  | $4,290 |