# **EXHIBIT 6i**

| PO# | 4744 | | qty: 100 | | paid to-date: $288,090 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp2 LT STOCK ORDER | | ea: $3,300 | | current balance: $26,070 | | | |
| | | | total: $330,000 | | to completion of PO: $41,910 | | | |

| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
|---|---|---|---|---|---|---|---|---|
| 4/5/2018 | 50% prepay | 964 | 100 | 50% | $165,000 | $165,000 | 4/2/2018 | $0 |
| 7/31/2018 | ship | 968 | 1 | 50% | $1,650 | $1,650 | 1/14/2019 | $1,650 |
| | | | accidental debit | | | -$1,650 | 11/4/2019 | |
| | | | repayment (pending) | | | | | |
| 11/5/2018 | ship | 971 | 4 | 50% | $6,600 | $6,600 | 11/28/2018 | $0 |
| 11/12/2018 | ship | 1011 | 2 | 50% | $3,300 | | | $3,300 |
| 12/18/2018 | ship | 976 | 8 | 50% | $13,200 | $13,200 | 1/14/2019 | $0 |
| 2/11/2019 | 40% prepay | 977 | 77 | 40% | $101,640 | $101,640 | 2/11 & 2/22 | $0 |
| 5/23/2019 | ship | 981 | 5 | 10% | $1,650 | $1,650 | 11/4/2019 | $0 |
| 6/14/2019 | ship | 984 | 6 | 10% | $1,980 | | | $1,980 |
| 6/21/2019 | ship | 985 | 4 | 10% | $1,320 | | | $1,320 |
| 7/2/2019 | ship | 986 | 6 | 10% | $1,980 | | | $1,980 |
| 7/26/2019 | ship | 988 | 4 | 10% | $1,320 | | | $1,320 |
| 8/7/2019 | ship | 994 | 5 | 10% | $1,650 | | | $1,650 |
| 8/14/2019 | ship | 995 | 6 | 10% | $1,980 | | | $1,980 |
| 10/24/2019 | ship | 1003 | 1 | 10% | $330 | | | $330 |
| 12/20/2019 | 40% prepay | 1012 | 8 | 40% | $10,560 | | | $10,560 |

| PO# | 5263 | | qty: 100 | | paid to-date: $356,400 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp2 HT STOCK ORDER | | ea: $3,960 | | current balance: $8,316 | | | |
| | | | total: $396,000 | | to completion of PO: $39,600 | | | |

| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
|---|---|---|---|---|---|---|---|---|
| 7/6/2018 | 50% prepay | 967 | 100 | 50% | $198,000 | $198,000 | 8/8/2018 | $0 |
| 2/11/2019 | 40% prepay | 979 | 100 | 40% | $158,400 | $158,400 | 4/3/2019 | $0 |
| 10/24/2019 | ship | 1002 | 5 | 10% | $1,980 | | | $1,980 |
| 11/4/2019 | ship | 1004 | 4 | 10% | $1,584 | | | $1,584 |
| 12/18/2019 | ship | 1009 | 6 | 10% | $2,376 | | | $2,376 |
| 12/30/2019 | ship | 1013 | 6 | 10% | $2,376 | | | $2,376 |

| PO# | 7024 | | qty: 100 | | paid to-date: $244,352 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp1 LT STOCK ORDER | | ea: $2,706 | | current balance: $2,435 | | | |
| | | | total: $270,600 | | to completion of PO: $26,248 | | | |

| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
|---|---|---|---|---|---|---|---|---|
| 5/24/2019 | 50% prepay | 982 | 100 | 50% | $135,300 | $135,300 | 6/12/2019 | $0 |
| 8/20/2019 | 40% prepay | 996 | 100 | 40% | $108,240 | $108,240 | 9/16/2019 | $0 |
| 9/23/2019 | ship | 999 | 3 | 10% | $812 | $812 | 11/4/2019 | $0 |
| 10/7/2019 | ship | 1001 | 4 | 10% | $1,082 | | | $1,082 |
| 11/26/2019 | ship | 1007 | 4 | 10% | $1,082 | | | $1,082 |
| 12/30/2019 | ship | 1014 | 1 | 10% | $271 | | | $271 |

