# EXHIBIT 7



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 4/4/2019  **Ship Date:** 4/17/2020
**Purchase Order:** SB00004744  **Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00112-4001 | MCU KIT,2x3x8,G2LT,VI,CG,SS | ea | 5 | | 0 |
| 195-00114-4001 | MCU KIT,3x4x8G,G2LT,VI,CG,SS | ea | 25 | 1 | 2 |
| 195-00116-4001 | MCU KIT,3x4x8,G2LT,VI,CG,SS | ea | 5 | | 0 |
| 195-00118-4001 | MCU KIT,1x2x10,G2LT,VI,CG,SS | ea | 5 | | -1 |
| 195-00120-4001 | MCU KIT,1.5x3x10,G2LT,VI,CG,SS | ea | 25 | | 19 |
| 195-00122-4001 | MCU KIT,2x3x10,G2LT,VI,CG,SS | ea | 10 | | 3 |
| 195-00124-4001 | MCU KIT,3x4x10,G2LT,VI,CG,SS | ea | 25 | | 14 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Comments:**
This 1 unit is shipped together with 4 units from PO SB00007024

DXP-PW 0141323 (Confidential)