# EXHIBIT 8

# PEOPLEFLO™

10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

## Packing Slip

**Order Date:** 5/22/2019
**Purchase Order:** ~~SB00007024~~ SB5263
**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Ship Date:** 3/12/2020
**Customer Contact:** Charles Harvey

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00111-4001 | MCU KIT,3x4x7,G2HT,VI,CG,SS | ea | 10 | 1 | 9 |
| 195-00113-4001 | MCU KIT,2x3x8,G2HT,VI,CG,SS | ea | 14 | 1 | 13 |
| 195-00115-4001 | MCU KIT,3x4x8G,G2HT,VI,CG,SS | ea | 14 | 4 | 4 |
| 195-00117-4001 | MCU KIT,3x4x8,G2HT,VI,CG,SS | ea | 12 | | 9 |
| 195-00119-4001 | MCU KIT,1x2x10,G2HT,VI,CG,SS | ea | 14 | | 11 |
| 195-00121-4001 | MCU KIT,1.5x3x10,G2HT,VI,CG,SS | ea | 12 | | 9 |
| 195-00123-4001 | MCU KIT,2x3x10,G2HT,VI,CG,SS | ea | 12 | | 9 |
| 195-00125-4001 | MCU KIT,3x4x10,G2HT,VI,CG,SS | ea | 12 | | 9 |

RECEIVED MAR 23 2020

**Comments:**

DXP-PW 0199561 (Confidential)