# EXHIBIT 9



10045 Pacific Ave.
Franklin Park, IL 60131
Phone (847) 929-4774

# Packing Slip

**Order Date:** 5/22/2019    **Ship Date:** 4/17/2020
**Purchase Order:** SB00007024    **Customer Contact:** Charles Harvey

**Ship To:** PUMPWORKS INDUSTRIAL, LLC
Contact: CHARLES HARVEY
65 SOUTHBELT INDUSTRIAL DR.
HOUSTON, TX 77047

**Bill To:** PUMPWORKS INDUSTRIAL, LLC
PO BOX 7095
TYLER, TX 75711
sothbeltaccounting@bestpumpworks.com

| Part Number | Description | Unit Type | Order Quantity | Ship Quantity | Backorder Quantity |
|---|---|---|---|---|---|
| 195-00100-4001 | MCU KIT,1x1.5x6,G1LT,VI,CG,SS | ea | 20 |  | 14 |
| 195-00101-4001 | MCU KIT,1x1.5x6,G1HT,VI,CG,SS | ea | 20 |  | 19 |
| 195-00102-4001 | MCU KIT,1.5x3x6,G1LT,VI,CG,SS | ea | 20 |  | 16 |
| 195-00103-4001 | MCU KIT,1.5x3x6,G1HT,VI,CG,SS | ea | 20 |  | 19 |
| 195-00104-4001 | MCU KIT,2x3x6,G1LT,VI,CG,SS | ea | 20 | 2 | 15 |
| 195-00105-4001 | MCU KIT,2x3x6,G1HT,VI,CG,SS | ea | 20 | 2 | 11 |
| 195-00106-4001 | MCU KIT,1x1.5x8,G1LT,VI,CG,SS | ea | 20 |  | 16 |
| 195-00107-4001 | MCU KIT,1x1.5x8,G1HT,VI,CG,SS | ea | 20 |  | 14 |
| 195-00108-4001 | MCU KIT,1.5x3x8,G1LT,VI,CG,SS | ea | 20 |  | 17 |
| 195-00109-4001 | MCU KIT,1.5x3x8,G1HT,VI,CG,SS | ea | 20 |  | 13 |

**Comments:**
These 4 units are shipped together with 1 unit from PO SB00004744

DXP-PW 0141322 (Confidential)