# EXHIBIT 11

Page 1

```
                  HIGHLY CONFIDENTIAL
         IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

PEOPLEFLO MANUFACTURING,    )
INC.,                       )
                            )
            Plaintiff,      )
                            )
         -vs-               )
                            ) No. 28-cv-03642
SUNDYNE, LLC; ACCUDYNE      )
INDUSTRIES, LLC; DXP        )
ENTERPRISES, INC., and      )
PUMPWORKS, LLC,             )
                            )
            Defendants.     )
--------------------------  )
PUMPWORKS, LLC,             )
    Counter-Plaintiff,      )
         -vs-               )
PEOPLEFLO MANUFACTURING,    )
INC,                        )
    Counter-Defendant.      )
                            )
```

                -HIGHLY CONFIDENTIAL-

        The deposition of CLARK SHAFER,

called by the Defendants for examination, taken

pursuant to the Federal Rules of Civil Procedure of

the United States District Courts pertaining to the

taking of depositions before MAUREEN A. WOODMAN, a

notary public within and for the County of Cook and

State of Illinois, taken at 330 North Wabash Avenue,

Suite 3300, Chicago, Illinois, on the 9th day of

August, 2022, at the hour of 9:08 o'clock a.m.

Central Standard Time.

Thompson Court Reporters, Inc.
thompsonreporters.com

```
 1   not an original board member as well.  Actually, I
 2   guess the only ones I know pretty confidently were
 3   original board members besides Bill, of course, Bill
 4   Blankemeier, would be Pat Thomas and -- drawing a
 5   blank on names.  These are people I know well, but I
 6   just drawing a blank on the name.
 7        Q.   That's okay.  Did PeopleFlo have officers
 8   at the time it was first created or founded?
 9        MR. TILGHMAN:  Object to the lack of
10   foundation.
11   BY MS. THOMPSON:
12        Q.   You get to answer.
13        MR. TILGHMAN:  You can answer.
14        THE WITNESS:  I see.
15        MR. TILGHMAN:  Unless I tell you not to, you
16   get to answer.
17        THE WITNESS:  Learning the process here.  So
18   Bill was the president.  I had a title of vice
19   president with two or three people in the company.
20   The title seemed a little frivolous, perhaps.  But,
21   yeah, I was vice president.
22   BY MS. THOMPSON:
23        Q.   Were you also an investor in PeopleFlo?
24        A.   I had -- I had stock options as part of my
```

```
 1   to know what --
 2        A.   I --
 3        MR. TILGHMAN:  Wait for a question.
 4   BY MS. THOMPSON:
 5        Q.   Just want to know what was being charged
 6   for the product if there was such a thing.
 7             I'm going to show you what's already
 8   been marked as Exhibit 247 for identification.
 9        A.   Okay.
10        Q.   Have you seen this exhibit before?
11        A.   Yes.
12        Q.   Can you tell me what it is?
13        A.   So this was a summary of open invoices.  It
14   was really, I believe, a summary of all invoices
15   open and closed that had been -- that had been
16   executed between the two companies.
17        Q.   And was it current as of January 2020?
18        A.   Yes, I believe so.
19        Q.   And you prepared this information from the
20   records at PeopleFlo?
21        A.   Yes.
22        Q.   Is it on any particular system at
23   PeopleFlo, this information?
24        A.   The core data that I pulled this from would
```

1  mostly be either packing slips, which would be on
2  our servers, or QuickBooks records.
3      Q.  And can we just -- to make sure I'm reading
4  this correctly, can we turn to the second full page.
5  Under date, what is meant to be shown there?  What
6  do the dates relate to?
7      A.  Sure.  Each table is connected to a
8  purchase order described above the table.  So we had
9  multiple purchase orders from PumpWorks to
10 PeopleFlo.  So the first table is for PO number
11 4744, which was the group 2 low torque stock order.
12 Each date is an event -- each date correlates to an
13 event that happened.  So either the first line, for
14 example, on 4/5/2018, the event was a 50 percent
15 prepayment.  That was invoice number 964.  It
16 affected 100 units.  50 percent of those 100 units
17 were invoiced.  So there's some dollars associated
18 with that.
19          The highlighted ones, if I recall
20 correctly, were ones that were -- well, you can also
21 see by the pay date.  If a pay date exists -- if a
22 paid amount and pay date exist, then there was
23 payment from PumpWorks against that line item.
24     Q.  For the other 50 percent or whatever was --

