# EXHIBIT 12

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

PEOPLEFLO MANUFACTURING,   )
INC.,                      )
                           )
           Plaintiff,      )
                           )
        -vs-               )
                           ) No. 28-cv-03642
SUNDYNE, LLC; ACCUDYNE     )
INDUSTRIES, LLC; DXP       )
ENTERPRISES, INC., and     )
PUMPWORKS, LLC,            )
                           )
           Defendants.     )
-------------------------  )
PUMPWORKS, LLC,            )
    Counter-Plaintiff,     )
        -vs-               )
PEOPLEFLO MANUFACTURING,   )
INC,                       )
    Counter-Defendant.     )
                           )
```

The webconference deposition of WILLIAM BLANKEMEIER, called by the Defendant for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions before MAUREEN A. WOODMAN, a notary public within and for the County of Cook and State of Illinois, taken at One East Wacker Drive, Chicago, Illinois, on the 24th day of June 2022, at the hour of 9:00 o'clock a.m. Central Standard Time.

Thompson Court Reporters, Inc.
thompsonreporters.com

Case: 1:20-cv-03642 Document #: 330-6 Filed: 04/18/23 Page 42 of 285 PageID #:10994

Page 41

| | |
|---|---|
| 1 | Q. And you said we probably have it somewhere. |
| 2 | Where would you look? If I wanted to know on a |
| 3 | monthly basis how many people were involved in the |
| 4 | PWA-SL program? |
| 5 | A. We would just try and piece it together, |
| 6 | the activities we were doing. I mean I know we were |
| 7 | running the production -- we know Clark Shafer was |
| 8 | involved for years on the project as our lead. It |
| 9 | took, I don't know how much of my time, but a whole |
| 10 | bunch of my time. And then we had two production |
| 11 | guys. So if we have six total employees and four of |
| 12 | them are kind of on PWA-SL, it gives a sense. We |
| 13 | can probably dig and piece some things together if |
| 14 | we needed to. |
| 15 | Q. And the people that were on the PWA-SL, |
| 16 | they were full-time on the PWA-SL? |
| 17 | A. Yeah. Clark Shafer was and the production |
| 18 | operators were full -- well, I would say they were |
| 19 | probably 80 percent, maybe. They were full-time, |
| 20 | you know, for whenever we needed them to be |
| 21 | full-time. But we were wrapping up some other |
| 22 | prototype things. So we would make some other parts |
| 23 | and stuff from time to time and sell. |
| 24 | Q. I'm a lawyer and we grew up making time |

Thompson Court Reporters, Inc.
thompsonreporters.com

Page 189

```
 1   
 2        Q.   I'm going to show you Exhibit No. 247 for
 3   identification.
 4                      (WHEREUPON, said document was
 5                       marked as Deposition Exhibit
 6                       No. 247 for Identification.)
 7   BY MS. THOMPSON:
 8        Q.   Are you ready?
 9        A.   I'm ready.
10        Q.   Can you tell me -- the e-mail from Clark to
11   an accounting person in DXP PumpWorks accounting
12   Department.  What I'm interested in is the attached
13   stock order document.  Do you see that?  Is this a
14   typical document prepared by pump -- PeopleFlo?
15        MR. KIRBY:  Object to form, foundation.
16        THE WITNESS:  No.  Typical document, no.
17   BY MS. THOMPSON:
18        Q.   Have you seen documents such as this at
19   PeopleFlo?
20        A.   Yes.  I think we -- I think we kept kind of
21   a running tab, but I'm not sure.
22        Q.   By running tab, are you referring to the
23   ship orders where -- strike that.
24             The way I read this is that you're
```

1  telling the reader that you shipped on the date
2  that's in column one the quantity that's in column
3  four to PumpWorks; is that correct?
4      MR. KIRBY: Form and foundation.
5      THE WITNESS: It looks to be correct. You're
6  right. The invoice -- their invoices, so we sent --
7  so that's when we shipped and we billed PumpWorks.
8  BY MS. THOMPSON:
9      Q. And you note when you get prepay in column
10 two and you note when you ship in column two; is
11 that correct?
12     MR. KIRBY: Form and foundation.
13     THE WITNESS: Yeah, we've got a ship date and
14 we -- and we ship. I don't understand in the second
15 column what the -- you know, what the pre-pays are.
16 But the idea is to invoice whatever is left from the
17 prepayment. So we might ship six MCUs and we'll get
18 ten percent. But some other orders will get 40
19 percent because there wasn't a prepayment on them.
20 BY MS. THOMPSON:
21     Q. What other records would I look at at
22 PeopleFlo if I want to know when you shipped MCUs to
23 PumpWorks?
24     A. Sales records, invoices.

1    Q.   And does this -- do these not -- correctly
2    --
3    A.   Yeah.
4    Q.   So, according to these charts, it appears
5    to me that until November 5th, 2018, PeopleFlo had
6    only shipped one MCU unit to PumpWorks?
7    MR. KIRBY:  Form, foundation.
8    THE WITNESS:  Where are you seeing this?
9    BY MS. THOMPSON:
10   Q.   If you look at the third -- the third -- or
11   the second entry line on the first field, it says,
12   7/312 /018, there's a ship, pursuant to invoice 968.
13   Do you see that?  And I see a quantity one.
14   A.   Mm-hmm.
15   MR. KIRBY:  Keep your answers verbal.
16   THE WITNESS:  Okay.
17   BY MS. THOMPSON:
18   Q.   The next line I see is November 5th, 2018,
19   ship, invoice 971, quantity four.  Do you see that?
20   A.   I do, yep.
21   Q.   And we have another entry for November
22   12th, 2018, and we can go -- I mean you can see --
23   my question would be, do you have any information
24   that a greater number of MCUs were shipped to

1  PumpWorks, greater number than are shown on these
2  purchase order summaries?
3      A.  I thought there was that batch of trial
4  pumps that got out earlier. But it may be that
5  November time frame where those trial pumps were
6  sent out and it might be the PPG pump that went out
7  in July here.
8      Q.  That's what I was going to relate it back.
9      A.  But I'd have to check that. I thought we
10 got the trial pumps out a little earlier. But I do
11 want to say that we were prepared to make -- we
12 could make pumps at this time. We would make two
13 pumps. If there was an order in the field that
14 required a pump, we would make that configuration
15 and ship it out.
16     Q.  You say, but my question would be, did you
17 ship anything -- I mean do you have any other record
18 that you would need to check to see if you had made
19 any other shipments?
20     A.  This should encapsulate the shipments.
21     Q.  All right. And to know what type of pumps
22 I'm going to show you a series of -- looking at your
23 purchase orders, the document we just had in front
24 of us, the pay dates on the eighth column, do you

