# EXHIBIT 15A

**Summary of Orders, Shipments, and Payments**

| | |
|---|---|
| total invoiced: | $1,351,919 |
| total invoiced (contract orders): | $1,293,600 |
| total paid to-date (contract orders): | $1,168,972.40 |
| owed by PeopleFlo: | $690,203.90 |
| total shipped: | 136 |
| cost of pumps shipped: | $445,632.00 |
| balance (misc. orders): | $33,136.50 |

**Key:**
Invoices with payments
BATES references December 2019 chart (DXP-PW 129445)

| | |
|---|---|
| PO# | 4744 |
| desc | Grp2 LT STOCK ORDER |
| BATES | PEOPLEFLO_0016876-80 |
| qty: | 100 |
| ea: | $3,300 |
| total: | $330,000 |
| paid to-date: | $289,740.00 |
| shipment balance: | $15,840 |
| to completion of PO: | $40,260 |
| shipped: | 63 |
| cost of pumps shipped: | $207,900 |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2018 | 50% prepay | 964 | DXP-PW 0039941 | 100 | 50% | $165,000.00 | $165,000 | 4/2/2018 | $0.00 | DXP-PW 129445, line 6 | N/A | |
| 7/31/2018 | ship | 968 | DXP-PW 0104960 | 1 | 50% | $1,650.00 | $1,650 | 1/14/2019 | $0.00 | DXP-PW 220375-400, line 58 | | |
| | | | | accidental debit | | | -$1,650 | 11/4/2019 | | DXP-PW 220375-400, line 60 | | |
| | | | | repayment | | | $1,650 | 1/17/2020 | | DXP-PW 220375-400, line 62 | | |
| 11/5/2018 | ship | 971 | DXP-PW 0105623 | 4 | 50% | $6,600.00 | $6,600 | 11/28/2018 | $0.00 | DXP-PW 220375-400, line 68 | | |
| 12/18/2018 | ship | 976 * | DXP-PW 0107226 | 7 | 50% | $11,550.00 | $13,200 | 1/14/2019 | -$1,650.00 | DXP-PW 220375-400, line 54 | | |
| 2/11/2019 | 40% prepay | 977 | DXP-PW 0110225 | 77 | 40% | $101,640.00 | $101,640 | 2/11 & 2/22 | $0.00 | DXP-PW 220375-400, line 52 | N/A | |
| 5/23/2019 | ship | 981 | DXP-PW 0114154 | 5 | 10% | $1,650.00 | $1,650 | 11/4/2019 | $0.00 | DXP-PW 220375-400, line 50 | DXP-PW 114123 | 5/23/2019 |
| 6/18/2019 | ship | 984 | DXP-PW 0126110 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 114858 | 6/14/2019 |
| 6/21/2019 | ship | 985 | DXP-PW 0128062 | 4 | 10% | $1,320.00 | | | $1,320.00 | | DXP-PW 115019 | 6/21/2019 |
| 7/2/2019 | ship | 986 | DXP-PW 0142980 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 116146 | 7/2/2019 |
| 7/26/2019 | ship | 988 | DXP-PW 0126112 | 4 | 10% | $1,320.00 | | | $1,320.00 | | DXP-PW 116674 | 7/26/2019 |
| 8/9/2019 | ship | 994 | DXP-PW 0129442 | 5 | 10% | $1,650.00 | | | $1,650.00 | | DXP-PW 116719 | 8/7/2019 |
| 8/14/2019 | ship | 995 | DXP-PW 0126113 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 116790 | 8/14/2019 |
| 11/1/2019 | ship | 1003 | DXP-PW 0142971 | 1 | 10% | $330.00 | | | $330.00 | | DXP-PW 125603 | 10/24/2019 |
| 12/20/2019 | ship | 1011 | DXP-PW 0142973 | 2 | 50% | $3,300.00 | | | $3,300.00 | | | |
| 12/20/2019 | 40% prepay | 1012 | DXP-PW 0142974 | 8 | 40% | $10,560.00 | | | $0.00 | | N/A | |
| 2/4/2020 | ship | 1018 | DXP-PW 0142975 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 132819 | 2/3/2020 |
| 2/19/2020 | ship | 1023 | DXP-PW 0142976 | 5 | 10% | $1,650.00 | | | $1,650.00 | | DXP-PW 134537 | 2/19/2020 |
| 4/17/2020 | ship | | | 1 | | | | | | | DXP-PW 141323 | 4/17/2020 |

