# EXHIBIT 15Ai

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Summary of Orders, Shipments,** | | | total invoiced: $1,351,919 | | | owed by PeopleFlo: **$690,203.90** | | total shipped: 136 | | **Key:** | |
| 2 | and Payments | | | total invoiced (contract orders): $1,293,600 | | | | | cost of pumps shipped: $445,632.00 | | **Invoices with payments** | |
| 3 | | | | total paid to-date (contract orders): $1,168,972.40 | | | | | balance (misc. orders): $33,136.50 | | BATES references December 2019 chart (DXP-PW 129445) | |
| 4 | | | | | | | | | | | | |
| 5 | PO# | 4744 | | | qty: 100 | | | paid to-date: $289,740.00 | | shipped: 63 | | |
| 6 | desc | Grp2 LT STOCK ORDER | | | ea: $3,300 | | | shipment balance: $15,840 | | cost of pumps shipped: $207,900 | | |
| 7 | BATES | PEOPLEFLO_0016876-80 | | | total: $330,000 | | | to completion of PO: $40,260 | | | | |

| # | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 4/5/2018 | 50% prepay | 964 | DXP-PW 0039941 | 100 | 50% | $165,000.00 | $165,000 | 4/2/2018 | $0.00 | DXP-PW 129445, line 6 | N/A | |
| 10 | | | | | 1 | 50% | $1,650.00 | $1,650 | 1/14/2019 | | DXP-PW 220375-400, line 58 | | |
| 11 | 7/31/2018 | ship | 968 | DXP-PW 0104960 | accidental debit | | | -$1,650 | 11/4/2019 | $0.00 | DXP-PW 220375-400, line 60 | | |
| 12 | | | | | repayment | | | $1,650 | 1/17/2020 | | DXP-PW 220375-400, line 62 | | |
| 13 | 11/5/2018 | ship | 971 | DXP-PW 0105623 | 4 | 50% | $6,600.00 | $6,600 | 11/28/2018 | $0.00 | DXP-PW 220375-400, line 68 | | |
| 14 | 12/18/2018 | ship | 976 * | DXP-PW 0107226 | 7 | 50% | $11,550.00 | $13,200 | 1/14/2019 | -$1,650.00 | DXP-PW 220375-400, line 54 | | |
| 15 | 2/11/2019 | 40% prepay | 977 | DXP-PW 0110225 | 77 | 40% | $101,640.00 | $101,640 | 2/11 & 2/22 | $0.00 | DXP-PW 220375-400, line 52 | N/A | |
| 16 | 5/23/2019 | ship | 981 | DXP-PW 0114154 | 5 | 10% | $1,650.00 | $1,650 | 11/4/2019 | $0.00 | DXP-PW 220375-400, line 50 | DXP-PW 114123 | 5/23/2019 |
| 17 | 6/18/2019 | ship | 984 | DXP-PW 0126110 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 114858 | 6/14/2019 |
| 18 | 6/21/2019 | ship | 985 | DXP-PW 0128062 | 4 | 10% | $1,320.00 | | | $1,320.00 | | DXP-PW 115019 | 6/21/2019 |
| 19 | 7/2/2019 | ship | 986 | DXP-PW 0142980 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 116146 | 7/2/2019 |
| 20 | 7/26/2019 | ship | 988 | DXP-PW 0126112 | 4 | 10% | $1,320.00 | | | $1,320.00 | | DXP-PW 116674 | 7/26/2019 |
| 21 | 8/9/2019 | ship | 994 | DXP-PW 0129442 | 5 | 10% | $1,650.00 | | | $1,650.00 | | DXP-PW 116719 | 8/7/2019 |
| 22 | 8/14/2019 | ship | 995 | DXP-PW 0126113 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 116790 | 8/14/2019 |
| 23 | 11/1/2019 | ship | 1003 | DXP-PW 0142971 | 1 | 10% | $330.00 | | | $330.00 | | DXP-PW 125603 | 10/24/2019 |
| 24 | 12/20/2019 | ship | 1011 | DXP-PW 0142973 | 2 | 50% | $3,300.00 | | | $3,300.00 | | | |
| 25 | 12/20/2019 | 40% prepay | 1012 | DXP-PW 0142974 | 8 | 40% | $10,560.00 | | | $0.00 | | N/A | |
| 26 | 2/4/2020 | ship | 1018 | DXP-PW 0142975 | 6 | 10% | $1,980.00 | | | $1,980.00 | | DXP-PW 132819 | 2/3/2020 |
| 27 | 2/19/2020 | ship | 1023 | DXP-PW 0142976 | 5 | 10% | $1,650.00 | | | $1,650.00 | | DXP-PW 134537 | 2/19/2020 |
| 28 | 4/17/2020 | ship | | | 1 | | | | | | | DXP-PW 141323 | 4/17/2020 |

