# EXHIBIT 16A

| Type | Voucher | Invoice | | Invoice Date | Invoice Amt | Check | |
|------|---------|---------|---|-------------|-------------|-------|---|
| Voucher | 18391 | | 1020 | 2/12/2020 | 17,820.00 | | 0 |
| Voucher | 18390 | | 1025 | 2/27/2020 | 1,192.50 | | 0 |
| Voucher | 17924 | | 1007 | 11/26/2019 | 16,764.00 | | 0 |
| Payment | 17924 | | 1007 | 11/26/2019 | 0 | 112920193 |
| Voucher | 17923 | | 1014 | 12/30/2019 | 17,556.00 | | 0 |
| Payment | 17923 | | 1014 | 12/30/2019 | 0 | 112920193 |
| Voucher | 17852 | 1002A | | 10/28/2019 | 1,980.00 | | 0 |
| Payment | 17852 | 1002A | | 10/28/2019 | 0 | 11172020 |
| Voucher | 17851 | 1013A | | 12/30/2019 | 2,376.00 | | 0 |
| Payment | 17851 | 1013A | | 12/30/2019 | 0 | 11172020 |
| Voucher | 17846 | | 1004 | 11/4/2019 | 7,920.00 | | 0 |
| Payment | 17846 | | 1004 | 11/4/2019 | 0 | 112920182 |
| Payment | 17846 | | 1004 | 11/4/2019 | 0 | 11172020 |
| Voucher | 17845 | | 1009 | 12/18/2019 | 11,880.00 | | 0 |
| Payment | 17845 | | 1009 | 12/18/2019 | 0 | 112920182 |
| Payment | 17845 | | 1009 | 12/18/2019 | 0 | 11172020 |
| Voucher | 17844 | | 1013 | 12/30/2019 | 11,880.00 | | 0 |
| Payment | 17844 | | 1013 | 12/30/2019 | 0 | 112920182 |
| Voucher | 17843 | | 1002 | 10/28/2019 | 9,900.00 | | 0 |
| Payment | 17843 | | 1002 | 10/28/2019 | 0 | 112920182 |
| Voucher | 17842 | | 1001 | 10/7/2019 | 16,764.00 | | 0 |
| Payment | 17842 | | 1001 | 10/7/2019 | 0 | 112920186 |
| Payment | 17842 | | 1001 | 10/7/2019 | 0 | 11172020 |
| Voucher | 17841 | | 1000 | 10/4/2019 | 1,046.00 | | 0 |
| Payment | 17841 | | 1000 | 10/4/2019 | 0 | 11172020 |
| Voucher | 17840 | | 1010 | 12/18/2019 | 2,970.00 | | 0 |
| Payment | 17840 | | 1010 | 12/18/2019 | 0 | 11172020 |
| Voucher | 17839 | | 983 | 5/28/2019 | 2,676.00 | | 0 |
| Payment | 17839 | | 983 | 5/28/2019 | 0 | 11172020 |
| Voucher | 17831 | | 1006 | 11/19/2019 | 6,600.00 | | 0 |
| Payment | 17831 | | 1006 | 11/19/2019 | 0 | 11172020 |
| Voucher | 17805 | CM967 | | 1/3/2020 | -198,000.00 | | 0 |
| Adjustment | 17805 | CM967 | | 1/2/2020 | 198,000.00 | | 0 |
| Voucher | 17479 | 6212019 DEPOSIT | | 6/21/2019 | -11,880.00 | | 0 |
| Voucher | 17478 | | 985 | 6/21/2019 | 13,200.00 | | 0 |
| Voucher | 17477 | | 987 | 6/21/2019 | 4,290.00 | | 0 |
