# EXHIBIT 16Ai

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Type | Voucher | Invoice | Invoice Date | Invoice Amt | Check |
| 2 | Voucher | 18391 | 1020 | 2/12/2020 | 17,820.00 | 0 |
| 3 | Voucher | 18390 | 1025 | 2/27/2020 | 1,192.50 | 0 |
| 4 | Voucher | 17924 | 1007 | 11/26/2019 | 16,764.00 | 0 |
| 5 | Payment | 17924 | 1007 | 11/26/2019 | 0 | 112920193 |
| 6 | Voucher | 17923 | 1014 | 12/30/2019 | 17,556.00 | 0 |
| 7 | Payment | 17923 | 1014 | 12/30/2019 | 0 | 112920193 |
| 8 | Voucher | 17852 | 1002A | 10/28/2019 | 1,980.00 | 0 |
| 9 | Payment | 17852 | 1002A | 10/28/2019 | 0 | 11172020 |
| 10 | Voucher | 17851 | 1013A | 12/30/2019 | 2,376.00 | 0 |
| 11 | Payment | 17851 | 1013A | 12/30/2019 | 0 | 11172020 |
| 12 | Voucher | 17846 | 1004 | 11/4/2019 | 7,920.00 | 0 |
| 13 | Payment | 17846 | 1004 | 11/4/2019 | 0 | 112920182 |
| 14 | Payment | 17846 | 1004 | 11/4/2019 | 0 | 11172020 |
| 15 | Voucher | 17845 | 1009 | 12/18/2019 | 11,880.00 | 0 |
| 16 | Payment | 17845 | 1009 | 12/18/2019 | 0 | 112920182 |
| 17 | Payment | 17845 | 1009 | 12/18/2019 | 0 | 11172020 |
| 18 | Voucher | 17844 | 1013 | 12/30/2019 | 11,880.00 | 0 |
| 19 | Payment | 17844 | 1013 | 12/30/2019 | 0 | 112920182 |
| 20 | Voucher | 17843 | 1002 | 10/28/2019 | 9,900.00 | 0 |
| 21 | Payment | 17843 | 1002 | 10/28/2019 | 0 | 112920182 |
| 22 | Voucher | 17842 | 1001 | 10/7/2019 | 16,764.00 | 0 |
| 23 | Payment | 17842 | 1001 | 10/7/2019 | 0 | 112920186 |
| 24 | Payment | 17842 | 1001 | 10/7/2019 | 0 | 11172020 |
| 25 | Voucher | 17841 | 1000 | 10/4/2019 | 1,046.00 | 0 |
| 26 | Payment | 17841 | 1000 | 10/4/2019 | 0 | 11172020 |
| 27 | Voucher | 17840 | 1010 | 12/18/2019 | 2,970.00 | 0 |
| 28 | Payment | 17840 | 1010 | 12/18/2019 | 0 | 11172020 |
| 29 | Voucher | 17839 | 983 | 5/28/2019 | 2,676.00 | 0 |
| 30 | Payment | 17839 | 983 | 5/28/2019 | 0 | 11172020 |
| 31 | Voucher | 17831 | 1006 | 11/19/2019 | 6,600.00 | 0 |
| 32 | Payment | 17831 | 1006 | 11/19/2019 | 0 | 11172020 |
| 33 | Voucher | 17805 | CM967 | 1/3/2020 | -198,000.00 | 0 |
| 34 | Adjustment | 17805 | CM967 | 1/2/2020 | 198,000.00 | 0 |
| 35 | Voucher | 17479 | 6212019 DEPOSIT | 6/21/2019 | -11,880.00 | 0 |
| 36 | Voucher | 17478 | 985 | 6/21/2019 | 13,200.00 | 0 |
| 37 | Voucher | 17477 | 987 | 6/21/2019 | 4,290.00 | 0 |
| 38 | Payment | 17477 | 987 | 6/21/2019 | 0 | 11172020 |
| 39 | Voucher | 17473 | 8092019 DEPOSIT | 8/7/2019 | -14,850.00 | 0 |
| 40 | Voucher | 17472 | 994 | 8/9/2019 | 16,500.00 | 0 |
| 41 | Voucher | 17247 | 9232019 DEPOSIT 2 | 9/23/2019 | -2,673.00 | 0 |
| 42 | Payment | 17247 | 9232019 DEPOSIT 2 | 9/23/2019 | 0 | 1605318 |
| 43 | Voucher | 17246 | 9232019 DEPOSIT | 9/23/2019 | -15,325.00 | 0 |
| 44 | Payment | 17246 | 9232019 DEPOSIT | 9/23/2019 | 0 | 1605318 |
| 45 | Voucher | 17245 | 998 | 9/16/2019 | 2,970.00 | 0 |
| 46 | Payment | 17245 | 998 | 9/16/2019 | 0 | 1605318 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 47 | Voucher | 17244 | 999 | 9/23/2019 | 17,028.00 | 0 |
| 48 | Payment | 17244 | 999 | 9/23/2019 | 0 | 1605318 |
| 49 | Voucher | 15844 | 981 | 5/23/2019 | 1,650.00 | 0 |
| 50 | Payment | 15844 | 981 | 5/23/2019 | 0 | 1605318 |
| 51 | Voucher | 14907 | 977 | 2/11/2019 | 101,640.00 | 0 |
| 52 | Payment | 14907 | 977 | 2/11/2019 | 0 | 2112019 |
| 53 | Voucher | 14498 | 976 | 12/18/2018 | 13,200.00 | 0 |
| 54 | Payment | 14498 | 976 | 12/18/2018 | 0 | 1142019 |
| 55 | Adjustment | 14498 | 976 | 12/18/2018 | -13,200.00 | 0 |
| 56 | Adjustment | 14498 | 976 | 12/18/2018 | 13,200.00 | 0 |
| 57 | Voucher | 14497 | 968 | 7/31/2018 | 1,650.00 | 0 |
| 58 | Payment | 14497 | 968 | 7/31/2018 | 0 | 1142019 |
| 59 | Adjustment | 14497 | 968 | 7/31/2019 | -1,650.00 | 0 |
| 60 | Payment | 14497 | 968 | 7/31/2018 | 0 | 1605318 |
| 61 | Adjustment | 14497 | 968 | 7/31/2019 | 1,650.00 | 0 |
| 62 | Payment | 14497 | 968 | 7/31/2018 | 0 | 11172020 |
| 63 | Voucher | 14496 | 974 | 12/5/2018 | 3,300.00 | 0 |
| 64 | Payment | 14496 | 974 | 12/5/2018 | 0 | 1142019 |
| 65 | Voucher | 14495 | 969 | 10/3/2018 | 7,600.00 | 0 |
| 66 | Payment | 14495 | 969 | 10/3/2018 | 0 | 1142019 |
| 67 | Voucher | 14088 | 971 | 11/5/2018 | 6,600.00 | 0 |
| 68 | Payment | 14088 | 971 | 11/5/2018 | 0 | 11162018 |
| 69 | Voucher | 13173 | 967 | 7/6/2018 | 198,000.00 | 0 |
| 70 | Payment | 13173 | 967 | 7/6/2018 | 0 | 8082018 |
| 71 | Voucher | 12245 | 964 | 5/1/2018 | 165,000.00 | 0 |
| 72 | Adjustment | 12245 | 964 | 5/1/2018 | -165,000.00 | 0 |
| 73 | Open | 4 | 0 | 10/23/2019 | 0 | 112920194 |
| 74 | Open | 4 | 0 | 10/23/2019 | 0 | 112920194 |
| 75 | Open | 0 | 0 | 1/15/2020 | 0 | 112920186 |
| 76 | Open | 0 | 0 | 1/15/2020 | 0 | 112920182 |
| 77 | Open | 0 | 0 | 1/24/2020 | 0 | 112920193 |

