# EXHIBIT 16B



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔲 Customer service: 1.888.400.9009

⬛ bankofamerica.com

⬛ Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
1417 GABLES CT STE 201
PLANO, TX 75075-7648

# Your Full Analysis Business Checking - Small Business

for April 1, 2018 to April 30, 2018



**BEST EQUIPMENT SERVICE & SALES CO LLC    DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2018 | |
| Deposits and other credits | |
| Withdrawals and other debits | |
| Checks | |
| Service fees | |
| **Ending balance on April 30, 2018** | |

✓

BEST EQUIPMENT SERVICE & SALES CO LLC   |   |  April 1, 2018 to April 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

       Tell us your name and account number.
       Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
       Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

 Bank of America, N.A. Member FDIC and      Equal Housing Lender

# Your checking account

**Bank of America Merrill Lynch**

BEST EQUIPMENT SERVICE & SALES CO LLC | ██████████ | April 1, 2018 to April 30, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| ██████ | ████████████ | | ████████ | ██████ |
| ██████ | ████████████ | | ████████ | ██████ |

**Total deposits and other credits** ██████████ ✓

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| ██████ | ████████████████ | | ████████ | ██████ ✓ |
| ██████ | ████████████████ | | ████████ | ██████ ✓ |
| 04/24/18 | WIRE TYPE:WIRE OUT DATE:180424 TIME:1056 ET TRN:2018042400252747 SERVICE REF:005272 BNF:PEOPLEFLO ID:872318001 BNF BK:J P MORGAN CHASE AND CO ID:071000013 PMT DET:184NG5911DHROW26INV 9 64 | | 903704240252747 | -165,000.00 ✓ |

**Total withdrawals and other debits** ██████████

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
1417 GABLES CT STE 201
PLANO, TX 75075-7648

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking - Small Business

for August 1, 2018 to August 31, 2018

**BEST EQUIPMENT SERVICE & SALES CO LLC    DBA PUMPWORKS INDUSTRIAL**

## Account summary

Beginning balance on August 1, 2018

Deposits and other credits

Withdrawals and other debits

Checks

Service fees

**Ending balance on August 31, 2018**



BEST EQUIPMENT SERVICE & SALES CO LLC  |                                    |  August 1, 2018 to August 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

> Tell us your name and account number.
> Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
> Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ▓▓▓▓▓▓▓▓  |  August 1, 2018 to August 31, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ▓▓ | ▓▓▓▓ |  | ▓▓▓ | ▓▓ |
| ▓▓ | ▓▓▓▓ |  | ▓▓▓ | ▓ |
| ▓▓ | ▓▓▓▓ |  | ▓▓▓ | ▓▓ |
| ▓▓ | ▓▓▓▓ |  | ▓▓▓ | ▓▓ |
| ▓▓ | ▓▓▓ |  | ▓▓▓ | ▓▓ |
| ▓▓ | ▓▓▓ |  | ▓▓▓ | ▓▓ |

**Total deposits and other credits** ▓▓▓

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/08/18 | WIRE TYPE:WIRE OUT DATE:180808 TIME:1242 ET TRN:2018080800293609 SERVICE REF:007957 BNF:PEOPLEELO MANUFACTURING, 1 ID:872318001 BNF BK:J P MORGAN CHASE AND CO ID:071000013 PMT DET:1888C2247F382D33Inv967 |  | 903708080293609 | -198,000.00 |
| ▓▓ | ▓▓ |  |  | ▓ |
| ▓▓ | ▓▓▓▓▓ ▓ |  | ▓▓▓ | ▓ |
| ▓▓ | ▓▓▓ |  |  | ▓ |

*continued on the next page*

BEST EQUIPMENT SERVICE & SALES CO LLC | ███████████ | August 1, 2018 to August 31, 2018

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|-----------------|--------|



**Total withdrawals and other debits**

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Changes to reporting cash vault processing issues:**

For all deposits or transactions made via cash vault processing (which may include Quick Business Deposit, Night Depository, Remote Night Depository and ATM Deposits), you must notify the bank of any problems, errors or unauthorized transactions within 45 days of the statement and/or items and/or images being made available to you. This requirement modifies the current Deposit Account Agreement, which previously allowed for 60 days. If you do not notify the bank in writing of suspected problems or unauthorized transactions within 45 days after your statement and/or items and/or images are made available to you, you agree that you cannot make a claim against us relating to the unreported problems or unauthorized transactions.