| PO# | 7024 | | qty: 100 | | paid to-date: $268,488 | | | |
|---|---|---|---|---|---|---|---|---|
| desc | Grp1 HT STOCK ORDER | | ea: $2,970 | | current balance: $2,673 | | | |
| | | | total: $297,000 | | to completion of PO: $28,512 | | | |

| date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
|---|---|---|---|---|---|---|---|---|
| 5/24/2019 | 50% prepay | 982 | 100 | 50% | $148,500 | $148,500 | 6/12/2019 | $0 |
| 8/20/2019 | 40% prepay | 996 | 100 | 40% | $118,800 | $118,800 | 9/16/2019 | $0 |
| 9/16/2019 | ship | 998 | 1 | 10% | $297 | $297 | 11/4/2019 | $0 |
| 9/23/2019 | ship | 999 | 3 | 10% | $891 | $891 | 11/4/2019 | $0 |
| 10/7/2019 | ship | 1001 | 2 | 10% | $594 | | | $594 |
| 11/26/2019 | ship | 1007 | 2 | 10% | $594 | | | $594 |
| 12/30/2019 | ship | 1014 | 5 | 10% | $1,485 | | | $1,485 |

| PO# | none | | qty: 1 | | | | | |
|---|---|---|---|---|---|---|---|---|
| desc | MCU demo | | ea: $7,600 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 60 | | | | | total: | $7,600 | | |
| 61 | date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 62 | 10/3/2018 | ship | 969 | 1 | 100% | $7,600 | $7,600 | 1/14/2019 | $0 |
| 63 | | | | | | | | | |
| 64 | PO# | none | | qty: | 1 | | | | |
| 65 | desc | 2x3x13 | | ea: | $3,300 | | | | |
| 66 | | | | | total: | $3,300 | | | |
| 67 | date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 68 | 12/5/2018 | ship | 974 | 1 | 100% | $3,300 | $3,300 | 1/14/2019 | $0 |
| 69 | | | | | | | | | |
| 70 | PO# | 7025 | | qty: | 1 | | | | |
| 71 | desc | MCU upgrades | | ea: | $2,676 | | | | |
| 72 | | | | | total: | $2,676 | | | |
| 73 | date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 74 | 5/24/2019 | ship partial | | | | | | | |
| 75 | 5/28/2019 | ship remaining | 983 | 1 | 100% | $2,676 | | | $2,676 |
| 76 | | | | | | | | | |
| 77 | PO# | 7168 | | qty | 1 | | | | |
| 78 | desc | 2x3x13 | | $ ea | $4,290 | | | | |
| 79 | | | | | $ total | $4,290 | | | |
| 80 | date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 81 | 6/21/2019 | ship | 987 | 1 | 100% | $4,290 | | | $4,290 |
| 82 | | | | | | | | | |
| 83 | PO# | 7548 | | qty: | 1 | | | | |
| 84 | desc | PPG repair | | ea: | $1,046 | | | | |
| 85 | | | | | total: | $1,046 | | | |
| 86 | date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 87 | 10/4/2019 | ship | 1000 | 1 | 100% | $1,046 | | | $1,046 |
| 88 | | | | | | | | | |
| 89 | PO# | 7653 | | qty: | 1 | | | | |
| 90 | desc | G2 sectioned demo | | ea: | $6,600 | | | | |
| 91 | | | | | total: | $6,600 | | | |
| 92 | date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 93 | 8/28/2019 | ship | 1006 | 1 | 100% | $6,600 | | | $6,600 |
| 94 | | | | | | | | | |
| 95 | PO# | pending | | qty: | 1 | | | | |
| 96 | desc | 2x3x13, as parts | | ea: | $2,970 | | | | |
| 97 | | | | | total: | $2,970 | | | |
| 98 | date | event | invoice | qty | % invoiced | value | paid $ | pay date | balance |
| 99 | 11/26/2019 | ship partial | | | | | | | |
| 100 | 12/18/2019 | ship remaining | 1010 | 1 | 100% | $4,290 | | | $4,290 |