Page 137

```
 1      A.   Just for this one event.  So on -- on 4/5,
 2   we invoiced 50 percent of all 100 pumps.  On 4/2, we
 3   already paid.  So in this particular event, they
 4   paid us before we created an invoice.  So it was
 5   sort of catching up the paperwork in this particular
 6   event.
 7           So they paid us $165,000, which was 50
 8   percent of the total value.  The total value above
 9   on the top is 330.  So it looks like the math lines
10   up.  And today's balance, today being January 23rd,
11   2020, was zero for that one line.
12      Q.   Let's skip down to the event on 7/31/18.
13   It says shipped?
14      A.   So that one I think is a little more
15   complicated.  But, yes, we shipped one unit.  We
16   invoiced -- we ship one unit.  We invoiced 50
17   percent of that because we already invoiced the
18   other 50 percent on the line item above it.  So we
19   invoiced 1650.  So there were some mistakes that
20   happened on the bookkeeping here.  So let me refresh
21   my memory what happened.  Accidental debit.  I
22   believe the mistake was on PumpWorks' part.  I think
23   instead of paying us 1650, they debited us and said
24   we owe them another 1650.
```

Thompson Court Reporters, Inc.
thompsonreporters.com

```
 1      Q.   So that had to get reversed?
 2      A.   Exactly.  Which at the time had not
 3   happened yet.  So that's why there's still a
 4   balance.
 5      Q.   Of 1650?
 6      A.   Yes.
 7      Q.   On 11/5/2018, we show a shipment and it's
 8   four units were shipped at that time?
 9      A.   Correct.
10      Q.   And they were invoiced the 50 percent
11   remaining on the purchase price?
12      A.   Correct.
13      Q.   And it was paid?
14      A.   Yes.
15      Q.   That's why zero dollars?
16      A.   Exactly.
17      Q.   What were you saying about the shaded ones?
18      A.   The shaded one is just highlighting the
19   ones that have been paid complete.  But it's
20   redundant information because the pay date and the
21   balance also tells you --
22      Q.   Okay.  Let's go back to the really
23   interesting one, 2/11/2019.  40 percent prepaid.
24      A.   Correct.  That's another 40 percent prepay
```

1  on the remaining items.  So at that point we still
2  owed -- 77 units had not been delivered yet.  So do
3  a quick math.  We had delivered 23 units by then.
4  And so for some agreement, that I was not privy to,
5  between Bill Blankemeier and Trey Maxwell, they
6  agreed that we would get another 40 percent of the
7  remaining amount as another prepayment.  So this was
8  the invoice for that.
9       Q.   Was PeopleFlo having cash flow problems
10  during February of 2019?
11       A.   I couldn't say with specific details, but
12  yes, the cash would help.
13       Q.   And then the rest of these all follow the
14  pattern you've indicated.  It shows a ship date.  It
15  shows which invoice it related to and the number
16  that was shipped, the percentage of payments still
17  to be made, and whether it was made or whether it
18  was held up.
19       A.   Correct.  In a sense, you see a lot of ten
20  percents, because by that time, this 40 percent had
21  applied to the remainder and the prior 50 percent
22  applied to all the units.  So there was only ten
23  percent left.
24       Q.   So the second group two stock order?

```
 1      A.   Correct.  So that's a different purchase
 2   order but the same logic is being applied to
 3   shipments.
 4      Q.   Except 90 percent was paid upfront on
 5   that --
 6      A.   Yeah.
 7      Q.   -- before anything had been shipped?
 8      A.   Yes.
 9      MR. TILGHMAN:  Wait for her to finish her
10   question and then answer.
11      THE WITNESS:  Okay.
12   BY MS. THOMPSON:
13      Q.   And then there were only four shipments
14   against that purchase order as of January?
15      A.   Correct.
16      Q.   And the third block is another group stock
17   order?
18      A.   Yes.
19      Q.   And, again, 90 percent was paid upfront?
20      A.   Yes.
21      Q.   And there were only four shipments made
22   against that order as of January 2020?
23      A.   Yes.
24      Q.   So I think the rest of these are -- the
```

1    second page of the invoice, would it be fair to say
2    that these were more specific parts or machines that
3    were ordered, not part of the group stock order?
4        A.   Correct.  Exactly.
5        Q.   And Exhibit 248.  And before we put away
6    the prior exhibit, 247, these dates that are in the
7    date column, would you rely on those?  Would they be
8    accurate as to the number of MCUs that had been
9    delivered to PumpWorks as of the date that's
10   reflected there?  Let me give you an example.
11       A.   Yes.
12       Q.   On the first block, I don't see -- except
13   for this one thing that was delivered in July of
14   2018, I don't see another delivery or shipment to
15   PumpWorks until November of 2018.  Do you see that?
16       A.   Yes, I see that.
17       Q.   Does that comport with your recollection,
18   that even though the contract was signed in March,
19   there were not deliveries of MCUs until one in July
20   and then four of them in November?
21       A.   Well, you have some for the group two high
22   torque -- or no.  Yeah.  We have 1024 -- no, that's
23   2019.  Yes, I think that's correct.
24       Q.   Now, if you can take the packing slip that