```
 1   have any doubt you received the money from PumpWorks
 2   on or about those dates?
 3       MR. KIRBY:  Form.
 4       THE WITNESS:  I don't know.  It looks to be the
 5   dates.
 6   BY MS. THOMPSON:
 7       Q.  I'm going to show you a series of three
 8   exhibits.
 9       MR. KIRBY:  Do we have a Bates number on the
10   attachment?
11       MS. THOMPSON:  Again, it's the way guys print,
12   I cannot.
13       MR. KIRBY:  So this was the first attachment of
14   all the other ones is the only one that's in this
15   exhibit?
16       MS. THOMPSON:  Right.  Front and back.  What I
17   can do, Bill, is check our system and see if they
18   have a Bates number that's on it, but just doesn't
19   print out for whatever reason.
20       MR. KIRBY:  I think it's on the file name.
21       MR. STOLTE:  They're native files.
22       MS. THOMPSON:  And they don't like to print
23   numbers.
24       THE WITNESS:  On the back of this it shows we
```

Page 194

```
 1   shipped the 13-inch out in October of '18.
 2   BY MS. THOMPSON:
 3        Q.   It says one, quantity one?
 4        A.   Right.
 5        Q.   So there was one shipment made in October
 6   of 2018?
 7        A.   Yeah, it looks like.
 8        Q.   And the PPG test order was for two, was it
 9   not?
10        A.   I think it was originally one and then they
11   added another.  But I'm not sure.  You're right, it
12   could be for two.  It might be a few additionals in
13   addition to this.  I'm not sure.
14        Q.   I'm going to show you 248, 249, and 250.
15   I'm mostly interested in understanding those forms.
16                       (WHEREUPON, said documents
17                        were marked as Deposition
18                        Exhibit Nos. 248, 249, and
19                        250 for Identification.)
20        A.   So --
21        Q.   I need to ask the question.  Do you
22   recognize these documents?
23        MR. KIRBY:  Look at all of them, Bill, before
24   you answer.  You have three exhibits in front of
```

1  you.
2       THE WITNESS:  Yes.
3  BY MS. THOMPSON:
4       Q.   And can you tell me what they are?
5       A.   They're packing slips that go with the
6  shipment.
7       Q.   And the information conveyed on the packing
8  slip relates back always to the initial order,
9  correct?
10      A.   Yes.
11      Q.   So it shows the quantity order of each of
12 the models that are listed here, correct?
13      A.   Correct.
14      Q.   And then it shows how many of those got
15 shipped?
16      A.   Correct.
17      Q.   And then you have the last column is
18 backorder, correct?
19      A.   Correct.
20      Q.   And that's how many as of the date of the
21 shipping date 4/17/2020 are still outstanding on
22 that order, correct?
23      A.   Correct.
24      Q.   And there is one -- since you got three

```
 1   orders, two in 2018 and one in 2019, these are the
 2   most recent packing slips for each order but have
 3   the same information, correct?
 4       MR. KIRBY:  Form.
 5       THE WITNESS:  Right.  The most recent ones for
 6   each of those separate orders, yes, should have that
 7   info.
 8       MS. THOMPSON:  Now you can take as long a break
 9   as you need.
10       MR. KIRBY:  Thank you.
11                              (Recess.)
12   BY MS. THOMPSON:
13       Q.  I'm going to show what you I marked as
14   Exhibit 251 for identification.
15                       (WHEREUPON, said document was
16                       marked as Deposition Exhibit
17                       No. 251 for Identification.)
18       Do you recognize this as an e-mail from
19   Clark Shafer to Skip Giessing, carbon copying
20   yourself?
21       A.  Yes.
22       Q.  And this -- the e-mail date is September
23   14th, 2018.  Do you see that?
24       A.  Yes.
```