* This shipment invoice reflected a 3x4x7 low torque MCU which was not ordered in PO 4744

| | |
|---|---|
| PO# | 5263 |
| desc | Grp2 HT STOCK ORDER |
| BATES | DXP-PW 0128479-83 |
| qty: | 100 |
| ea: | $3,960 |
| total: | $396,000 |
| paid to-date: | $364,716.00 |
| shipment balance: | $2,376 |
| to completion of PO: | $31,284 |
| shipped: | 27 |
| cost of pumps shipped: | $106,920 |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2018 | 50% prepay | 967 | PEOPLEFLO_0020117 | 100 | 50% | $198,000.00 | $198,000 | 8/8/2018 | $0.00 | DXP-PW 220375-400, line 70 | N/A | |
| 2/11/2019 | 40% prepay | 979 | DXP-PW 0110204 | 100 | 40% | $158,400.00 | $158,400 | 4/3/2019 | $0.00 | DXP-PW 129445, line 29 | N/A | |
| 10/28/2019 | ship | 1002 | DXP-PW 0128422 | 5 | 10% | $1,980.00 | $1,980 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 9 | DXP-PW 131247 | 10/24/2019 |
| 11/4/2019 | ship | 1004 | DXP-PW 0129425 | 4 | 10% | $1,584.00 | $1,584 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 14 | DXP-PW 126079 | 11/4/2019 |
| 12/18/2019 | ship | 1009 | DXP-PW 0129428 | 6 | 10% | $2,376.00 | $2,376 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 17 | DXP-PW 128580 | 12/13/2019 |
| 12/30/2019 | ship | 1013 | DXP-PW 0129315 | 6 | 10% | $2,376.00 | $2,376 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 11 | DXP-PW 129239 | 12/27/2019 |
| 3/12/2020 | ship | 1027 | DXP-PW 0142991 | 6 | 10% | $2,376.00 | | | $2,376.00 | | DXP-PW 199561 | 3/12/2020 |

| | |
|---|---|
| PO# | 7024 |
| desc | combined LT + HT |
| BATES | PEOPLEFLO_0002870-75 |
| qty: | 200 |
| ea: | mixed |
| total: | $567,600 |
| paid to-date: | $514,516.40 |
| shipment balance: | $8,270 |
| to completion of PO: | $53,084 |
| shipped: | 46 |
| cost of pumps shipped: | $130,812 |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149 | 200 | 50% | $283,800.00 | $283,800 | 6/12/2019 | $0.00 | DXP-PW 129445 | | |
| 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435 | 200 | 40% | $227,040.00 | $227,040 | 9/16/2019 | $0.00 | DXP-PW 129445 | | |
| 9/16/2019 | ship | 998 | DXP-PW 0126115 | 1 | 10% | $297.00 | $297 | 11/4/2019 | $0.00 | DXP-PW 129445 | | |
| 9/23/2019 | ship | 999 * | DXP-PW 0126116 | 6 | 10% | $1,702.80 | $1,703 | 11/4/2019 | -$0.20 | DXP-PW 129445 | | |
| 10/7/2019 | ship | 1001 | DXP-PW 0126108 | 6 | 10% | $1,676.40 | $1,676 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 24 | | |
| 11/26/2019 | ship | 1007 | DXP-PW 0142972 | 6 | 10% | $1,676.40 | | | $1,676.40 | | See Below | |
| 12/30/2019 | ship | 1014 | DXP-PW 0129316 | 6 | 10% | $1,755.60 | | | $1,755.60 | | | |
| 1/21/2020 | ship | 1015 | DXP-PW 0132708 | 6 | 10% | $1,702.80 | | | $1,702.80 | | | |
| 2/27/2020 | ship | 1024 | DXP-PW 0142990 | 5 | 10% | $1,458.60 | | | $1,458.60 | | | |
| 3/18/2020 | ship | 1028 | DXP-PW 0142992 | 6 | 10% | $1,676.40 | | | $1,676.40 | | | |
| 4/17/2020 | ship | | | 4 | | | | | | | | |