29 * This shipment invoice reflected a 3x4x7 low torque MCU which was not ordered in PO 4744

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | PO# | 5263 | | | qty: 100 | | | paid to-date: $364,716.00 | | shipped: 27 | | |
| 32 | desc | Grp2 HT STOCK ORDER | | | ea: $3,960 | | | shipment balance: $2,376 | | cost of pumps shipped: $106,920 | | |
| 33 | BATES | DXP-PW 0128479-83 | | | total: $396,000 | | | to completion of PO: $31,284 | | | | |

| # | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 7/6/2018 | 50% prepay | 967 | PEOPLEFLO_0020117 | 100 | 50% | $198,000.00 | $198,000 | 8/8/2018 | $0.00 | DXP-PW 220375-400, line 70 | N/A | |
| 36 | 2/11/2019 | 40% prepay | 979 | DXP-PW 0110204 | 100 | 40% | $158,400.00 | $158,400 | 4/3/2019 | $0.00 | DXP-PW 129445, line 29 | N/A | |
| 37 | 10/28/2019 | ship | 1002 | DXP-PW 0128422 | 5 | 10% | $1,980.00 | $1,980 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 9 | DXP-PW 131247 | 10/24/2019 |
| 38 | 11/4/2019 | ship | 1004 | DXP-PW 0129425 | 4 | 10% | $1,584.00 | $1,584 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 14 | DXP-PW 126079 | 11/4/2019 |
| 39 | 12/18/2019 | ship | 1009 | DXP-PW 0129428 | 6 | 10% | $2,376.00 | $2,376 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 17 | DXP-PW 128580 | 12/13/2019 |
| 40 | 12/30/2019 | ship | 1013 | DXP-PW 0129315 | 6 | 10% | $2,376.00 | $2,376 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 11 | DXP-PW 129239 | 12/27/2019 |
| 41 | 3/12/2020 | ship | 1027 | DXP-PW 0142991 | 6 | 10% | $2,376.00 | | | $2,376.00 | | DXP-PW 199561 | 3/12/2020 |

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | PO# | 7024 | | | qty: 200 | | | paid to-date: $514,516.40 | | shipped: 46 | | |
| 44 | desc | combined LT + HT | | | ea: mixed | | | shipment balance: $8,270 | | cost of pumps shipped: $130,812 | | |
| 45 | BATES | PEOPLEFLO_0002870-75 | | | total: $567,600 | | | to completion of PO: $53,084 | | | | |

| # | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149 | 200 | 50% | $283,800.00 | $283,800 | 6/12/2019 | $0.00 | DXP-PW 129445 | | |
| 48 | 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435 | 200 | 40% | $227,040.00 | $227,040 | 9/16/2019 | $0.00 | DXP-PW 129445 | | |
| 49 | 9/16/2019 | ship | 998 | DXP-PW 0126115 | 1 | 10% | $297.00 | $297 | 11/4/2019 | $0.00 | DXP-PW 129445 | | |
| 50 | 9/23/2019 | ship | 999 * | DXP-PW 0126116 | 6 | 10% | $1,702.80 | $1,703 | 11/4/2019 | -$0.20 | DXP-PW 129445 | | |
| 51 | 10/7/2019 | ship | 1001 | DXP-PW 0126108 | 6 | 10% | $1,676.40 | $1,676 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 24 | See Below | |
| 52 | 11/26/2019 | ship | 1007 | DXP-PW 0142972 | 6 | 10% | $1,676.40 | | | $1,676.40 | | | |
| 53 | 12/30/2019 | ship | 1014 | DXP-PW 0129316 | 6 | 10% | $1,755.60 | | | $1,755.60 | | | |
| 54 | 1/21/2020 | ship | 1015 | DXP-PW 0132708 | 6 | 10% | $1,702.80 | | | $1,702.80 | | | |
| 55 | 2/27/2020 | ship | 1024 | DXP-PW 0142990 | 5 | 10% | $1,458.60 | | | $1,458.60 | | | |
| 56 | 3/18/2020 | ship | 1028 | DXP-PW 0142992 | 6 | 10% | $1,676.40 | | | $1,676.40 | | | |
| 57 | 4/17/2020 | ship | | | 4 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | | | * Invoice 999 incorrectly rounds up the total to $1,703 but it should be $1,702.80 | | | | | | | | | |
| 59 | | | | | | | | | | | | |
| 60 | PO# | 7024 | | | qty: 100 | | paid to-date: $245,434.40 | | shipped: 22 | | | |
| 61 | desc | Grp1 Low Torque (LT) STOCK ORDER | | | ea: $2,706 | | shipment balance: $3,518 | | cost of pumps shipped: $59,532 | | | |
| 62 | BATES | PEOPLEFLO_0002870-75 | | | total: $270,600 | | to completion of PO: $25,166 | | | | | |
| 63 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 64 | 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149 | 100 | 50% | $135,300.00 | $135,300 | 6/12/2019 | $0.00 | DXP-PW 129445, line 39 | N/A | |
| 65 | 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435 | 100 | 40% | $108,240.00 | $108,240 | 9/16/2019 | $0.00 | DXP-PW 129445, line 40 | N/A | |
| 66 | 9/23/2019 | ship | 999 | DXP-PW 0126116 | 3 | 10% | $811.80 | $812 | 11/4/2019 | -$0.20 | DXP-PW 129445, line 41 | DXP-PW 122747 | 9/23/2019 |
| 67 | 10/7/2019 | ship | 1001 | DXP-PW 0126108 | 4 | 10% | $1,082.40 | $1,082 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 24 | DXP-PW 124795 | 10/7/2019 |
| 68 | 11/26/2019 | ship | 1007 | DXP-PW 0142972 | 4 | 10% | $1,082.40 | | | $1,082.40 | | DXP-PW 127247 | 11/26/2019 |
| 69 | 12/30/2019 | ship | 1014 | DXP-PW 0129316 | 1 | 10% | $270.60 | | | $270.60 | | DXP-PW 129238 | 12/27/2019 |
| 70 | 1/21/2020 | ship | 1015 | DXP-PW 0132708 | 3 | 10% | $811.80 | | | $811.80 | | DXP-PW 132005 | 1/21/2020 |
| 71 | 2/27/2020 | ship | 1024 | DXP-PW 0142990 | 1 | 10% | $270.60 | | | $270.60 | | DXP-PW 135389 | 2/27/2020 |
| 72 | 3/18/2020 | ship | 1028 | DXP-PW 0142992 | 4 | 10% | $1,082.40 | | | $1,082.40 | | DXP-PW 136619 | 3/17/2020 |
| 73 | 4/17/2020 | ship | | | 2 | | | | | | | DXP-PW 141322 | 4/17/2020 |
| 74 | | | | | | | | | | | | | |
| 75 | PO# | 7024 | | | qty: 100 | | paid to-date: $269,082.00 | | shipped: 24 | | | |
| 76 | desc | Grp1 High Torque (HT) STOCK ORDER | | | ea: $2,970 | | shipment balance: $4,752 | | cost of pumps shipped: $71,280 | | | |
| 77 | BATES | PEOPLEFLO_0002870-75 | | | total: $297,000 | | to completion of PO: $27,918 | | | | | |
| 78 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 79 | 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149 | 100 | 50% | $148,500.00 | $148,500 | 6/12/2019 | $0.00 | DXP-PW 129445, line 50 | N/A | |
| 80 | 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435 | 100 | 40% | $118,800.00 | $118,800 | 9/16/2019 | $0.00 | DXP-PW 129445, line 51 | N/A | |
| 81 | 9/16/2019 | ship | 998 | DXP-PW 0126115 | 1 | 10% | $297.00 | $297 | 11/4/2019 | $0.00 | DXP-PW 129445, line 52 | DXP-PW 122138 | 9/16/2019 |
| 82 | 9/23/2019 | ship | 999 | DXP-PW 0126116 | 3 | 10% | $891.00 | $891 | 11/4/2019 | $0.00 | DXP-PW 129445, line 53 | DXP-PW 122747 | 9/23/2019 |
| 83 | 10/7/2019 | ship | 1001 | DXP-PW 0126108 | 2 | 10% | $594.00 | $594 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 24 | DXP-PW 124795 | 10/7/2019 |
| 84 | 11/26/2019 | ship | 1007 | DXP-PW 0142972 | 2 | 10% | $594.00 | | | $594.00 | | DXP-PW 127247 | 11/26/2019 |
| 85 | 12/30/2019 | ship | 1014 | DXP-PW 0129316 | 5 | 10% | $1,485.00 | | | $1,485.00 | | DXP-PW 129238 | 12/27/2019 |