| Payment | 17477 | | 987 | 6/21/2019 | 0 | 11172020 |
| Voucher | 17473 | 8092019 DEPOSIT | | 8/7/2019 | -14,850.00 | | 0 |
| Voucher | 17472 | | 994 | 8/9/2019 | 16,500.00 | | 0 |
| Voucher | 17247 | 9232019 DEPOSIT 2 | | 9/23/2019 | -2,673.00 | | 0 |
| Payment | 17247 | 9232019 DEPOSIT 2 | | 9/23/2019 | 0 | 1605318 |
| Voucher | 17246 | 9232019 DEPOSIT | | 9/23/2019 | -15,325.00 | | 0 |
| Payment | 17246 | 9232019 DEPOSIT | | 9/23/2019 | 0 | 1605318 |
| Voucher | 17245 | | 998 | 9/16/2019 | 2,970.00 | | 0 |
| Payment | 17245 | | 998 | 9/16/2019 | 0 | 1605318 |
| Voucher | 17244 | | 999 | 9/23/2019 | 17,028.00 | | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Payment | 17244 | 999 | 9/23/2019 | 0 | 1605318 |
| Voucher | 15844 | 981 | 5/23/2019 | 1,650.00 | 0 |
| Payment | 15844 | 981 | 5/23/2019 | 0 | 1605318 |
| Voucher | 14907 | 977 | 2/11/2019 | 101,640.00 | 0 |
| Payment | 14907 | 977 | 2/11/2019 | 0 | 2112019 |
| Voucher | 14498 | 976 | 12/18/2018 | 13,200.00 | 0 |
| Payment | 14498 | 976 | 12/18/2018 | 0 | 1142019 |
| Adjustment | 14498 | 976 | 12/18/2018 | -13,200.00 | 0 |
| Adjustment | 14498 | 976 | 12/18/2018 | 13,200.00 | 0 |
| Voucher | 14497 | 968 | 7/31/2018 | 1,650.00 | 0 |
| Payment | 14497 | 968 | 7/31/2018 | 0 | 1142019 |
| Adjustment | 14497 | 968 | 7/31/2018 | -1,650.00 | 0 |
| Payment | 14497 | 968 | 7/31/2018 | 0 | 1605318 |
| Adjustment | 14497 | 968 | 7/31/2019 | 1,650.00 | 0 |
| Payment | 14497 | 968 | 7/31/2018 | 0 | 11172020 |
| Voucher | 14496 | 974 | 12/5/2018 | 3,300.00 | 0 |
| Payment | 14496 | 974 | 12/5/2018 | 0 | 1142019 |
| Voucher | 14495 | 969 | 10/3/2018 | 7,600.00 | 0 |
| Payment | 14495 | 969 | 10/3/2018 | 0 | 1142019 |
| Voucher | 14088 | 971 | 11/5/2018 | 6,600.00 | 0 |
| Payment | 14088 | 971 | 11/5/2018 | 0 | 11162018 |
| Voucher | 13173 | 967 | 7/6/2018 | 198,000.00 | 0 |
| Payment | 13173 | 967 | 7/6/2018 | 0 | 8082018 |
| Voucher | 12245 | 964 | 5/1/2018 | 165,000.00 | 0 |
| Adjustment | 12245 | 964 | 5/1/2018 | -165,000.00 | 0 |
| Open | 4 | 0 | 10/23/2019 | 0 | 112920194 |
| Open | 4 | 0 | 10/23/2019 | 0 | 112920194 |
| Open | 0 | 0 | 1/15/2020 | 0 | 112920186 |
| Open | 0 | 0 | 1/15/2020 | 0 | 112920182 |
| Open | 0 | 0 | 1/24/2020 | 0 | 112920193 |