| | G | H | I | J | K | L |
|---|---|---|---|---|---|---|
| 1 | Amt Paid | Check Date | Disc Amt | Disc Taken | Amount | Net Due |
| 2 | 0 | | 0 | 0 | 17,820.00 | 17,820.00 |
| 3 | 0 | | 0 | 0 | 1,192.50 | 1,192.50 |
| 4 | 0 | 1/24/2020 | 0 | 0 | 16,764.00 | 16,764.00 |
| 5 | 15,087.60 | 1/24/2020 | 0 | 0 | -15,087.60 | 1,676.40 |
| 6 | 0 | 1/24/2020 | 0 | 0 | 17,556.00 | 17,556.00 |
| 7 | 15,800.40 | 1/24/2020 | 0 | 0 | -15,800.40 | 1,755.60 |
| 8 | 0 | 1/17/2020 | 0 | 0 | 1,980.00 | 1,980.00 |
| 9 | 1,980.00 | 1/17/2020 | 0 | 0 | -1,980.00 | 0 |
| 10 | 0 | 1/17/2020 | 0 | 0 | 2,376.00 | 2,376.00 |
| 11 | 2,376.00 | 1/17/2020 | 0 | 0 | -2,376.00 | 0 |
| 12 | 0 | 1/17/2020 | 0 | 0 | 7,920.00 | 7,920.00 |
| 13 | 6,336.00 | 1/17/2020 | 0 | 0 | -6,336.00 | 1,584.00 |
| 14 | 1,584.00 | 1/17/2020 | 0 | 0 | -1,584.00 | 0 |
| 15 | 0 | 1/17/2020 | 0 | 0 | 11,880.00 | 11,880.00 |
| 16 | 9,504.00 | 1/17/2020 | 0 | 0 | -9,504.00 | 2,376.00 |
| 17 | 2,376.00 | 1/17/2020 | 0 | 0 | -2,376.00 | 0 |
| 18 | 0 | 1/15/2020 | 0 | 0 | 11,880.00 | 11,880.00 |
| 19 | 11,880.00 | 1/15/2020 | 0 | 0 | -11,880.00 | 0 |
| 20 | 0 | 1/15/2020 | 0 | 0 | 9,900.00 | 9,900.00 |
| 21 | 9,900.00 | 1/15/2020 | 0 | 0 | -9,900.00 | 0 |
| 22 | 0 | 1/17/2020 | 0 | 0 | 16,764.00 | 16,764.00 |
| 23 | 15,087.60 | 1/17/2020 | 0 | 0 | -15,087.60 | 1,676.40 |
| 24 | 1,676.40 | 1/17/2020 | 0 | 0 | -1,676.40 | 0 |
| 25 | 0 | 1/17/2020 | 0 | 0 | 1,046.00 | 1,046.00 |
| 26 | 1,046.00 | 1/17/2020 | 0 | 0 | -1,046.00 | 0 |
| 27 | 0 | 1/17/2020 | 0 | 0 | 2,970.00 | 2,970.00 |
| 28 | 2,970.00 | 1/17/2020 | 0 | 0 | -2,970.00 | 0 |
| 29 | 0 | 1/17/2020 | 0 | 0 | 2,676.00 | 2,676.00 |
| 30 | 2,676.00 | 1/17/2020 | 0 | 0 | -2,676.00 | 0 |
| 31 | 0 | 1/17/2020 | 0 | 0 | 6,600.00 | 6,600.00 |
| 32 | 6,600.00 | 1/17/2020 | 0 | 0 | -6,600.00 | 0 |
| 33 | 0 | | 0 | 0 | -198,000.00 | -198,000.00 |
| 34 | 0 | | 0 | 0 | 198,000.00 | 0 |
| 35 | 0 | | 0 | 0 | -11,880.00 | -11,880.00 |
| 36 | 0 | | 0 | 0 | 13,200.00 | 13,200.00 |
| 37 | 0 | 1/17/2020 | 0 | 0 | 4,290.00 | 4,290.00 |
| 38 | 4,290.00 | 1/17/2020 | 0 | 0 | -4,290.00 | 0 |
| 39 | 0 | | 0 | 0 | -14,850.00 | -14,850.00 |
| 40 | 0 | | 0 | 0 | 16,500.00 | 16,500.00 |
| 41 | 0 | 10/23/2019 | 0 | 0 | -2,673.00 | -2,673.00 |
| 42 | -2,673.00 | 10/23/2019 | 0 | 0 | 2,673.00 | 0 |
| 43 | 0 | 10/23/2019 | 0 | 0 | -15,325.00 | -15,325.00 |
| 44 | -15,325.00 | 10/23/2019 | 0 | 0 | 15,325.00 | 0 |
| 45 | 0 | 10/23/2019 | 0 | 0 | 2,970.00 | 2,970.00 |
| 46 | 2,970.00 | 10/23/2019 | 0 | 0 | -2,970.00 | 0 |