BEST EQUIPMENT SERVICE & SALES CO LLC | ███████████████ | August 1, 2018 to August 31, 2018

This page intentionally left blank



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
1417 GABLES CT STE 201
PLANO, TX 75075-7648

# Your Full Analysis Business Checking - Small Business

for November 1, 2018 to November 30, 2018

**BEST EQUIPMENT SERVICE & SALES CO LLC    DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2018 | |
| Deposits and other credits | |
| Withdrawals and other debits | |
| Checks | |
| Service fees | |
| **Ending balance on November 30, 2018** | |

BEST EQUIPMENT SERVICE & SALES CO LLC   |                                    |   November 1, 2018 to November 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

> Tell us your name and account number.
> Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
> Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**Bank of America** 〰〰
**Merrill Lynch**

# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC | ████████████ | November 1, 2018 to November 30, 2018

## Deposits and other credits

| Date | Transaction description | | Customer reference | Bank reference | | Amount |
|------|-------------------------|---|--------------------|----------------|---|--------|
| ██ | ████████ | ███ | | ███████ | | ███ |
| ██ | ████████ | ██ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ██ |
| ██ | ███████ | ██ | | ██████ | | ██ |
| ██ | ████████ | ███ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ███ |
| ██ | ██████ | ██ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ██ |
| ██ | ██████ | ██ | | ██████ | | ███ |
| ██ | █████ | ██ | | ██████ | | ███ |
| ██ | ██████ | ██ | | ██████ | | ███ |

*continued on the next page*

BEST EQUIPMENT SERVICE & SALES CO LLC | ███████████████ | November 1, 2018 to November 30, 2018

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| ████ | ████████████████████ | | ██████████ | ████ |
| ████ | ████████████████████ | | ██████████ | █████ |
| ████ | ████████████████████ | | ██████████ | ███ |
| ████ | ████████████████████ | | ██████████ | ████ |
| **Total deposits and other credits** | | | | ████████ |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| ████ | ████████████ | | | ████ |
| ████ | ██████████████████ | | ██████████ | █████ |
| ████ | ████████████ | | | ████ |
| ████ | ████████████ | | | ████ |
| ████ | ████████████ | | | ████ |
| ████ | ████████████ | | | ████ |
| ████ | ██████████████████ | | ██████████ | █████ |
| ████ | ████████████ | | | ██ |
| ████ | ██████████████████ | | ██████████ | ██ |
| ████ | ████████████ | | | ██ |
| ████ | ████████████ | | | ██ |
| ████ | ██████████████████ | | ██████████ | ████ |
| ████ | ██████████████████ | | ██████████ | █████ |
| ████ | ████████████ | | | █████ |
| ████ | ████████████ | | | █████ |
| ████ | ████████████ | | | █████ |
| ████ | ████████████ | | | █████ |

continued on the next page

**Bank of America**
**Merrill Lynch**

# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ▓▓▓▓▓▓▓▓▓  |  November 1, 2018 to November 30, 2018

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ███ | ████████ | | | ███ |
| ███ | ████████ | | | ███ |
| 11/28/18 | BEST EQUIPME1348 DES:PAYMENTS  FL#<br>18331003274  INDN:SETT-BATCH A760509661<br>CO ID:A760509661 CCD | | 902531018519752 | -6,600.00 |
| ███ | ████████ | | | ███ |
| ███ | ████████ | | | ███ |
| ███ | ████████ | | | ███ |

**Total withdrawals and other debits**  ████████

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
14 17 GABLES CT STE 201
PLANO, TX 75075-7648

# Your Full Analysis Business Checking - Small Business

for January 1, 2019 to January 31, 2019



**BEST EQUIPMENT SERVICE & SALES CO LLC    DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | |
|---|---|
| Beginning balance on January 1, 2019 | |
| Deposits and other credits | |
| Withdrawals and other debits | |
| Checks | |
| Service fees | |
| **Ending balance on January 31, 2019** | |