Page 142

1  is marked as Exhibit 248.  Are those the packing
2  slips you were referring to that you used as base
3  information for preparation of 247?
4      A.   Yes.
5      Q.   And can you explain briefly what
6  information is shown here?
7      A.   Yeah.  This should have the purchase order
8  and the order date up in the left.  As I'm sitting
9  here, I used shorthand notation for the purchase
10 order, just the last four digits on the spreadsheet.
11 But correlates with the 4744.  And then this is a
12 document that on 4/17/2020, we shipped whatever is
13 in the ship quantity, which would be one unit of the
14 second line item.  Against this purchase order.
15 There may have been other MCUs in the shipment from
16 other purchase orders on here.  And if that were the
17 case, there would have been two packing slips in one
18 shipment.  Two or three, depending on how many -- I
19 would not have -- because of the header information
20 correlates to a specific purchase order.  If we were
21 shipping against multiple purchase orders and made
22 multiple packing slips.
23     Q.   But the column, the last one on the right,
24 back-order quantity, that reflects how many MCUs had

```
 1   been ordered and by this time 90 percent paid for
 2   but not yet shipped to PumpWorks?
 3        A.   Yes.  For the first line item, the purchase
 4   order had five units on it.  We had previously
 5   shipped five, so there were no longer any
 6   back-orders for the first order.
 7        Q.   Let's do 249 and 250.
 8             Exhibits 249 and 250, are they similar
 9   in terms of the information that they convey as the
10   248 that we've just looked at?
11        A.   Yes.
12        Q.   So, again, they relate only to one of the
13   purchase orders.  They show the specific description
14   of the specific pumps that were ordered, the number
15   that were ordered, the number that were shipped, and
16   the number that were back-ordered, correct?
17        A.   Yes.
18        Q.   And when you were talking about Exhibit
19   247, you called these stock orders?
20        A.   Yes.
21        Q.   What is a stock order?
22        A.   It means it's being purchased to be put
23   into inventory and not purchased for a specific
24   customer need.
```

```
 1     Q.   In -- if I want to know how many MCUs
 2   PeopleFlo still owes to PumpWorks for which
 3   PeopleFlo's already received 90 percent of the
 4   payment, would I just simply take and add up all the
 5   back-orders on your packing slips?
 6     MR. TILGHMAN:  Object to the form; lack of
 7   foundation; calls for a legal conclusion.  Subject
 8   to those objections, you can answer.
 9     THE WITNESS:  I do believe if you can get the
10   most recent packing slip for each of the four
11   stockholders, the back-order amount should reflect
12   what has not been delivered.
13   BY MS. THOMPSON:
14     Q.   And those packing slips, they are
15   maintained at PeopleFlo, correct?
16     A.   Yes.
17     Q.   And in what system would I pull it off of?
18     A.   They are not in the shared folder but
19   PeopleFlo's main directory.
20     Q.   And a simple matter of pulling off the
21   directory the most recent packing slips?
22     MR. TILGHMAN:  Object to foundation.
23     THE WITNESS:  They're just files in a folder
24   labeled Packing Slips.  You have several of them
```

Page 145

```
 1   already.  You may have all of them.  I don't know.
 2   BY MS. THOMPSON:
 3       Q.   Let's go to --
 4       A.   There should be an alternative source at
 5   PumpWorks as well.  These were documents that were
 6   sent with every shipment.  It makes sense that
 7   PumpWorks would have kept copies of these in their
 8   receiving department.
 9       Q.   Are you testifying that from personal
10   knowledge that they did?
11       A.   No.
12       Q.   Okay.
13       A.   I said it would be logical that they would.
14       Q.   Understand.  But we're only here to pump --
15   to plumb your knowledge as to what you actually have
16   information about.
17            Let's go to 325 for our new exhibit.
18                    (WHEREUPON, said document was
19                     marked as Deposition Exhibit
20                     No. 325 for Identification.)
21   BY MS. THOMPSON:
22       Q.   With respect to -- going back to the year
23   2020, the packing slips that we just looked at, they
24   were -- trying to remember the last date on them.
```

```
 1        A.    4/17.
 2        Q.    4/17 of 2020.  Do you as you sit here today
 3   have a recollection of any other MCUs being shipped
 4   to PumpWorks after April of 2020?
 5        A.    I don't recall the exact time frame, but
 6   it's certainly close to the end of it, but I don't
 7   recall exactly.
 8        Q.    Taking a look at what has been marked as
 9   Exhibit 325 for identification.  Are these just more
10   meeting notes?
11        A.    Correct.
12        Q.    Similar to the ones that we discussed
13   earlier with respect to Exhibit 40?
14        A.    Yes.
15        Q.    Okay.  In this particular one, the meeting
16   notes refer to a meeting held on October 21,
17   correct?
18        A.    Held on Monday.  The attachment's named
19   10/21.  So, yeah, Monday's 10/21 meeting
20   presentation.  Took me four days before I got the
21   report out.  That's why the October 25th.
22        Q.    Not even anything I'm interested in.
23        A.    Just clarifying.
24        Q.    What is a beta test?
```