\* Invoice 999 incorrectly rounds up the total to $1,703 but it should be $1,702.80

| PO# | 7024 | | qty: | 100 | | paid to-date: | $245,434.40 | | shipped: | 22 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | Grp1 Low Torque (LT) STOCK ORDER | | ea: | $2,706 | | shipment balance: | $3,518 | | cost of pumps shipped: | $59,532 | |
| BATES | PEOPLEFLO_0002870-75 | | total: | $270,600 | | to completion of PO: | $25,166 | | | | |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149 | 100 | 50% | $135,300.00 | $135,300 | 6/12/2019 | $0.00 | DXP-PW 129445, line 39 | N/A | |
| 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435 | 100 | 40% | $108,240.00 | $108,240 | 9/16/2019 | $0.00 | DXP-PW 129445, line 40 | N/A | |
| 9/23/2019 | ship | 999 | DXP-PW 0126116 | 3 | 10% | $811.80 | $812 | 11/4/2019 | -$0.20 | DXP-PW 129445, line 41 | DXP-PW 122747 | 9/23/2019 |
| 10/7/2019 | ship | 1001 | DXP-PW 0126108 | 4 | 10% | $1,082.40 | $1,082 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 24 | DXP-PW 124795 | 10/7/2019 |
| 11/26/2019 | ship | 1007 | DXP-PW 0142972 | 4 | 10% | $1,082.40 | | | $1,082.40 | | DXP-PW 127247 | 11/26/2019 |
| 12/30/2019 | ship | 1014 | DXP-PW 0129316 | 1 | 10% | $270.60 | | | $270.60 | | DXP-PW 129238 | 12/27/2019 |
| 1/21/2020 | ship | 1015 | DXP-PW 0132708 | 3 | 10% | $811.80 | | | $811.80 | | DXP-PW 132005 | 1/21/2020 |
| 2/27/2020 | ship | 1024 | DXP-PW 0142990 | 1 | 10% | $270.60 | | | $270.60 | | DXP-PW 135389 | 2/27/2020 |
| 3/18/2020 | ship | 1028 | DXP-PW 0142992 | 4 | 10% | $1,082.40 | | | $1,082.40 | | DXP-PW 136619 | 3/17/2020 |
| 4/17/2020 | ship | | | 2 | | | | | | | DXP-PW 141322 | 4/17/2020 |

| PO# | 7024 | | qty: | 100 | | paid to-date: | $269,082.00 | | shipped: | 24 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | Grp1 High Torque (HT) STOCK ORDER | | ea: | $2,970 | | shipment balance: | $4,752 | | cost of pumps shipped: | $71,280 | |
| BATES | PEOPLEFLO_0002870-75 | | total: | $297,000 | | to completion of PO: | $27,918 | | | | |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149 | 100 | 50% | $148,500.00 | $148,500 | 6/12/2019 | $0.00 | DXP-PW 129445, line 50 | N/A | |
| 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435 | 100 | 40% | $118,800.00 | $118,800 | 9/16/2019 | $0.00 | DXP-PW 129445, line 51 | N/A | |
| 9/16/2019 | ship | 998 | DXP-PW 0126115 | 1 | 10% | $297.00 | $297 | 11/4/2019 | $0.00 | DXP-PW 129445, line 52 | DXP-PW 122138 | 9/16/2019 |
| 9/23/2019 | ship | 999 | DXP-PW 0126116 | 3 | 10% | $891.00 | $891 | 11/4/2019 | $0.00 | DXP-PW 129445, line 53 | DXP-PW 122747 | 9/23/2019 |
| 10/7/2019 | ship | 1001 | DXP-PW 0126108 | 2 | 10% | $594.00 | $594 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 24 | DXP-PW 124795 | 10/7/2019 |
| 11/26/2019 | ship | 1007 | DXP-PW 0142972 | 2 | 10% | $594.00 | | | $594.00 | | DXP-PW 127247 | 11/26/2019 |
| 12/30/2019 | ship | 1014 | DXP-PW 0129316 | 5 | 10% | $1,485.00 | | | $1,485.00 | | DXP-PW 129238 | 12/27/2019 |
| 1/21/2020 | ship | 1015 | DXP-PW 0132708 | 3 | 10% | $891.00 | | | $891.00 | | DXP-PW 132005 | 1/21/2020 |
| 2/27/2020 | ship | 1024 | DXP-PW 0142990 | 4 | 10% | $1,188.00 | | | $1,188.00 | | DXP-PW 135389 | 2/27/2020 |
| 3/18/2020 | ship | 1028 | DXP-PW 0142992 | 2 | 10% | $594.00 | | | $594.00 | | DXP-PW 136619 | 3/17/2020 |
| 4/17/2020 | ship | | | 2 | | | | | | | DXP-PW 141322 | 4/17/2020 |