| 86 | 1/21/2020 | ship | 1015 | DXP-PW 0132708 | 3 | 10% | $891.00 | | | $891.00 | | DXP-PW 132005 | 1/21/2020 |
| 87 | 2/27/2020 | ship | 1024 | DXP-PW 0142990 | 4 | 10% | $1,188.00 | | | $1,188.00 | | DXP-PW 135389 | 2/27/2020 |
| 88 | 3/18/2020 | ship | 1028 | DXP-PW 0142992 | 2 | 10% | $594.00 | | | $594.00 | | DXP-PW 136619 | 3/17/2020 |
| 89 | 4/17/2020 | ship | | | 2 | | | | | | | DXP-PW 141322 | 4/17/2020 |
| 90 | | | | | | | | | | | | | |
| 91 | PO# | none | | | qty: 1 | | | | | | | |
| 92 | desc | MCU demo | | | ea: $7,600 | | | | | | | |
| 93 | BATES | none | | | total: $7,600 | | | | | | | |
| 94 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 95 | 10/3/2018 | ship | 969 | DXP-PW 0104962 | 1 | 100% | $7,600.00 | $7,600 | 1/14/2019 | $0.00 | DXP-PW 220375-400, line 66 | DXP-PW 126789 | 8/28/2019 |
| 96 | | | | | | | | | | | | | |
| 97 | PO# | verbal: Trey Maxwell | | | qty: 1 | | | | | | | |
| 98 | desc | 2x3x13 | | | ea: $3,300 | | | | | | | |
| 99 | BATES | none | | | total: $3,300 | | | | | | | |
| 100 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 101 | 12/5/2018 | ship | 974 | DXP-PW 0107238 | 1 | 100% | $3,300.00 | $3,300 | 1/14/2019 | $0.00 | DXP-PW 220375-400, line 64 | | |
| 102 | | | | | | | | | | | | | |
| 103 | PO# | 7025 | | | qty: 1 | | | | | | | |
| 104 | desc | MCU upgrades | | | ea: $2,676 | | | | | | | |
| 105 | BATES | PEOPLEFLO_0010410-14 | | | total: $2,676 | | | | | | | |
| 106 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 107 | 5/24/2019 | ship partial | | | | | | | | | | | |
| 108 | 5/28/2019 | ship remaining | 983 | DXP-PW 0129436 | 1 | 100% | $2,676.00 | $2,676 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 30 | | |
| 109 | | | | | | | | | | | | | |
| 110 | PO# | 7168 | | | qty | 1 | | | | | | |
| 111 | desc | 2x3x13 | | | $ ea | $4,290 | | | | | | |
| 112 | BATES | PEOPLEFLO_0002972-76 | | | $ total | $4,290 | | | | | | |
| 113 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 114 | 6/21/2019 | ship | 987 | DXP-PW 0129441 | 1 | 100% | $4,290.00 | $4,290 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 38 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO# | 7548 | | | qty: | 1 | | | | | | |
| desc | PPG repair | | | ea: | $1,046 | | | | | | |
| BATES | PEOPLEFLO_0003437-41 | | | total: | $1,046 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 10/4/2019 | ship | 1000 | DXP-PW 0126107 | 1 | 100% | $1,046.00 | $1,046 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 26 | DXP-PW 125868 | 10/4/2019 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO# | 7653 | | | qty: | 1 | | | | | | |
| desc | G2 sectioned demo | | | ea: | $6,600 | | | | | | |
| BATES | PEOPLEFLO_0018069-73 | | | total: | $6,600 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 11/19/2019 | ship | 1006 | DXP-PW 0126752 | 1 | 100% | $6,600.00 | $6,600 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 32 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO# | 7707 | | | qty: | 1 | | | | | | |
| desc | 2x3x13, as parts | | | ea: | $2,970 | | | | | | |
| BATES | PEOPLEFLO_0003678-82 | | | total: | $2,970 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 11/26/2019 | ship partial | | | | | | | | | | | |
| 12/18/2019 | ship remaining | 1010 | DXP-PW 0129429 | 1 | 100% | $2,970.00 | $2,970 | 1/17/2020 | $0.00 | DXP-PW 220375-400, line 28 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO# | 7739 | | | qty: | 2 | | | | | | |
| desc | 1x1.5x6 cutaway | | | ea: | $5,412 | | | | | | |
| BATES | PEOPLEFLO_0003771-75 | | | total: | $10,824 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| | ship | | | 2 | 100% | $10,824.00 | | | $10,824.00 | | DXP-PW 132006 | 1/21/2020 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO# | 7740 | | | qty: | 6 | | | | | | |
| desc | 2x3x13 | | | ea: | $2,970 | | | | | | |
| BATES | PEOPLEFLO_0003766-70 | | | total: | $17,820 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 2/21/2020 | ship | 1020 | PEOPLEFLO 3995 | 6 | 100% | $17,820.00 | | | $17,820.00 | | DXP-PW 134072 | 2/12/2020 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO# | 7896 | | | qty: | 1 | | | | | | |
| desc | bushings and o-rings | | | ea: | $1,192.50 | | | | | | |
| BATES | PEOPLEFLO_0003923-27 | | | total: | $1,192.50 | | | | | | |
| date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | payment BATES | Packing Slip | Ship Date |
| 2/27/2020 | ship | 1025 | PEOPLEFLO 3998 | 1 | 100% | $1,192.50 | | | $1,192.50 | | DXP-PW 135388 | 2/27/2020 |