DXP-PW 0220376 (Confidential)

| Amt Paid | Check Date | Disc Amt | Disc Taken | Amount | Net Due |
|---|---|---|---|---|---|
| 0 | | 0 | 0 | 17,820.00 | 17,820.00 |
| 0 | | 0 | 0 | 1,192.50 | 1,192.50 |
| 0 | 1/24/2020 | 0 | 0 | 16,764.00 | 16,764.00 |
| 15,087.60 | 1/24/2020 | 0 | 0 | -15,087.60 | 1,676.40 |
| 0 | 1/24/2020 | 0 | 0 | 17,556.00 | 17,556.00 |
| 15,800.40 | 1/24/2020 | 0 | 0 | -15,800.40 | 1,755.60 |
| 0 | 1/17/2020 | 0 | 0 | 1,980.00 | 1,980.00 |
| 1,980.00 | 1/17/2020 | 0 | 0 | -1,980.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 2,376.00 | 2,376.00 |
| 2,376.00 | 1/17/2020 | 0 | 0 | -2,376.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 7,920.00 | 7,920.00 |
| 6,336.00 | 1/17/2020 | 0 | 0 | -6,336.00 | 1,584.00 |
| 1,584.00 | 1/17/2020 | 0 | 0 | -1,584.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 11,880.00 | 11,880.00 |
| 9,504.00 | 1/17/2020 | 0 | 0 | -9,504.00 | 2,376.00 |
| 2,376.00 | 1/17/2020 | 0 | 0 | -2,376.00 | 0 |
| 0 | 1/15/2020 | 0 | 0 | 11,880.00 | 11,880.00 |
| 11,880.00 | 1/15/2020 | 0 | 0 | -11,880.00 | 0 |
| 0 | 1/15/2020 | 0 | 0 | 9,900.00 | 9,900.00 |
| 9,900.00 | 1/15/2020 | 0 | 0 | -9,900.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 16,764.00 | 16,764.00 |
| 15,087.60 | 1/17/2020 | 0 | 0 | -15,087.60 | 1,676.40 |
| 1,676.40 | 1/17/2020 | 0 | 0 | -1,676.40 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 1,046.00 | 1,046.00 |
| 1,046.00 | 1/17/2020 | 0 | 0 | -1,046.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 2,970.00 | 2,970.00 |
| 2,970.00 | 1/17/2020 | 0 | 0 | -2,970.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 2,676.00 | 2,676.00 |
| 2,676.00 | 1/17/2020 | 0 | 0 | -2,676.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 6,600.00 | 6,600.00 |
| 6,600.00 | 1/17/2020 | 0 | 0 | -6,600.00 | 0 |
| 0 | | 0 | 0 | -198,000.00 | -198,000.00 |
| 0 | | 0 | 0 | 198,000.00 | 198,000.00 |
| 0 | | 0 | 0 | -11,880.00 | -11,880.00 |
| 0 | | 0 | 0 | 13,200.00 | 13,200.00 |