| | G | H | I | J | K | L |
|---|---|---|---|---|---|---|
| 47 | 0 | 10/23/2019 | 0 | 0 | 17,028.00 | 17,028.00 |
| 48 | 17,028.00 | 10/23/2019 | 0 | 0 | -17,028.00 | 0 |
| 49 | 0 | 10/23/2019 | 0 | 0 | 1,650.00 | 1,650.00 |
| 50 | 1,650.00 | 10/23/2019 | 0 | 0 | -1,650.00 | 0 |
| 51 | 0 | 7/16/2019 | 0 | 0 | 101,640.00 | 101,640.00 |
| 52 | 101,640.00 | 7/16/2019 | 0 | 0 | -101,640.00 | 0 |
| 53 | 0 | 1/22/2019 | 0 | 0 | 13,200.00 | 13,200.00 |
| 54 | 13,200.00 | 1/22/2019 | 0 | 0 | -13,200.00 | 0 |
| 55 | 0 | | 0 | 0 | -13,200.00 | -13,200.00 |
| 56 | 0 | | 0 | 0 | 13,200.00 | 0 |
| 57 | 0 | 1/17/2020 | 0 | 0 | 1,650.00 | 1,650.00 |
| 58 | 1,650.00 | 1/17/2020 | 0 | 0 | -1,650.00 | 0 |
| 59 | 0 | 1/17/2020 | 0 | 0 | -1,650.00 | -1,650.00 |
| 60 | -1,650.00 | 1/17/2020 | 0 | 0 | 1,650.00 | 0 |
| 61 | 0 | 1/17/2020 | 0 | 0 | 1,650.00 | 1,650.00 |
| 62 | 1,650.00 | 1/17/2020 | 0 | 0 | -1,650.00 | 0 |
| 63 | 0 | 1/22/2019 | 0 | 0 | 3,300.00 | 3,300.00 |
| 64 | 3,300.00 | 1/22/2019 | 0 | 0 | -3,300.00 | 0 |
| 65 | 0 | 1/22/2019 | 0 | 0 | 7,600.00 | 7,600.00 |
| 66 | 7,600.00 | 1/22/2019 | 0 | 0 | -7,600.00 | 0 |
| 67 | 0 | 11/30/2018 | 0 | 0 | 6,600.00 | 6,600.00 |
| 68 | 6,600.00 | 11/30/2018 | 0 | 0 | -6,600.00 | 0 |
| 69 | 0 | 8/9/2018 | 0 | 0 | 198,000.00 | 198,000.00 |
| 70 | 198,000.00 | 8/9/2018 | 0 | 0 | -198,000.00 | 0 |
| 71 | 0 | | 0 | 0 | 165,000.00 | 165,000.00 |
| 72 | 0 | | 0 | 0 | -165,000.00 | 0 |
| 73 | 150,000.00 | | 0 | 0 | -150,000.00 | 0 |
| 74 | -150,000.00 | | 0 | 0 | 150,000.00 | 0 |
| 75 | 268,712.40 | | 0 | 0 | -268,712.40 | 0 |
| 76 | 120,780.00 | | 0 | 0 | -120,780.00 | 0 |
| 77 | 196,152.00 | | 0 | 0 | -196,152.00 | 0 |

| | M | N | O | P |
|---|---|---|---|---|
| 1 | G/L Reference | Vendor | Name | Purchases YTD |
| 2 | APV  18391 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 3 | APV  18390 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 4 | APV  17924 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 5 | APPR   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 6 | APV  17923 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 7 | APPR   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 8 | APV  17852 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 9 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 10 | APV  17851 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 11 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 12 | APV  17846 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 13 | APPR   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 14 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 15 | APV  17845 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 16 | APPR   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 17 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 18 | APV  17844 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 19 | APPR   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 20 | APV  17843 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 21 | APPR   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 22 | APV  17842 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 23 | APPR   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 24 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 25 | APV  17841 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 26 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 27 | APV  17840 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 28 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 29 | APV  17839 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 30 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 31 | APV  17831 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 32 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 33 | APV  17805 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 34 | APA    17805 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 35 | Utilzation of prepaymt sb4744 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 36 | APV  17478 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 37 | APV  17477 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 38 | APP   9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 39 | APV  17473 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 40 | APV  17472 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 41 | APV  17247 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 42 | APP   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 43 | INV 999 9.23.2019 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 44 | APP   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 45 | APV  17245 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 46 | APP   9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |