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ▓▓▓▓▓▓▓▓▓▓  |  January 1, 2019 to January 31, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems- You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ███████████████  |  January 1, 2019 to January 31, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ██ | ███████ | | ██████ | ████ |
| ██ | ███████ | | ██████ | ███ |
| ██ | ████████ | | ██████ | ███ |
| ██ | ███████ | | ██████ | ████ |
| ██ | ███████ | | ██████ | ███ |
| ██ | ██████ | | ██████ | ██ |
| ██ | █████ | | ██████ | ████ |
| ██ | ███████ | | ██████ | ████ |
| ██ | ████████ | | ██████ | ███ |
| ██ | ████████ | | ██████ | ███ |
| ██ | ███████ | | ██████ | ████ |
| ██ | ███████ | | ██████ | ████ |
| ██ | ███████ | | ██████ | ████ |
| ██ | ███████ | | ██████ | ████ |
| ██ | ██████ | | ██████ | ████ |

*continued on the next page*

BEST EQUIPMENT SERVICE & SALES CO LLC | ███████████████ | January 1, 2019 to January 31, 2019

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ████ | ████████████ | | ██████ | ██ |
| ████ | ████████████ | | ██████ | ██ |
| ████ | ████████████ | | ██████ | ██ |
| ████ | ████████████ | | ██████ | ██ |
| ████ | ████████████ | | ██████ | ███ |

**Total deposits and other credits** ██████

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ████ | ████████████████ █ ████████ | | ██████ | ██ |
| ████ | ███████ | | | ██ |
| ████ | ███████ | | | ██ |
| ████ | ███████ | | | ███ |
| ████ | ███████ | | | ███ |
| ████ | █████████████ █ ████ | ████████ | | ██ |
| ████ | ███████ | | | ███ |
| ████ | ███████ | | | ███ |
| ████ | ████████████ █ ████ | ████████ | | ███ |
| ████ | | | | █ |
| 01/14/19 | BEST EQUIPME1348 DES:PAYMENTS FL# 19011001680 INDN:SETT-BATCH A760509661 CO ID:A760509661 CCD | | 902511016079309 | -25,750.00 |
| ████ | ████████████ █ ████ | ██████ | | ██ |
| ████ | ████████████████████ ████████ | ██████ | | ██ |
| ████ | ███████ | | | ██ |
| ████ | | | | ██ |

continued on the next page



# Your checking account

**BEST EQUIPMENT SERVICE & SALES CO LLC**  |  ▓▓▓▓▓▓▓▓▓▓▓  |  January 1, 2019 to January 31, 2019

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ ▓ ▓▓▓▓▓▓▓ | | ▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ ▓ ▓▓▓▓▓▓▓ | | ▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | | | ▓▓ |

**Total withdrawals and other debits** ▓▓▓▓▓▓▓

BEST EQUIPMENT SERVICE & SALES CO LLC   |                              |   January 1, 2019 to January 31, 2019

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

💻 bankofamerica.com

🏦 Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
1417 GABLES CT STE 201
PLANO, TX 75075-7648

◼ | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking - Small Business

for February 1, 2019 to February 28, 2019

**BEST EQUIPMENT SERVICE & SALES CO LLC     DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2019 | ◼ |
| Deposits and other credits | ◼ |
| Withdrawals and other debits | ◼ |
| Checks | ◼ |
| Service fees | ◼ |
| **Ending balance on February 28, 2019** | ◼ |

BEST EQUIPMENT SERVICE & SALES CO LLC   |                    |   February 1, 2019 to February 28, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

> Tell us your name and account number.
> Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
> Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



Bank of America, N.A. Member FDIC and        Equal Housing Lender

**Bank of America**
**Merrill Lynch**

# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC  | ██████████████ |  February 1, 2019 to February 28, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |
| ████ | ██████████████████████ | | ████████████ | ██████ |

*continued on the next page*

BEST EQUIPMENT SERVICE & SALES CO LLC | ▉▉▉▉▉▉▉▉ | February 1, 2019 to February 28, 2019

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| ▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉ | ▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉ | ▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉ | ▉▉ |

**Total deposits and other credits** ▉▉▉▉▉

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉ | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉ | | | ▉ |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉ | ▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉ | ▉▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉ | | | ▉▉ |
| 02/22/19 | BEST EQUIPME1348 DES:PAYMENTS FL# 19052001718 INDN:SETT-BATCH A760509661 CO ID:A760509661 CCD | | 902552017823545 | -94,370.00 |
| ▉▉▉ | ▉▉▉ | | | |
| 02/25/19 | BEST EQUIPME1348 DES:PAYMENTS FL# 19053001497 INDN:SETT-BATCH A760509661 CO ID:A760509661 CCD | | 902553018408190 | -7,270.00 |
| ▉▉▉ | ▉▉▉ | | | ▉▉ |