| PO# | none | | qty: | 1 | |
|---|---|---|---|---|---|
| desc | MCU demo | | ea: | $7,600 | |
| BATES | none | | total: | $7,600 | |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/2018 | ship | 969 | DXP-PW 0104962 | 1 | 100% | $7,600.00 | $7,600 | 1/14/2019 | $0.00 | DXP-PW 220375-400, line 66 | DXP-PW 126789 | 8/28/2019 |

| PO# | verbal: Trey Maxwell | | qty: | 1 | |
|---|---|---|---|---|---|
| desc | 2x3x13 | | ea: | $3,300 | |
| BATES | none | | total: | $3,300 | |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2018 | ship | 974 | DXP-PW 0107238 | 1 | 100% | $3,300.00 | $3,300 | 1/14/2019 | $0.00 | DXP-PW 220375-400, line 64 | | |

| PO# | 7025 | | qty: | 1 | |
|---|---|---|---|---|---|
| desc | MCU upgrades | | ea: | $2,676 | |
| BATES | PEOPLEFLO_0010410-14 | | total: | $2,676 | |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2019 | ship partial | | | | | | | | | | | |
| 5/28/2019 | ship remaining | 983 | DXP-PW 0129436 | 1 | 100% | $2,676.00 | $2,676 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 30 | | |

| PO# | 7168 | | qty | 1 | |
|---|---|---|---|---|---|
| desc | 2x3x13 | | $ ea | $4,290 | |
| BATES | PEOPLEFLO_0002972-76 | | $ total | $4,290 | |

| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/2019 | ship | 987 | DXP-PW 0129441 | 1 | 100% | $4,290.00 | $4,290 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 38 | | |

| PO# | 7548 | | | qty: | 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | PPG repair | | | ea: | $1,046 | | | | | | |
| BATES | PEOPLEFLO_0003437-41 | | | total: | $1,046 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 10/4/2019 | ship | 1000 | DXP-PW 0126107 | 1 | 100% | $1,046.00 | $1,046 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 26 | DXP-PW 125868 | 10/4/2019 |

| PO# | 7653 | | | qty: | 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | G2 sectioned demo | | | ea: | $6,600 | | | | | | |
| BATES | PEOPLEFLO_0018069-73 | | | total: | $6,600 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 11/19/2019 | ship | 1006 | DXP-PW 0126752 | 1 | 100% | $6,600.00 | $6,600 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 32 | | |

| PO# | 7707 | | | qty: | 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | 2x3x13, as parts | | | ea: | $2,970 | | | | | | |
| BATES | PEOPLEFLO_0003678-82 | | | total: | $2,970 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 11/26/2019 | ship partial | | | | | | | | | | | |
| 12/18/2019 | ship remaining | 1010 | DXP-PW 0129429 | 1 | 100% | $2,970.00 | $2,970 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 28 | | |

| PO# | 7739 | | | qty: | 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | 1x1.5x6 cutaway | | | ea: | $5,412 | | | | | | |
| BATES | PEOPLEFLO_0003771-75 | | | total: | $10,824 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| | ship | | | 2 | 100% | $10,824.00 | | | $10,824.00 | | DXP-PW 132006 | 1/21/2020 |

| PO# | 7740 | | | qty: | 6 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | 2x3x13 | | | ea: | $2,970 | | | | | | |
| BATES | PEOPLEFLO_0003766-70 | | | total: | $17,820 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 2/21/2020 | ship | 1020 | PEOPLEFLO 3995 | 6 | 100% | $17,820.00 | | | $17,820.00 | | DXP-PW 134072 | 2/12/2020 |

| PO# | 7896 | | | qty: | 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| desc | bushings and o-rings | | | ea: | $1,192.50 | | | | | | |
| BATES | PEOPLEFLO_0003923-27 | | | total: | $1,192.50 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 2/27/2020 | ship | 1025 | PEOPLEFLO 3998 | 1 | 100% | $1,192.50 | | | $1,192.50 | | DXP-PW 135388 | 2/27/2020 |