| 0 | 1/17/2020 | 0 | 0 | 4,290.00 | 4,290.00 |
| 4,290.00 | 1/17/2020 | 0 | 0 | -4,290.00 | 0 |
| 0 | | 0 | 0 | -14,850.00 | -14,850.00 |
| 0 | | 0 | 0 | 16,500.00 | 16,500.00 |
| 0 | 10/23/2019 | 0 | 0 | -2,673.00 | -2,673.00 |
| -2,673.00 | 10/23/2019 | 0 | 0 | 2,673.00 | 0 |
| 0 | 10/23/2019 | 0 | 0 | -15,325.00 | -15,325.00 |
| -15,325.00 | 10/23/2019 | 0 | 0 | 15,325.00 | 0 |
| 0 | 10/23/2019 | 0 | 0 | 2,970.00 | 2,970.00 |
| 2,970.00 | 10/23/2019 | 0 | 0 | -2,970.00 | 0 |
| 0 | 10/23/2019 | 0 | 0 | 17,028.00 | 17,028.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17,028.00 | 10/23/2019 | 0 | 0 | -17,028.00 | 0 |
| 0 | 10/23/2019 | 0 | 0 | 1,650.00 | 1,650.00 |
| 1,650.00 | 10/23/2019 | 0 | 0 | -1,650.00 | 0 |
| 0 | 7/16/2019 | 0 | 0 | 101,640.00 | 101,640.00 |
| 101,640.00 | 7/16/2019 | 0 | 0 | -101,640.00 | 0 |
| 0 | 1/22/2019 | 0 | 0 | 13,200.00 | 13,200.00 |
| 13,200.00 | 1/22/2019 | 0 | 0 | -13,200.00 | 0 |
| 0 | | 0 | 0 | -13,200.00 | -13,200.00 |
| 0 | | 0 | 0 | 13,200.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 1,650.00 | 1,650.00 |
| 1,650.00 | 1/17/2020 | 0 | 0 | -1,650.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | -1,650.00 | -1,650.00 |
| -1,650.00 | 1/17/2020 | 0 | 0 | 1,650.00 | 0 |
| 0 | 1/17/2020 | 0 | 0 | 1,650.00 | 1,650.00 |
| 1,650.00 | 1/17/2020 | 0 | 0 | -1,650.00 | 0 |
| 0 | 1/22/2019 | 0 | 0 | 3,300.00 | 3,300.00 |
| 3,300.00 | 1/22/2019 | 0 | 0 | -3,300.00 | 0 |
| 0 | 1/22/2019 | 0 | 0 | 7,600.00 | 7,600.00 |
| 7,600.00 | 1/22/2019 | 0 | 0 | -7,600.00 | 0 |
| 0 | 11/30/2018 | 0 | 0 | 6,600.00 | 6,600.00 |
| 6,600.00 | 11/30/2018 | 0 | 0 | -6,600.00 | 0 |
| 0 | 8/9/2018 | 0 | 0 | 198,000.00 | 198,000.00 |
| 198,000.00 | 8/9/2018 | 0 | 0 | -198,000.00 | 0 |
| 0 | | 0 | 0 | 165,000.00 | 165,000.00 |
| 0 | | 0 | 0 | -165,000.00 | 0 |
| 150,000.00 | | 0 | 0 | -150,000.00 | 0 |
| -150,000.00 | | 0 | 0 | 150,000.00 | 0 |
| 268,712.40 | | 0 | 0 | -268,712.40 | 0 |
| 120,780.00 | | 0 | 0 | -120,780.00 | 0 |
| 196,152.00 | | 0 | 0 | -196,152.00 | 0 |