| | M | N | O | P |
|---|---|---|---|---|
| 47 | APV 17244 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 48 | APP 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 49 | APV 15844 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 50 | APP 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 51 | APV 14907 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 52 | APP 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 53 | APV 14498 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 54 | APP 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 55 | APA 14498 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 56 | APA 14498 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 57 | APV 14497 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 58 | APP 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 59 | APA 14497 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 60 | APP 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 61 | APA 14497 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 62 | APP 9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 63 | APV 14496 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 64 | APP 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 65 | APV 14495 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 66 | APP 9314 ACH Payment | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 67 | APV 14088 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 68 | APP 9314 WIRE | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 69 | APV 13173 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 70 | APP 9314 Wire | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 71 | APV 12245 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 72 | APA 12245 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 73 | APP 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 74 | | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 75 | APPR 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 76 | APPR 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |
| 77 | APPR 9314 | 9314 | PeopleFlo Manufacturing, Inc | 267,624.50 |

| | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|
| | Payments YTD | Currency | Active | Hold | Voucher Seq | Dist Date | Due/Paid Date |
| 2 | 827,854.40 | US | 1 | 0 | 0 | 4/20/2020 | 3/13/2020 |
| 3 | 827,854.40 | US | 1 | 0 | 0 | 4/20/2020 | 3/28/2020 |
| 4 | 827,854.40 | US | 1 | 0 | 0 | 1/24/2020 | 12/26/2019 |
| 5 | 827,854.40 | US | 1 | 0 | 1 | 1/24/2020 | 1/24/2020 |
| 6 | 827,854.40 | US | 1 | 0 | 0 | 1/24/2020 | 1/29/2020 |
| 7 | 827,854.40 | US | 1 | 0 | 1 | 1/24/2020 | 1/24/2020 |
| 8 | 827,854.40 | US | 0 | 0 | 0 | 1/16/2020 | 11/27/2019 |
| 9 | 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 10 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/29/2020 |
| 11 | 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 12 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 12/4/2019 |
| 13 | 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 14 | 827,854.40 | US | 0 | 0 | 2 | 1/17/2020 | 1/17/2020 |
| 15 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/17/2020 |
| 16 | 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 17 | 827,854.40 | US | 0 | 0 | 2 | 1/17/2020 | 1/17/2020 |
| 18 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/29/2020 |
| 19 | 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 20 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 11/27/2019 |
| 21 | 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 22 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 11/6/2019 |
| 23 | 827,854.40 | US | 0 | 0 | 1 | 1/15/2020 | 1/15/2020 |
| 24 | 827,854.40 | US | 0 | 0 | 2 | 1/17/2020 | 1/17/2020 |
| 25 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 11/3/2019 |
| 26 | 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 27 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 1/17/2020 |
| 28 | 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 29 | 827,854.40 | US | 0 | 0 | 0 | 1/15/2020 | 6/27/2019 |
| 30 | 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 31 | 827,854.40 | US | 0 | 0 | 0 | 1/10/2020 | 12/19/2019 |
| 32 | 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 33 | 827,854.40 | US | 0 | 0 | 0 | 1/3/2020 | 2/2/2020 |
| 34 | 827,854.40 | US | 0 | 0 | 1 | 1/3/2020 | 2/1/2020 |
| 35 | 827,854.40 | US | 1 | 0 | 0 | 11/4/2019 | 7/21/2019 |
| 36 | 827,854.40 | US | 1 | 1 | 0 | 11/4/2019 | 7/21/2019 |
| 37 | 827,854.40 | US | 0 | 0 | 0 | 11/4/2019 | 7/21/2019 |
| 38 | 827,854.40 | US | 0 | 0 | 1 | 1/17/2020 | 1/17/2020 |
| 39 | 827,854.40 | US | 1 | 0 | 0 | 11/1/2019 | 9/6/2019 |
| 40 | 827,854.40 | US | 1 | 1 | 0 | 11/1/2019 | 9/8/2019 |
| 41 | 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/23/2019 |
| 42 | 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 43 | 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/23/2019 |
| 44 | 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 45 | 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/16/2019 |
| 46 | 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |

|    | Q          | R  | S | T | U | V          | W          |
|----|------------|----|---|---|---|------------|------------|
| 47 | 827,854.40 | US | 0 | 0 | 0 | 10/18/2019 | 10/23/2019 |
| 48 | 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 49 | 827,854.40 | US | 0 | 0 | 0 | 6/5/2019   | 6/22/2019  |
| 50 | 827,854.40 | US | 0 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 51 | 827,854.40 | US | 0 | 0 | 0 | 2/19/2019  | 3/13/2019  |
| 52 | 827,854.40 | US | 0 | 0 | 1 | 7/16/2019  | 7/16/2019  |
| 53 | 827,854.40 | US | 0 | 0 | 0 | 1/10/2019  | 1/17/2019  |
| 54 | 827,854.40 | US | 0 | 0 | 1 | 1/22/2019  | 1/22/2019  |
| 55 | 827,854.40 | US | 0 | 0 | 2 | 2/19/2019  | 1/17/2019  |
| 56 | 827,854.40 | US | 0 | 0 | 3 | 7/16/2019  | 1/17/2019  |
| 57 | 827,854.40 | US | 0 | 0 | 0 | 1/10/2019  | 8/30/2018  |
| 58 | 827,854.40 | US | 0 | 0 | 1 | 1/22/2019  | 1/22/2019  |
| 59 | 827,854.40 | US | 0 | 0 | 2 | 2/19/2019  | 8/30/2019  |
| 60 | 827,854.40 | US | 0 | 0 | 3 | 10/23/2019 | 10/23/2019 |
| 61 | 827,854.40 | US | 0 | 0 | 4 | 12/21/2019 | 8/30/2019  |
| 62 | 827,854.40 | US | 0 | 0 | 5 | 1/17/2020  | 1/17/2020  |
| 63 | 827,854.40 | US | 0 | 0 | 0 | 1/10/2019  | 1/4/2019   |
| 64 | 827,854.40 | US | 0 | 0 | 1 | 1/22/2019  | 1/22/2019  |
| 65 | 827,854.40 | US | 0 | 0 | 0 | 1/10/2019  | 11/2/2018  |
| 66 | 827,854.40 | US | 0 | 0 | 1 | 1/22/2019  | 1/22/2019  |
| 67 | 827,854.40 | US | 0 | 0 | 0 | 11/16/2018 | 12/5/2018  |
| 68 | 827,854.40 | US | 0 | 0 | 1 | 11/30/2018 | 11/30/2018 |
| 69 | 827,854.40 | US | 0 | 0 | 0 | 8/8/2018   | 8/5/2018   |
| 70 | 827,854.40 | US | 0 | 0 | 1 | 8/9/2018   | 8/9/2018   |
| 71 | 827,854.40 | US | 0 | 0 | 0 | 5/4/2018   | 5/31/2018  |
| 72 | 827,854.40 | US | 0 | 0 | 1 | 8/30/2018  | 5/31/2018  |
| 73 | 827,854.40 | US | 1 | 0 | 1 | 10/23/2019 | 10/23/2019 |
| 74 | 827,854.40 | US | 1 | 0 | 2 | 10/23/2019 | 10/23/2019 |
| 75 | 827,854.40 | US | 1 | 0 | 1 | 1/15/2020  | 1/15/2020  |
| 76 | 827,854.40 | US | 1 | 0 | 2 | 1/15/2020  | 1/15/2020  |
| 77 | 827,854.40 | US | 1 | 0 | 3 | 1/24/2020  | 1/24/2020  |

| | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|
| 1 | Disc Date | Discount Pct | 1099 Reportable | Factor | Due Days | Discount Days |
| 2 | 2/29/2020 | 0 | 0 | 0 | 30 | 0 |
| 3 | 2/29/2020 | 0 | 0 | 0 | 30 | 0 |
| 4 | 11/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 5 | 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 6 | 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 7 | 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 8 | 10/28/2019 | 0 | 0 | 0 | 30 | 0 |
| 9 | 10/28/2019 | 0 | 1 | 0 | 30 | 0 |
| 10 | 12/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 11 | 12/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 12 | 11/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 13 | 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 14 | 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 15 | 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 16 | 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 17 | 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 18 | 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 19 | 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 20 | 10/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 21 | 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 22 | 10/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 23 | 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 24 | 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 25 | 10/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 26 | 10/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 27 | 12/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 28 | 12/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 29 | 5/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 30 | 5/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 31 | 11/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 32 | 11/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 33 | 1/3/2020 | 0 | 0 | 0 | 30 | 0 |
| 34 | 1/2/2020 | 0 | 0 | 0 | 30 | 0 |
| 35 | 6/21/2019 | 0 | 0 | 0 | 30 | 0 |
| 36 | 6/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 37 | 6/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 38 | 6/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 39 | 8/7/2019 | 0 | 0 | 0 | 30 | 0 |
| 40 | 8/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 41 | 9/23/2019 | 0 | 0 | 0 | 30 | 0 |
| 42 | 9/23/2019 | 0 | 1 | 0 | 30 | 0 |
| 43 | 9/23/2019 | 0 | 0 | 0 | 30 | 0 |
| 44 | 9/23/2019 | 0 | 1 | 0 | 30 | 0 |
| 45 | 9/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 46 | 9/30/2019 | 0 | 1 | 0 | 30 | 0 |

|    | X | Y | Z | AA | AB | AC |
|----|------------|---|---|----|----|----|
| 47 | 9/30/2019 | 0 | 0 | 0 | 30 | 0 |
| 48 | 9/30/2019 | 0 | 1 | 0 | 30 | 0 |
| 49 | 5/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 50 | 5/31/2019 | 0 | 1 | 0 | 30 | 0 |
| 51 | 2/28/2019 | 0 | 0 | 0 | 30 | 0 |
| 52 | 2/28/2019 | 0 | 1 | 0 | 30 | 0 |
| 53 | 12/18/2018 | 0 | 0 | 0 | 30 | 0 |
| 54 | 12/18/2018 | 0 | 1 | 0 | 30 | 0 |
| 55 | 12/18/2018 | 0 | 0 | 0 | 30 | 0 |
| 56 | 12/18/2018 | 0 | 0 | 0 | 30 | 0 |
| 57 | 7/31/2018 | 0 | 0 | 0 | 30 | 0 |
| 58 | 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 59 | 7/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 60 | 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 61 | 7/31/2019 | 0 | 0 | 0 | 30 | 0 |
| 62 | 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 63 | 12/5/2018 | 0 | 0 | 0 | 30 | 0 |
| 64 | 12/5/2018 | 0 | 1 | 0 | 30 | 0 |
| 65 | 10/3/2018 | 0 | 0 | 0 | 30 | 0 |
| 66 | 10/3/2018 | 0 | 1 | 0 | 30 | 0 |
| 67 | 11/30/2018 | 0 | 0 | 0 | 30 | 0 |
| 68 | 11/30/2018 | 0 | 1 | 0 | 30 | 0 |
| 69 | 7/31/2018 | 0 | 0 | 0 | 30 | 0 |
| 70 | 7/31/2018 | 0 | 1 | 0 | 30 | 0 |
| 71 | 5/31/2018 | 0 | 0 | 0 | 30 | 0 |
| 72 | 5/1/2018 | 0 | 0 | 0 | 30 | 0 |
| 73 | | 0 | 1 | 0 | 0 | 0 |
| 74 | | 0 | 1 | 0 | 0 | 0 |
| 75 | | 0 | 1 | 0 | 0 | 0 |
| 76 | | 0 | 1 | 0 | 0 | 0 |
| 77 | | 0 | 1 | 0 | 0 | 0 |