*(handwritten annotations: "A" and "B" next to the two itemized transactions; "ExA = 101,640" below)*

*continued on the next page*

# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC   |   ██████████████   |   February 1, 2019 to February 28, 2019

## Withdrawals and other debits - continued



| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ██ | ████████████████████ | ██████ | ██████ | ██ |
| ██ | ████ | | | ████ |
| ██ | █████████████ | | ██████ | ████ |
| ██ | ████ | | | ████ |
| ██ | ██████████ | | ██████ | ████ |
| ██ | █████ | | | █ |

**Total withdrawals and other debits** ████████

BEST EQUIPMENT SERVICE & SALES CO LLC | ████████████████ | February 1, 2019 to February 28, 2019

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

BEST EQUIPMENT SERVICE & SALES CO LLC   |                                    |   February 1, 2019 to February 28, 2019

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖥 bankofamerica.com

🏦 Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
1417 GABLES CT STE 201
PLANO, TX 75075-7648

# Your Full Analysis Business Checking - Small Business

for April 1, 2019 to April 30, 2019

**BEST EQUIPMENT SERVICE & SALES CO LLC     DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2019 | |
| Deposits and other credits | |
| Withdrawals and other debits | |
| Checks | |
| Service fees | |
| **Ending balance on April 30, 2019** | |

BEST EQUIPMENT SERVICE & SALES CO LLC   |                                  |   April 1, 2019 to April 30, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

> Tell us your name and account number.
> Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
> Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ██████████████████  |  April 1, 2019 to April 30, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ████ | ████████████████████████ | | ███████████ | ██████ |
| ████ | ████████████████████████ | | ███████████ | ███████ |
| ████ | █████████████████████ | | ███████████ | ████ |
| ████ | ████████████████████████ | | ███████████ | ██████ |
| ████ | ████████████████████████ | | ███████████ | ███████ |
| ████ | █████████████████████ | | ███████████ | █████ |
| ████ | ████████████████████ | | ███████████ | █████ |
| ████ | ████████████████████ | | ███████████ | ████ |
| ████ | ████████████████████ | | ███████████ | █████ |
| ████ | █████████████████████ | | ███████████ | █████ |
| ████ | ████████████████████████ | | ███████████ | ██████ |
| ████ | █████████████████████ | | ███████████ | ██████ |
| ████ | ████████████████████████ | | ███████████ | ██████ |
| ████ | ████████████████████ | | ███████████ | █████ |
| ████ | ████████████████████████ | | ███████████ | ██████ |

*continued on the next page*

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ▮▮▮▮▮▮▮▮▮▮  |  April 1, 2019 to April 30, 2019

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|---------------|--------|
| ███ | █████████ | | ████████ | ██ |
| ███ | █████████ | | ████████ | ███ |
| ███ | █████████ | | ████████ | ███ |
| ███ | █████████ | | ████████ | ██ |
| ███ | █████████ | | ████████ | ███ |

**Total deposits and other credits** ████████

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|---------------|--------|
| ███ | ███████████ | | ████████ | ████ |
| ███ | ██████ | | | ████ |
| 04/03/19 | WIRE TYPE:WIRE OUT DATE:190403 TIME:0510 ET TRN:2019040200446634 SERVICE REF:002347 BNF:PEOPLEFLO ID:872318001 BNF BK:J P MORGAN CHASE AND CO ID:071000013 PMT DET:1942H021119H0E13Inv 9 79, SB00005263 | | 903704020446634 | -158,400.00 |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ██ |
| ██ | ███████ | | | ███ |
| ██ | █████████ | | ████████ | ███ |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ███ |
| ██ | ███████ | | | ███ |
| ██ | ██████ | | | ███ |

continued on the next page

# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ▮▮▮▮▮▮▮▮▮▮  |  April 1, 2019 to April 30, 2019

## Withdrawals and other debits - continued



| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ▮ | ▮ | | | ▮ |
| ▮ | ▮ | | | ▮ |
| ▮ | ▮ | | | ▮ |
| ▮ | ▮ | | | ▮ |
| ▮ | ▮ | | | ▮ |
| ▮ | ▮ | | | ▮ |
| ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | | | ▮ |