DXP-PW 0220378 (Confidential)

| G/L Reference | Vendor | Name | Purchases YTD |
|---|---|---|---|
| APV  18391 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  18390 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17924 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17923 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17852 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17851 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17846 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17845 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17844 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17843 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17842 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17841 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17840 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17839 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17831 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17805 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APA  17805 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| Utilzation of prepaymt sb4744 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17478 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17477 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17473 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17472 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17247 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| INV 999 9.23.2019 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17245 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP  9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV  17244 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |

DXP-PW 0220379 (Confidential)

| APP | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
|---|---|---|---|---|
| APV | 15844 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 14907 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 14498 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APA | 14498 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APA | 14498 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 14497 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APA | 14497 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APA | 14497 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 14496 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 14495 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 14088 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 13173 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 Wire | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APV | 12245 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APA | 12245 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APP | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| | | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| APPR | 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |

DXP-PW 0220380 (Confidential)

| Payments YTD | Currency | Active | Hold | Voucher Seq | Dist Date | Due/Paid Date |
|---|---|---|---|---|---|---|
| 827,854.40 | US | 1 | 0 | 0 | 4/20/2020 | 3/13/2020 |
| 827,854.40 | US | 1 | 0 | 0 | 4/20/2020 | 3/28/2020 |
| 827,854.40 | US | 1 | 0 | 0 | 1/24/2020 | 12/26/2019 |
| 827,854.40 | US | 1 | 0 | 1 | 1/24/2020 | 1/24/2020 |
| 827,854.40 | US | 1 | 0 | 0 | 1/24/2020 | 1/29/2020 |
| 827,854.40 | US | 1 | 0 | 1 | 1/24/2020 | 1/24/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/16/2020 | 11/27/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/29/2020 |
| 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 12/4/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 827,854.40 | US | 0 | 0 | 2 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 827,854.40 | US | 0 | 0 | 2 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/29/2020 |
| 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 11/27/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 11/6/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 827,854.40 | US | 0 | 0 | 2 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 11/3/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 6/27/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/10/2020 | 12/19/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 0 | 0 | 0 | 1/3/2020 | 2/2/2020 |
| 827,854.40 | US | 0 | 0 | 1 | 1/3/2020 | 2/1/2020 |
| 827,854.40 | US | 1 | 0 | 0 | 11/4/2019 | 7/21/2019 |
| 827,854.40 | US | 1 | 1 | 0 | 11/4/2019 | 7/21/2019 |
| 827,854.40 | US | 0 | 0 | 0 | 11/4/2019 | 7/21/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 827,854.40 | US | 1 | 0 | 0 | 11/1/2019 | 9/6/2019 |
| 827,854.40 | US | 1 | 1 | 0 | 11/1/2019 | 9/8/2019 |
| 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/23/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/23/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/16/2019 |
| 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/23/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 827,854.40 US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 827,854.40 US | 0 | 0 | 0 | 6/5/2019 | 6/22/2019 |
| 827,854.40 US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 827,854.40 US | 0 | 0 | 0 | 2/19/2019 | 3/13/2019 |
| 827,854.40 US | 0 | 0 | 1 | 7/16/2019 | 7/16/2019 |
| 827,854.40 US | 0 | 0 | 0 | 1/10/2019 | 1/17/2019 |
| 827,854.40 US | 0 | 0 | 1 | 1/22/2019 | 1/22/2019 |
| 827,854.40 US | 0 | 0 | 2 | 2/19/2019 | 1/17/2019 |
| 827,854.40 US | 0 | 0 | 3 | 7/16/2019 | 1/17/2019 |
| 827,854.40 US | 0 | 0 | 0 | 1/10/2019 | 8/30/2018 |
| 827,854.40 US | 0 | 0 | 1 | 1/22/2019 | 1/22/2019 |
| 827,854.40 US | 0 | 0 | 2 | 2/19/2019 | 8/30/2019 |
| 827,854.40 US | 0 | 0 | 3 | 10/23/2019 | 10/23/2019 |
| 827,854.40 US | 0 | 0 | 4 | 12/21/2019 | 8/30/2019 |
| 827,854.40 US | 0 | 0 | 5 | 1/17/2020 | 1/17/2020 |
| 827,854.40 US | 0 | 0 | 0 | 1/10/2019 | 1/4/2019 |
| 827,854.40 US | 0 | 0 | 1 | 1/22/2019 | 1/22/2019 |
| 827,854.40 US | 0 | 0 | 0 | 1/10/2019 | 11/2/2018 |
| 827,854.40 US | 0 | 0 | 1 | 1/22/2019 | 1/22/2019 |
| 827,854.40 US | 0 | 0 | 0 | 11/16/2018 | 12/5/2018 |
| 827,854.40 US | 0 | 0 | 1 | 11/30/2018 | 11/30/2018 |
| 827,854.40 US | 0 | 0 | 0 | 8/8/2018 | 8/5/2018 |
| 827,854.40 US | 0 | 0 | 1 | 8/9/2018 | 8/9/2018 |
| 827,854.40 US | 0 | 0 | 0 | 5/4/2018 | 5/31/2018 |
| 827,854.40 US | 0 | 0 | 1 | 8/30/2018 | 5/31/2018 |
| 827,854.40 US | 1 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 827,854.40 US | 1 | 0 | 2 | 10/23/2019 | 10/23/2019 |
| 827,854.40 US | 1 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 827,854.40 US | 1 | 0 | 2 | 1/15/2020 | 1/15/2020 |
| 827,854.40 US | 1 | 0 | 3 | 1/24/2020 | 1/24/2020 |