| | AD | AE | AF | AG | AH |
|---|---|---|---|---|---|
| 1 | Prox Day | Site | PO | Builder PO Orig Site | Builder PO |
| 2 | 0 | 16 | SB00007740 | | |
| 3 | 0 | 16 | SB00007896 | | |
| 4 | 0 | 16 | SB00007024 | | |
| 5 | 0 | 16 | | | |
| 6 | 0 | 16 | SB00007024 | | |
| 7 | 0 | 16 | | | |
| 8 | 0 | 16 | | | |
| 9 | 0 | 16 | | | |
| 10 | 0 | 16 | SB00005263 | | |
| 11 | 0 | 16 | | | |
| 12 | 0 | 16 | SB00005263 | | |
| 13 | 0 | 16 | | | |
| 14 | 0 | 16 | | | |
| 15 | 0 | 16 | SB00005263 | | |
| 16 | 0 | 16 | | | |
| 17 | 0 | 16 | | | |
| 18 | 0 | 16 | SB00005263 | | |
| 19 | 0 | 16 | | | |
| 20 | 0 | 16 | SB00005263 | | |
| 21 | 0 | 16 | | | |
| 22 | 0 | 16 | SB00007024 | | |
| 23 | 0 | 16 | | | |
| 24 | 0 | 16 | | | |
| 25 | 0 | 16 | SB00007548 | | |
| 26 | 0 | 16 | | | |
| 27 | 0 | 16 | SB00007707 | | |
| 28 | 0 | 16 | | | |
| 29 | 0 | 16 | SB00007025 | | |
| 30 | 0 | 16 | | | |
| 31 | 0 | 16 | SB00007653 | | |
| 32 | 0 | 16 | | | |
| 33 | 0 | 16 | SB00005263 | | |
| 34 | 0 | 16 | SB00005263 | | |
| 35 | 0 | 16 | | | |
| 36 | 0 | 16 | SB00004744 | | |
| 37 | 0 | 16 | SB00007168 | | |
| 38 | 0 | 16 | | | |
| 39 | 0 | 16 | | | |
| 40 | 0 | 16 | SB00004744 | | |
| 41 | 0 | 16 | | | |
| 42 | 0 | 16 | | | |
| 43 | 0 | 16 | | | |
| 44 | 0 | 16 | | | |
| 45 | 0 | 16 | SB00007024 | | |
| 46 | 0 | 16 | | | |

|    | AD | AE | AF | AG | AH |
|----|----|----|----|----|----|
| 47 | 0  | 16 | SB00007024 |  |  |
| 48 | 0  | 16 |  |  |  |
| 49 | 0  | 16 | SB00004744 |  |  |
| 50 | 0  | 16 |  |  |  |
| 51 | 0  | 16 | SB00004744 |  |  |
| 52 | 0  | 16 |  |  |  |
| 53 | 0  | 16 |  |  |  |
| 54 | 0  | 16 |  |  |  |
| 55 | 0  | 16 |  |  |  |
| 56 | 0  | 16 |  |  |  |
| 57 | 0  | 16 |  |  |  |
| 58 | 0  | 16 |  |  |  |
| 59 | 0  | 16 |  |  |  |
| 60 | 0  | 16 |  |  |  |
| 61 | 0  | 16 |  |  |  |
| 62 | 0  | 16 |  |  |  |
| 63 | 0  | 16 |  |  |  |
| 64 | 0  | 16 |  |  |  |
| 65 | 0  | 16 |  |  |  |
| 66 | 0  | 16 |  |  |  |
| 67 | 0  | 16 | SB00004744 |  |  |
| 68 | 0  | 16 |  |  |  |
| 69 | 0  | 16 | SB00005263 |  |  |
| 70 | 0  | 16 |  |  |  |
| 71 | 0  | 16 | SB00004744 |  |  |
| 72 | 0  | 16 | SB00004744 |  |  |
| 73 | 0  | 16 | SB00007400 |  |  |
| 74 | 0  | 16 | SB00007400 |  |  |
| 75 | 0  | 16 | SB00007024 |  |  |
| 76 | 0  | 16 | SB00005263 |  |  |
| 77 | 0  | 16 | SB00007024 |  |  |

| | AI | AJ | AK | AL | AM |
|---|---|---|---|---|---|
| 1 | **Builder Voucher Orig Site** | **Builder Voucher** | **Exchange Rate** | **Purch Amt** | **Freight** |
| 2 | | | 1 | 17,820.00 | 0 |
| 3 | | | 1 | 1,192.50 | 0 |
| 4 | | | 1 | 16,764.00 | 0 |
| 5 | | | 1 | 0 | 0 |
| 6 | | | 1 | 17,556.00 | 0 |
| 7 | | | 1 | 0 | 0 |
| 8 | | | 1 | 1,980.00 | 0 |
| 9 | | | 1 | 0 | 0 |
| 10 | | | 1 | 2,376.00 | 0 |
| 11 | | | 1 | 0 | 0 |
| 12 | | | 1 | 7,920.00 | 0 |
| 13 | | | 1 | 0 | 0 |
| 14 | | | 1 | 0 | 0 |
| 15 | | | 1 | 11,880.00 | 0 |
| 16 | | | 1 | 0 | 0 |
| 17 | | | 1 | 0 | 0 |
| 18 | | | 1 | 11,880.00 | 0 |
| 19 | | | 1 | 0 | 0 |
| 20 | | | 1 | 9,900.00 | 0 |
| 21 | | | 1 | 0 | 0 |
| 22 | | | 1 | 16,764.00 | 0 |
| 23 | | | 1 | 0 | 0 |
| 24 | | | 1 | 0 | 0 |
| 25 | | | 1 | 1,046.00 | 0 |
| 26 | | | 1 | 0 | 0 |
| 27 | | | 1 | 2,970.00 | 0 |
| 28 | | | 1 | 0 | 0 |
| 29 | | | 1 | 2,676.00 | 0 |
| 30 | | | 1 | 0 | 0 |
| 31 | | | 1 | 6,600.00 | 0 |
| 32 | | | 1 | 0 | 0 |
| 33 | | | 1 | -198,000.00 | 0 |
| 34 | | | 1 | 198,000.00 | 0 |
| 35 | | | 1 | -11,880.00 | 0 |
| 36 | | | 1 | 13,200.00 | 0 |
| 37 | | | 1 | 4,290.00 | 0 |
| 38 | | | 1 | 0 | 0 |
| 39 | | | 1 | -14,850.00 | 0 |
| 40 | | | 1 | 16,500.00 | 0 |
| 41 | | | 1 | -2,673.00 | 0 |
| 42 | | | 1 | 0 | 0 |
| 43 | | | 1 | -15,325.00 | 0 |
| 44 | | | 1 | 0 | 0 |
| 45 | | | 1 | 2,970.00 | 0 |
| 46 | | | 1 | 0 | 0 |