**Total withdrawals and other debits** ▮

BEST EQUIPMENT SERVICE & SALES CO LLC  |                    |  April 1, 2019 to April 30, 2019

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
1417 GABLES CT STE 201
PLANO, TX 75075-7648

# Your Full Analysis Business Checking - Small Business

for June 1, 2019 to June 30, 2019 ███████████████

**BEST EQUIPMENT SERVICE & SALES CO LLC    DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2019 | ██ | ███████ |
| Deposits and other credits | ███ | █████████ |
| Withdrawals and other debits | ███ | ██████ |
| Checks | ██ | ████████ |
| Service fees | ██ | |
| Ending balance on June 30, 2019 | ██ | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

# Your checking account

Bank of America
Merrill Lynch

BEST EQUIPMENT SERVICE & SALES CO LLC   |   ██████████████   |   June 1, 2019 to June 30, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| ████ | █████████████████ | | ████████ | ███ |
| ████ | ███████████████ | | ████████ | ███ |
| ████ | █████████ | | ████████ | ███ |
| ████ | ██████████████ | | ████████ | ███ |
| ████ | █████████████ | | ████████ | ███ |
| ████ | ██████████████ | | ████████ | ███ |
| ████ | ██████████ | | ████████ | ███ |
| ████ | ██████████ | | ████████ | ███ |
| ████ | ████████████ | | ████████ | ███ |
| ████ | ████████████ | | ████████ | ███ |
| ████ | █████████████ | | ████████ | ███ |
| ████ | █████████ | | ███████ | ██ |
| ████ | ██████████ | | ████████ | ███ |
| ████ | ███████████ | | ████████ | ███ |
| ████ | █████████████ | | ████████ | ███ |

**Total deposits and other credits**                                              ████████

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ███████████  |  June 1, 2019 to June 30, 2019

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ██ | ██ | | | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ██ | | | ██ |
| 06/12/19 | WIRE TYPE:WIRE OUT DATE:190612 TIME:1216 ET TRN:2019061200306510 SERVICE REF:007617 BNF:PEOPLEFLO MANUFACTURING IN ID:872318001 BNF BK:J P MORGAN CHASE AND CO ID:071000013 PMT DET:196CA3616AUU1T60Invoice No. 982 | | 9037061200306510 | -283,800.00 |
| ██ | ██ | | | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ██ | | ██ | ██ |
| ██ | ██ | | | ██ |
| ██ | ██ | | | ██ |

*continued on the next page*

# Your checking account

**Bank of America**
**Merrill Lynch**

BEST EQUIPMENT SERVICE & SALES CO LLC | ▉▉▉▉▉▉▉▉▉ | June 1, 2019 to June 30, 2019

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| ▉▉▉ | ▉▉▉▉▉▉ | | | ▉▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉ | | | ▉▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉ | | ▉▉▉▉▉ | ▉▉▉ |
| ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉ | | ▉▉▉▉▉ | ▉▉▉ |
| ▉▉▉ | ▉▉▉▉▉ | | | ▉ |

**Total withdrawals and other debits** ▉▉▉▉▉▉

BEST EQUIPMENT SERVICE & SALES CO LLC ▮▮▮▮▮▮▮▮▮▮ | June 1, 2019 to June 30, 2019

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

■ Customer service: 1.888.400.9009

■ bankofamerica.com

■ Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
5301 HOLLISTER ST STE 400
HOUSTON, TX 77040-6140

## Your Full Analysis Business Checking - Small Business

for September 1, 2019 to September 30, 2019

**BEST EQUIPMENT SERVICE & SALES CO LLC    DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2019 | ██ |
| Deposits and other credits | ████ |
| Withdrawals and other debits | ████ |
| Checks | ██ |
| Service fees | ██ |
| Ending balance on September 30, 2019 | ██ |

BEST EQUIPMENT SERVICE & SALES CO LLC    |    [REDACTED]    |    September 1, 2019 to September 30, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us -** You may call us at the telephone number listed on the front of this statement.