DXP-PW 0220382 (Confidential)

| Disc Date | Discount Pct | 1099 Reportable | Factor | Due Days | Discount Days |
|-----------|--------------|-----------------|--------|----------|---------------|
| 2/29/2020 | 0 | 0 | 0 | 30 | 0 |
| 2/29/2020 | 0 | 0 | 0 | 30 | 0 |
| 11/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 10/28/2019 | 0 | 0 | 0 | 30 | 0 |
| 10/28/2019 | 0 | 1 | 0 | 30 | 0 |
| 12/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 12/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 11/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 10/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 10/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 10/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 5/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 5/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 11/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 1/3/2020 | 0 | 0 | 0 | 30 | 0 |
| 1/2/2020 | 0 | 0 | 0 | 30 | 0 |
| 6/21/2019 | 0 | 0 | 0 | 30 | 0 |
| 6/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 6/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 6/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 8/7/2019 | 0 | 0 | 0 | 30 | 0 |
| 8/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 9/23/2019 | 0 | 0 | 0 | 30 | 0 |
| 9/23/2019 | 0 | 1 | 0 | 30 | 0 |
| 9/23/2019 | 0 | 0 | 0 | 30 | 0 |
| 9/23/2019 | 0 | 1 | 0 | 30 | 0 |
| 9/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 9/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 9/30/2019 | 0 | 0 | 0 | 30 | 0 |

DXP-PW 0220383 (Confidential)

| | | | | |
|---|---|---|---|---|
| 9/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 5/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 5/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 2/28/2019 | 0 | 0 | 0 | 30 | 0 |
| 2/28/2019 | 0 | 1 | 0 | 30 | 0 |
| 12/18/2018 | 0 | 0 | 0 | 30 | 0 |
| 12/18/2018 | 0 | 1 | 0 | 30 | 0 |
| 12/18/2018 | 0 | 0 | 0 | 30 | 0 |
| 12/18/2018 | 0 | 0 | 0 | 30 | 0 |
| 7/31/2018 | 0 | 0 | 0 | 30 | 0 |
| 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 7/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 7/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 12/5/2018 | 0 | 0 | 0 | 30 | 0 |
| 12/5/2018 | 0 | 1 | 0 | 30 | 0 |
| 10/3/2018 | 0 | 0 | 0 | 30 | 0 |
| 10/3/2018 | 0 | 1 | 0 | 30 | 0 |
| 11/30/2018 | 0 | 0 | 0 | 30 | 0 |
| 11/30/2018 | 0 | 1 | 0 | 30 | 0 |
| 7/31/2018 | 0 | 0 | 0 | 30 | 0 |
| 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 5/31/2018 | 0 | 0 | 0 | 30 | 0 |
| 5/1/2018 | 0 | 0 | 0 | 30 | 0 |
| | 0 | 1 | 0 | 0 | 0 |
| | 0 | 1 | 0 | 0 | 0 |
| | 0 | 1 | 0 | 0 | 0 |
| | 0 | 1 | 0 | 0 | 0 |
| | 0 | 1 | 0 | 0 | 0 |

DXP-PW 0220384 (Confidential)

| Prox Day | Site | PO | Builder PO Orig Site | Builder PO |
|---|---|---|---|---|
| 0 | 16 | SB00007740 | | |
| 0 | 16 | SB00007896 | | |
| 0 | 16 | SB00007024 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007024 | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | SB00005263 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00005263 | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | SB00005263 | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | SB00005263 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00005263 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007024 | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007548 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007707 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007025 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007653 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00005263 | | |
| 0 | 16 | SB00005263 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00004744 | | |
| 0 | 16 | SB00007168 | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | SB00004744 | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007024 | | |
| 0 | 16 | | | |
| 0 | 16 | SB00007024 | | |

DXP-PW 0220385 (Confidential)

| | | |
|---|---|---|
| 0 | 16 | |
| 0 | 16 | SB00004744 |
| 0 | 16 | |
| 0 | 16 | SB00004744 |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | |
| 0 | 16 | SB00004744 |
| 0 | 16 | |
| 0 | 16 | SB00005263 |
| 0 | 16 | |
| 0 | 16 | SB00004744 |
| 0 | 16 | SB00004744 |
| 0 | 16 | SB00007400 |
| 0 | 16 | SB00007400 |
| 0 | 16 | SB00007024 |
| 0 | 16 | SB00005263 |
| 0 | 16 | SB00007024 |