| | AI | AJ | AK | AL | AM |
|---|---|---|---|---|---|
| 47 | | | 1 | 17,028.00 | 0 |
| 48 | | | 1 | 0 | 0 |
| 49 | | | 1 | 1,650.00 | 0 |
| 50 | | | 1 | 0 | 0 |
| 51 | | | 1 | 101,640.00 | 0 |
| 52 | | | 1 | 0 | 0 |
| 53 | | | 1 | 13,200.00 | 0 |
| 54 | | | 1 | 0 | 0 |
| 55 | | | 1 | -13,200.00 | 0 |
| 56 | | | 1 | 13,200.00 | 0 |
| 57 | | | 1 | 1,650.00 | 0 |
| 58 | | | 1 | 0 | 0 |
| 59 | | | 1 | -1,650.00 | 0 |
| 60 | | | 1 | 0 | 0 |
| 61 | | | 1 | 1,650.00 | 0 |
| 62 | | | 1 | 0 | 0 |
| 63 | | | 1 | 3,300.00 | 0 |
| 64 | | | 1 | 0 | 0 |
| 65 | | | 1 | 7,600.00 | 0 |
| 66 | | | 1 | 0 | 0 |
| 67 | | | 1 | 6,600.00 | 0 |
| 68 | | | 1 | 0 | 0 |
| 69 | | | 1 | 198,000.00 | 0 |
| 70 | | | 1 | 0 | 0 |
| 71 | | | 1 | 165,000.00 | 0 |
| 72 | | | 1 | -165,000.00 | 0 |
| 73 | | | 1 | 150,000.00 | 0 |
| 74 | | | 1 | -150,000.00 | 0 |
| 75 | | | 1 | 268,712.40 | 0 |
| 76 | | | 1 | 120,780.00 | 0 |
| 77 | | | 1 | 196,152.00 | 0 |

| | AN | AO | AP | AQ | AR | AS | AT |
|---|---|---|---|---|---|---|---|
| 1 | Duty | Brokerage | Insurance | Fixed Rate | Local Freight | Misc Charges | Sales Tax |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

|    | AN | AO | AP | AQ | AR | AS | AT |
|----|----|----|----|----|----|----|----|
| 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 55 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 69 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 71 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 72 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|
| 1 | **Non-Disc Amt** | **GRN** | **A/P Notes** | **A/P Acct** | **A/P Acct Unit1** |
| 2 | 0 | | | 21000 | |
| 3 | 0 | | | 21000 | |
| 4 | 0 | | | 21000 | |
| 5 | 0 | | | 21000 | |
| 6 | 0 | | | 21000 | |
| 7 | 0 | | | 21000 | |
| 8 | 0 | | | 21000 | |
| 9 | 0 | | | 21000 | |
| 10 | 0 | | | 21000 | |
| 11 | 0 | | | 21000 | |
| 12 | 0 | | | 21000 | |
| 13 | 0 | | | 21000 | |
| 14 | 0 | | | 21000 | |
| 15 | 0 | | | 21000 | |
| 16 | 0 | | | 21000 | |
| 17 | 0 | | | 21000 | |
| 18 | 0 | | | 21000 | |
| 19 | 0 | | | 21000 | |
| 20 | 0 | | | 21000 | |
| 21 | 0 | | | 21000 | |
| 22 | 0 | | | 21000 | |
| 23 | 0 | | | 21000 | |
| 24 | 0 | | | 21000 | |
| 25 | 0 | | | 21000 | |
| 26 | 0 | | | 21000 | |
| 27 | 0 | | | 21000 | |
| 28 | 0 | | | 21000 | |
| 29 | 0 | | | 21000 | |
| 30 | 0 | | | 21000 | |
| 31 | 0 | | | 21000 | |
| 32 | 0 | | | 21000 | |
| 33 | 0 | | | 21000 | |
| 34 | 0 | | | 21000 | |
| 35 | 0 | | | 21000 | |
| 36 | 0 | | | 21000 | |
| 37 | 0 | | | 21000 | |
| 38 | 0 | | | 21000 | |
| 39 | 0 | | | 21000 | |
| 40 | 0 | | | 21000 | |
| 41 | 0 | | | 21000 | |
| 42 | 0 | | | 21000 | |
| 43 | 0 | | DEPOSIT ON CONTRACT | 21000 | |
| 44 | 0 | | | 21000 | |
| 45 | 0 | | | 21000 | |
| 46 | 0 | | | 21000 | |

| | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|
| 47 | 0 | | | 21000 | |
| 48 | 0 | | | 21000 | |
| 49 | 0 | | | 21000 | |
| 50 | 0 | | | 21000 | |
| 51 | 0 | | | 21000 | |
| 52 | 0 | | | 21000 | |
| 53 | 0 | | | 21000 | |
| 54 | 0 | | | 21000 | |
| 55 | 0 | | | 21000 | |
| 56 | 0 | | | 21000 | |
| 57 | 0 | | | 21000 | |
| 58 | 0 | | | 21000 | |
| 59 | 0 | | | 21000 | |
| 60 | 0 | | | 21000 | |
| 61 | 0 | | | 21000 | |
| 62 | 0 | | | 21000 | |
| 63 | 0 | | | 21000 | |
| 64 | 0 | | | 21000 | |
| 65 | 0 | | | 21000 | |
| 66 | 0 | | | 21000 | |
| 67 | 0 | | | 21000 | |
| 68 | 0 | | | 21000 | |
| 69 | 0 | | | 21000 | |
| 70 | 0 | | | 21000 | |
| 71 | 0 | | | 21000 | |
| 72 | 0 | | | 21000 | |
| 73 | 150,000.00 | | INV 110685 | 16100 | |
| 74 | -150,000.00 | | | 16100 | |
| 75 | 268,712.40 | | | 16100 | |
| 76 | 120,780.00 | | | 16100 | |
| 77 | 196,152.00 | | | 16100 | |

| | AZ | BA | BB | BC |
|---|---|---|---|---|
| 1 | **A/P Acct Unit2** | **A/P Acct Unit3** | **A/P Acct Unit4** | **A/P Account Description** |
| 2 | | | | Accounts Payable - Trade |
| 3 | | | | Accounts Payable - Trade |
| 4 | | | | Accounts Payable - Trade |
| 5 | | | | Accounts Payable - Trade |
| 6 | | | | Accounts Payable - Trade |
| 7 | | | | Accounts Payable - Trade |
| 8 | | | | Accounts Payable - Trade |
| 9 | | | | Accounts Payable - Trade |
| 10 | | | | Accounts Payable - Trade |
| 11 | | | | Accounts Payable - Trade |
| 12 | | | | Accounts Payable - Trade |
| 13 | | | | Accounts Payable - Trade |
| 14 | | | | Accounts Payable - Trade |
| 15 | | | | Accounts Payable - Trade |
| 16 | | | | Accounts Payable - Trade |
| 17 | | | | Accounts Payable - Trade |
| 18 | | | | Accounts Payable - Trade |
| 19 | | | | Accounts Payable - Trade |
| 20 | | | | Accounts Payable - Trade |
| 21 | | | | Accounts Payable - Trade |
| 22 | | | | Accounts Payable - Trade |
| 23 | | | | Accounts Payable - Trade |
| 24 | | | | Accounts Payable - Trade |
| 25 | | | | Accounts Payable - Trade |
| 26 | | | | Accounts Payable - Trade |
| 27 | | | | Accounts Payable - Trade |
| 28 | | | | Accounts Payable - Trade |
| 29 | | | | Accounts Payable - Trade |
| 30 | | | | Accounts Payable - Trade |
| 31 | | | | Accounts Payable - Trade |
| 32 | | | | Accounts Payable - Trade |
| 33 | | | | Accounts Payable - Trade |
| 34 | | | | Accounts Payable - Trade |
| 35 | | | | Accounts Payable - Trade |
| 36 | | | | Accounts Payable - Trade |
| 37 | | | | Accounts Payable - Trade |
| 38 | | | | Accounts Payable - Trade |
| 39 | | | | Accounts Payable - Trade |
| 40 | | | | Accounts Payable - Trade |
| 41 | | | | Accounts Payable - Trade |
| 42 | | | | Accounts Payable - Trade |
| 43 | | | | Accounts Payable - Trade |
| 44 | | | | Accounts Payable - Trade |
| 45 | | | | Accounts Payable - Trade |
| 46 | | | | Accounts Payable - Trade |

|    | AZ | BA | BB | BC |
|----|----|----|----|-----|
| 47 |    |    |    | Accounts Payable - Trade |
| 48 |    |    |    | Accounts Payable - Trade |
| 49 |    |    |    | Accounts Payable - Trade |
| 50 |    |    |    | Accounts Payable - Trade |
| 51 |    |    |    | Accounts Payable - Trade |
| 52 |    |    |    | Accounts Payable - Trade |
| 53 |    |    |    | Accounts Payable - Trade |
| 54 |    |    |    | Accounts Payable - Trade |
| 55 |    |    |    | Accounts Payable - Trade |
| 56 |    |    |    | Accounts Payable - Trade |
| 57 |    |    |    | Accounts Payable - Trade |
| 58 |    |    |    | Accounts Payable - Trade |
| 59 |    |    |    | Accounts Payable - Trade |
| 60 |    |    |    | Accounts Payable - Trade |
| 61 |    |    |    | Accounts Payable - Trade |
| 62 |    |    |    | Accounts Payable - Trade |
| 63 |    |    |    | Accounts Payable - Trade |
| 64 |    |    |    | Accounts Payable - Trade |
| 65 |    |    |    | Accounts Payable - Trade |
| 66 |    |    |    | Accounts Payable - Trade |
| 67 |    |    |    | Accounts Payable - Trade |
| 68 |    |    |    | Accounts Payable - Trade |
| 69 |    |    |    | Accounts Payable - Trade |
| 70 |    |    |    | Accounts Payable - Trade |
| 71 |    |    |    | Accounts Payable - Trade |
| 72 |    |    |    | Accounts Payable - Trade |
| 73 |    |    |    | Deposits - Short Term |
| 74 |    |    |    | Deposits - Short Term |
| 75 |    |    |    | Deposits - Short Term |
| 76 |    |    |    | Deposits - Short Term |
| 77 |    |    |    | Deposits - Short Term |