**Updating your contact information–** We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement–** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers:** In case of errors or questions about your electronic transfers– If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems–** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits -** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

Bank of America
Merrill Lynch

# Your checking account

**BEST EQUIPMENT SERVICE & SALES CO LLC** | ▮▮▮▮▮▮▮▮▮ | September 1, 2019 to September 30, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |

continued on the next page

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ▮▮▮▮▮▮▮▮▮▮  |  September 1, 2019 to September 30, 2019

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮▮ |

**Total deposits and other credits** ▮▮▮▮▮▮

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| 09/16/19 | BEST EQUIPME 1348 DES:PAYMENTS   FL# 19256001210  INDN:SETT BATCH A760509661 CO ID:A760509661 CCD | | 902556018423628 | -227,040.00 |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | | | ▮▮▮ |

*continued on the next page*

# Your checking account

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ▮▮▮▮▮▮▮▮▮  |  September 1, 2019 to September 30, 2019

## Withdrawals and other debits - continued



| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮ | ▮▮▮▮▮▮▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮▮▮▮ | | | ▮▮▮ |
| ▮▮ | ▮▮▮▮▮▮▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮▮▮▮ | | | ▮▮▮ |

**Total withdrawals and other debits** ▮▮▮▮▮▮

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

◼ Customer service: 1.888.400.9009

◼ bankofamerica.com

BEST EQUIPMENT SERVICE & SALES CO LLC
DBA PUMPWORKS INDUSTRIAL
S301 HOLLISTER ST STE 400
HOUSTON, TX 77040-6140

◼ Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

# Your Full Analysis Business Checking - Small Business

for January 1, 2020 to January 31, 2020   ████████████████

**BEST EQUIPMENT SERVICE & SALES CO LLC    DBA PUMPWORKS INDUSTRIAL**

## Account summary

| | |
|---|---|
| Beginning balance on January 1, 2020 | ████ |
| Deposits and other credits | █████ |
| Withdrawals and other debits | █████ |
| Checks | ████ |
| Service fees | ████ |
| **Ending balance on January 31, 2020** | ████ |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ███████████  |  January 1, 2020 to January 31, 2020

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| ████ | ████████████████ | | ████████ | ███ |
| ████ | ████████████████ | | ████████ | ████ |
| ████ | ████████████████ | | ████████ | ███ |
| ████ | ██████████████████ | | ████████ | ████ |
| ████ | ████████████████ | | ████████ | ████ |
| ████ | ████████████████ | | ████████ | ██ |
| ████ | ████████████████ | | ████████ | ██ |
| ████ | ████████████████ | | ████████ | ██ |
| ████ | ████████████████ | | ████████ | ███ |
| ████ | ████████████████ | | ████████ | ████ |
| ████ | ████████████████ | | ████████ | ███ |
| ████ | ████████████ | | ████████ | ████ |
| ████ | ████████████████ | | ████████ | |
| ████ | ██████████ | | ████████ | ███ |
| ████ | ██████████ | | ████████ | ████ |

**Total deposits and other credits**        ██████████

BEST EQUIPMENT SERVICE & SALES CO LLC  |  ██████████████  |  January 1, 2020 to January 31, 2020

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| ██ | ██████ | | | ██ |
| ██ | ██████ | | | ██ |
| ██ | ██████ | | ██████ | ██ |
| ██ | ████████████ | | | |
| ██ | ██████ | | | ██ |
| ██ | ████████ | | ██████ | ██ |
| ██ | ██████ | | | ██ |
| ██ | ██████ | | | ██ |
| ██ | ██████ | | | ██ |
| ██ | ██████ | | | ██ |
| 01/17/20 | WIRE TYPE:WIRE OUT DATE:200117 TIME:1332 ET TRN:2020011700540605 SERVICE REF:436007 BNF:PEOPLEFLO ID:872318001 BNF BK:JPMORGAN CHASE B ANK, N. ID:0002 PMT DET:201HCI2592VN0Y39Inv. No. 968, 987, 1006, 983, 1010 1000, 1001, 1009, 1004, 1 | | 9037011700540605 | -292,224.40 |
| ██ | ████████ | | ██████ | ██ |
| ██ | ██████ | | | █ |
| ██ | ██████ | | | ██ |
| ██ | ██████ | | | ██ |
| ██ | ████████████ | | ██████ | ██ |
| ██ | ████████ | | ██████ | ██ |
| ██ | ████████ | | ██████ | ██ |
| ██ | ██████ | | | ██ |
| ██ | ██████ | | | ██ |
| ██ | ██████ | | | ██ |

**Total withdrawals and other debits**  ██████