DXP-PW 0220386 (Confidential)

| Builder Voucher Orig Site | Builder Voucher | Exchange Rate | Purch Amt | Freight |
|---|---|---|---|---|
| | | 1 | 17,820.00 | 0 |
| | | 1 | 1,192.50 | 0 |
| | | 1 | 16,764.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 17,556.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 1,980.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 2,376.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 7,920.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 11,880.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 11,880.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 9,900.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 16,764.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 1,046.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 2,970.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 2,676.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 6,600.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | -198,000.00 | 0 |
| | | 1 | 198,000.00 | 0 |
| | | 1 | -11,880.00 | 0 |
| | | 1 | 13,200.00 | 0 |
| | | 1 | 4,290.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | -14,850.00 | 0 |
| | | 1 | 16,500.00 | 0 |
| | | 1 | -2,673.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | -15,325.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 2,970.00 | 0 |
| | | 1 | 0 | 0 |
| | | 1 | 17,028.00 | 0 |

DXP-PW 0220387 (Confidential)

| | | |
|---|---:|---|
| 1 | 0 | 0 |
| 1 | 1,650.00 | 0 |
| 1 | 0 | 0 |
| 1 | 101,640.00 | 0 |
| 1 | 0 | 0 |
| 1 | 13,200.00 | 0 |
| 1 | 0 | 0 |
| 1 | -13,200.00 | 0 |
| 1 | 13,200.00 | 0 |
| 1 | 1,650.00 | 0 |
| 1 | 0 | 0 |
| 1 | -1,650.00 | 0 |
| 1 | 0 | 0 |
| 1 | 1,650.00 | 0 |
| 1 | 0 | 0 |
| 1 | 3,300.00 | 0 |
| 1 | 0 | 0 |
| 1 | 7,600.00 | 0 |
| 1 | 0 | 0 |
| 1 | 6,600.00 | 0 |
| 1 | 0 | 0 |
| 1 | 198,000.00 | 0 |
| 1 | 0 | 0 |
| 1 | 165,000.00 | 0 |
| 1 | -165,000.00 | 0 |
| 1 | 150,000.00 | 0 |
| 1 | -150,000.00 | 0 |
| 1 | 268,712.40 | 0 |
| 1 | 120,780.00 | 0 |
| 1 | 196,152.00 | 0 |

DXP-PW 0220388 (Confidential)

| Duty | Brokerage | Insurance | Fixed Rate | Local Freight | Misc Charges | Sales Tax | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DXP-PW 0220389 (Confidential)

| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DXP-PW 0220390 (Confidential)

| Non-Disc Amt | GRN | A/P Notes | A/P Acct | A/P Acct Unit1 | A/P Acct Unit2 |
|---|---|---|---|---|---|
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | DEPOSIT ON CONTRACT | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |
| | 0 | | 21000 | | |

DXP-PW 0220391 (Confidential)

| | | |
|---|---|---|
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 0 | | 21000 |
| 150,000.00 | INV 110685 | 16100 |
| -150,000.00 | | 16100 |
| 268,712.40 | | 16100 |
| 120,780.00 | | 16100 |
| 196,152.00 | | 16100 |

DXP-PW 0220392 (Confidential)

| A/P Acct Unit3 | A/P Acct Unit4 | A/P Account Description |
| --- | --- | --- |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |
| | | Accounts Payable - Trade |

DXP-PW 0220393 (Confidential)

Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Accounts Payable - Trade
Deposits - Short Term
Deposits - Short Term
Deposits - Short Term
Deposits - Short Term
Deposits - Short Term

\*\*\*No Syteline Data

DXP-PW 0220395 (Confidential)

***No Syteline Data

DXP-PW 0220396 (Confidential)

***No Syteline Data

DXP-PW 0220397 (Confidential)

***No Syteline Data

DXP-PW 0220398 (Confidential)

***No Syteline Data

DXP-PW 0220399 (Confidential)

***No Syteline Data

DXP-PW 0220400 (Confidential)