# EXHIBIT 16C

Transaction Detail





**Transaction Details**

| | |
|---:|:---|
| Date: | 04/24/2018 |
| Account Number: | ▇▇▇▇▇ |
| Bank ID: | ▇▇▇▇ |
| Transaction: | Outgoing Money Transfer Debit (495) |
| Currency: | USD |
| Amount: | 165,000.00 |
| Credit/Debit: | DEBIT |
| Customer Ref #: | ▇▇▇▇ |
| Bank Reference: | ▇▇▇▇ |
| Value Date: | |

# Outgoing Payments Report

**Company:** DXP Enterprises Inc
**Requester:** Wright, Brandon
**Run Date:** 01/17/2020 4:06:17 PM CST

**BANK OF AMERICA**

## Domestic High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** Redacted

### Debit Account Information

**Debit Bank:** Redacted
**Debit Account:** Redacted
**Debit Account Name:** PUMPWORKS INDUSTRIAL
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** PeopleFlo
**Beneficiary Address:** 10045 Pacific Ave
**Beneficiary City:** Franklin Park
**Beneficiary Postal Code:**
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** Redacted
**Beneficiary Bank ID:** Redacted
JPMORGAN CHASE BANK, NA
1111 POLARIS PKWY
COLUMBUS
US - United States of America
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 29,224.40

**Value Date:** 01/17/2020

### Optional Information

**Sender's Reference Number:** Redacted

**Beneficiary Information:** Inv. No. 968, 987, 1006, 983, 1010 1000, 1001, 1009, 1004, 1013A, 1002A

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** bwright
**Approved:** bcadena
**Initial Confirmation:**
**Confirmation #:** Redacted

**Input Time:** 01/17/2020 12:13:59 PM CST
**Time:** 01/17/2020 12:31:47 PM CST

# Syteline Wire/ACH Form

| Field | Value |
|---|---|
| Site # *(select from drop down)* | 16 - PWI |
| Payment Type *(select from drop down)* | Wire |
| Purpose *(select from drop down)* | Past Due/Hot |
| Date Requested: | 1/16/2020 |

| Field | Value |
|---|---|
| Vendor Name: | PEOPLE FLO |
| Vendor ID: | 9314 |
| Amount: | $ 29,224.40 |
| Time: | 4:34:00 PM |

If "Other," please provide explanation:

Requestors must fill out the top portion completely, attach the approved prelim and/or other necessary support documents, and submit all to Accounting management for approval.

Requestor Printed Name (select from drop down): Keyera Dubose

Requestor Initials (handwritten): *kn*

Accounting Management Approval (must hold Controller position or higher on Accounting team)*
*Requestor cannot be approver

Approver Printed Name, Title: Shauna Lauerman, Divisional Controller

Approver Signature: *[signature]*

Electronic Payment must be entered for the next business day unless instructed otherwise.

Printed Name (circle one): ~~Brandon Wright~~ / Michael Tran / Shauna Lauerman

Initials: *[initials]*

Payment Approved/Released in CashPro:

Printed Name, Title: Bobbi Cadena, Treasurer

Signature: *[signature]*

If alternate Cash Management Approval done:

Printed Name, Title: Shauna Lauerman, Divisional Controller

Signature:

Bank Confirmation received: _____

Date Received: _____

Syteline Pmt # or GL Transaction #: _____

DXP-PW 0220321 (Confidential - Attorneys' Eyes Only)

# A/P Preliminary Check Register

1/16/2020 4:32:40 PM

**Bank Code** BA2    **Cash Account** 10000

| Check Num | Vendor | Check Type | Check Date | Remit to Vendor Name | Currency | Category | Terms | Payment Amt Vendor Amt |
|---|---|---|---|---|---|---|---|---|
| 14497 | 968 | Standard Check | 1/16/2020 | PeopleFlo Manufacturing, Inc | | | N30 | 29,224.40 |

| Veh/Seq | Type / Invoice | Seq | Reference | Invoice Date | Disc Acct | Payment Exch Rate Currency | Exch Rate Currency | Exch Rate Currency | Amt Paid | Disc Taken | Sales Tax | Domestic Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9314 | 0 | | 7/31/2018 | | US | US | US | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 17477 | 987 | 0 | | 6/21/2019 | | US | US | US | 4,290.00 | 0.00 | 0.00 | 4,290.00 |
| 17831 | 1006 | 0 | | 11/19/2019 | | US | US | US | 6,600.00 | 0.00 | 0.00 | 6,600.00 |
| 17839 | 983 | 0 | | 5/28/2019 | | US | US | US | 2,676.00 | 0.00 | 0.00 | 2,676.00 |
| 17840 | 1010 | 0 | | 12/18/2019 | | US | US | US | 2,970.00 | 0.00 | 0.00 | 2,970.00 |
| 17841 | 1000 | 0 | | 10/4/2019 | | US | US | US | 1,046.00 | 0.00 | 0.00 | 1,046.00 |
| 17842 | 1001 | 0 | | 10/7/2019 | | US | US | US | 1,676.40 | 0.00 | 0.00 | 1,676.40 |
| 17845 | 1009 | 0 | | 12/18/2019 | | US | US | US | 2,376.00 | 0.00 | 0.00 | 2,376.00 |
| 17846 | 1004 | 0 | | 11/4/2019 | | US | US | US | 1,584.00 | 0.00 | 0.00 | 1,584.00 |
| 17851 | 1013A | 0 | | 12/30/2019 | | US | US | US | 2,376.00 | 0.00 | 0.00 | 2,376.00 |
| 17852 | 1002A | 0 | | 10/28/2019 | | US | US | US | 1,980.00 | 0.00 | 0.00 | 1,980.00 |

Total (US)    29,224.40    0.00    0.00    29,224.40

11 Voucher Distribution(s)
0 Non-A/P Distribution(s)

DXP-PW 0220322 (Confidential - Attorneys' Eyes Only)

RptBatchSumViewForm　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

**ACH Cash Pro Online**　　　　　　　　　　　　　　　　　　　　Report Date:　02/21/2019
**DXP Enterprises Inc**　　　　　　　　　　　　　　　　　　　　　Report Time:　02:53:36 PM

### Batch Summary Report by ID Number

| | | | |
|---|---|---|---|
| Company Name: | BEST EQUIPME1348 | Effective Date: | 02/22/2019 |
| ACH ID: | Redacted | Batch Sequence: | 1 |
| Application Name: | Vendor Payments and Collections | Database Name: | PeopleFlo Manufacturing |
| Batch Status: | Submitted | Created By: | MITRAN |
| Released By: | BCADENA | | |

| Name | ID | Amount | D/C | Bank ID | Account # | Acct Type | Trace # |
|---|---|---|---|---|---|---|---|
| PEOPLEFLO MANUFACTURIN | | $94,370.00 | C | | | C | |

|  | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $0.00 | 0 |
| Credits | $94,370.00 | 1 |
| Prenotes | $0.00 | 0 |

|  | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $0.00 | 0 |
| Credits | $94,370.00 | 1 |
| Prenotes | $0.00 | 0 |

# Syteline Wire/ACH Form

| | |
|---|---|
| Site # *(select from drop down)* | 16 - PWI |
| Payment Type *(select from drop down)* | ACH |
| Purpose *(select from drop down)* | Current Invoicing |
| Date Requested: | 2/20/2019 |
| Vendor Name: | People Flo |
| Vendor ID: | 9314 |
| Amount: | $ ~~107,640.00~~ (US) **$94,370** |

If "Other," please provide explanation:

Requestors must fill out the top portion completely, attach the approved prelim and/or other necessary support documents, and submit all to Accounting management for approval.

Veronica Vines
Requestor Printed Name *(select from drop down)*       ✓✓ Requestor Initials (handwritten)

Accounting Management Approval (must hold Controller position or higher of Accounting team)*

Shauna Lauerman, Divisional Controller       *[signature]*
Approver Printed Name, Title                Approver Signature
*Requestor cannot be approver*

Electronic Payment must be entered for the next business day unless instructed otherwise.

(Michael Tran) / Lynette Martin / Shauna Lauerman       MT
Printed Name (circle one)                                Initials

Payment Approved/Released in CashPro:

Bobbi Cadena, Treasurer       *[signature]*
Printed Name, Title            Signature

*If alternate Cash Management Approval done:*

Shauna Lauerman, Divisional Controller       _____
Printed Name, Title                          Signature

Bank Confirmation received:

Date Received: _____       Syteline Pmt # or GL Transaction # _____

## A/P Preliminary Check Register

2/20/2019 10:07:06 AM

**Bank Code** BA2  **Cash Account** 10000

| Check Num | Vendor | Seq | Check Type | Check Date | Remit to Vendor Name | Currency | Category | Terms | | Payment Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reference | | | Payment Exch Rate Currency | | | | Vendor Amt |
| | | | | | | Exch Rate Currency | | | | Domestic Amt |
| Vch Seq | | | Type / Invoice | Invoice Date | Disc Acct | Exch Rate Currency | Amt Paid | Disc Taken | Sales Tax | Amount |
| 9314 | | | Standard Check | 2/20/2019 | PeopleFlo Manufacturing, Inc | US | | N30 | | 101,640.00 |
| 14907 | 977 | 0 | | 2/11/2019 | | US | 101,640.00 | 0.00 | 0.00 | 101,640.00 |

*bad template to Momentum → <7,270>*
*94,370*

Total (US) 101,640.00 0.00 0.00 101,640.00

1 Voucher Distribution(s)
0 Non-A/P Distribution(s)
1 Distribution(s) Total
1 Standard Check(s)
0 Manual Check(s)
0 Cash Payment(s)
1 All Check(s) Total

16    Best PumpWorks - Southbelt    Page 2 of 2

VeronicaVines

DXP-PW 0220326

# A/P Preliminary Check Register

2/20/2019 10:07:06 AM

**PumpWorks INDUSTRIAL**

Bank Code: BA2
Manual Check(s): Yes
Standard Check(s): Yes
Display Distribution Detail: Yes
Sort By: Name

| | Starting | Ending |
|---|---|---|
| Vendor: | | |
| Name: | | |
| Pay Date: | | |

16　Best PumpWorks - Southbelt　Page 1 of 2

VeronicaVines

## Outgoing Payments Report

**Company:** DXP Enterprises Inc
**Requester:** Tran, Michael
**Run Date:** 06/12/2019 3:40:53 PM CDT

*Bank of America Merrill Lynch*

---

**Domestic High Value (Wire)**
Payment Category: Urgent/Wire

---

**Status:** Confirmed By Bank
**Transaction Number:** [redacted]

### Debit Account Information

**Debit Bank:** [redacted]
**Debit Account:** [redacted]
**Debit Account Name:** PUMPWORKS INDUSTRIAL
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** PeopleFlo Manufacturing Inc
**Beneficiary Address:** 10045 West Pacific Avenue
**Beneficiary City:** Franklin Park
**Beneficiary Postal Code:**
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:**
JPMORGAN CHASE BANK, NA
500 N SHADY OAKS DR
ELGIN
US - United States of America
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 283,800.00

**Value Date:** 06/12/2019

### Optional Information

**Sender's Reference Number:** [redacted]

**Beneficiary Information:** Invoice No. 982

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** mitran
**Approved:** bcadena
**Initial Confirmation:** [redacted]
**Confirmation #:** [redacted]

**Input Time:** 06/12/2019 10:36:21 AM CDT
**Time:** 06/12/2019 11:16:43 AM CDT

DXP-PW 0220362 (Confidential)

# Syteline Wire/ACH Form

| | | | |
|---|---|---|---|
| Site # *(select from drop down)* | 16 - PWI | Vendor Name: | PeopleFlo Manufacturing INC |
| Payment Type *(select from drop down)* | Wire | Vendor ID: | 9314 |
| Purpose *(select from drop down)* | Current Invoicing | Amount: | $ 283,800.00 |
| Date Requested: | 6/12/2019 | Time: | 10:28:00 AM |

If "Other," please provide explanation:

Requestors must fill out the top portion completely, attach the approved prelim and/or other necessary support documents, and submit all to Accounting management for approval.

Veronica Vines _____ JV
Requestor Printed Name (select from drop down)        Requestor Initials (handwritten)

Accounting Management Approval (must hold Controller position or higher on Accounting team)*

Shauna Lauerman, Divisional Controller     *[signature]*
Approver Printed Name, Title                              Approver Signature
*Requestor cannot be approver

Electronic Payment must be entered for the next business day unless instructed otherwise.

(Michael Tran) Shauna Lauerman         MT
Printed Name (circle one)               Initials

Payment Approved/Released in CashPro:

Bobbi Cadena, Treasurer         *[signature] BCadena*
Printed Name, Title                  Signature

*If alternate Cash Management Approval done:*

Shauna Lauerman, Divisional Controller     _____
Printed Name, Title                                  Signature

Bank Confirmation received:

Date Received: _____          Syteline Pmt # or GL Transaction # _____

DXP-PW 0220363 (Confidential)

# A/P Final Wire Register

6/12/2019 10:17:03 AM

**PumpWorks INDUSTRIAL**

Page 1 of 2

| | | |
|---|---|---|
| Bank Code: | BA2 | |
| Display Distribution Detail: | Yes | |
| Sort By: | Name | |
| | Starting | Ending |
| Vendor: | 9314 | 9314 |
| Name: | | |
| Pay Date: | | |

16 Best PumpWorks - Southbelt

VeronicaVines

DXP-PW 0220364 (Confidential)


PumpWorks INDUSTRIAL

## A/P Final Wire Register

6/12/2019 10:17:03 AM

**Bank Code** BA2    **Cash Account** 10000

| Payment | Check Date | Vendor | Remit to Vendor Name | | Type | Currency | | Payment Amt |
|---|---|---|---|---|---|---|---|---|
| Voucher Seq | Type | Invoice | Dist Acct | Invoice Date | | Payment Exch Rate Currency | | Vendor Amt |
| | | | | | | Exch Rate Currency | | Domestic Amt |
| | | | | | | Exch Rate Currency | Amt Paid   Disc Taken   Sales Tax | Check Amt |
| 112920186 | 6/12/2019 | 9314 | PeopleFlo Manufacturing, Inc | | Wire Payment | US | | 283,800.00 |
| 2 Open | | | 16100 | | | 1.000 US | 283,800.00   0.00   0.00 | |
| | | | | | | Total   US | 283,800.00   0.00   0.00 | 283,800.00 |
| | | | | | | Grand Total:   US | 283,800.00 | 283,800.00 |

0 Voucher Distribution(s)
1 Non-A/P Distribution(s)
1 Distributions Total
0 Cash Payment(s)

16    Best PumpWorks - Southbelt    Page 2 of 2
Veronica Vines

DXP-PW 0220365 (Confidential)

RptBatchSumViewForm  Page 1 of 1

**ACH Cash Pro Online**
**DXP Enterprises Inc**

Report Date: 09/13/2019
Report Time: 02:14:54 PM

### Batch Summary Report by ID Number

| | | | |
|---|---|---|---|
| **Company Name:** | BEST EQUIPME1348 | **Effective Date:** | 09/16/2019 |
| **ACH ID:** | [Redacted] | **Batch Sequence:** | 1 |
| **Application Name:** | Vendor Payments and Collections | **Database Name:** | PeopleFlo Manufacturing |
| **Batch Status:** | Submitted | **Created By:** | BWRIGHT |
| **Released By:** | BCADENA | | |

| Name | ID | Amount | D/C | Bank ID | Account # | Acct Type | Trace # |
|---|---|---|---|---|---|---|---|
| PEOPLEFLO MANUFACTURIN | | $227,040.00 | C | Redacted | | C | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $0.00 | 0 |
| Credits | $227,040.00 | 1 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $0.00 | 0 |
| Credits | $227,040.00 | 1 |
| Prenotes | $0.00 | 0 |

https://cpo-ach.bankofamerica.com/wcmpr/rptbatchsumviewform.jsp?source=BATCHSU...   9/13/2019

DXP-PW 0220401 (Confidential)

# Syteline Wire/ACH Form

| Site # *(select from drop down)* | 16 - PW |
|---|---|
| Payment Type *(select from drop down)* | ACH |
| Purpose *(select from drop down)* | Current Invoicing |
| Date Requested: | 9/12/2019 |

| Vendor Name: | PeopleFlo Manufacturing, Inc |
|---|---|
| Vendor ID: | 9314 |
| Amount: | $ 227,040.00 |
| Time: | 9:11:00 AM |

If "Other," please provide explanation:

Requestors must fill out the top portion completely, attach the approved prelim and/or other necessary support documents, and submit all to Accounting management for approval.

Requestor Printed Name (select from drop down): **Veronica Vines**

Requestor Initials (handwritten): _VV_

Accounting Management Approval (must hold Controller position or higher on Accounting team)*
*Requestor cannot be approver

Approver Printed Name, Title: **Shauna Lauerman, Divisional Controller**

Approver Signature: _[signature]_

Electronic Payment must be entered for the next business day unless instructed otherwise.

Printed Name (circle one): **Brandon Wright** / Michael Tran / Shauna Lauerman

Initials: _BW_

Payment Approved/Released in CashPro:

Printed Name, Title: **Bobbi Cadena, Treasurer**

Signature: _[signature]_

If alternate Cash Management Approval done:

Printed Name, Title: **Shauna Lauerman, Divisional Controller**

Signature: ___

Bank Confirmation received:

| Date Received: | 9.13.2019 | Syteline Pmt # or GL Transaction # | 9132019   11292019 3 |
|---|---|---|---|

DXP-PW 0220402 (Confidential)

# A/P Final Wire Register

PumpWorks INDUSTRIAL

9/13/2019 9:08:41 AM

Bank Code  BA2    Cash Account  10000

| Payment | Check Date | Vendor | Remit to Vendor Name | Type | Currency | Payment Amt |
|---|---|---|---|---|---|---|
| | | | | Payment Exch Rate Currency | | Vendor Amt |
| | | | | Exch Rate Currency | | Domestic Amt |
| Voucher Seq | Type / Invoice | Disc Acct | | Invoice Date | Exch Rate Currency | Check Amt |

| | | | | | | Amt Paid | Disc Taken | Sales Tax | |
|---|---|---|---|---|---|---|---|---|---|
| 11292O193 | 9/12/2019 | 9314 | PeopleFlo Manufacturing, Inc | Wire Payment | US | | | | 227,040.00 |
| | | | | | 1.000 US | | | | 227,040.00 |
| | | | | | US | | | | 227,040.00 |
| 3 Open | 16100 | | | | | 227,040.00 | 0.00 | 0.00 | |

Total  US  227,040.00  0.00  0.00  227,040.00

Grand Total:  US  227,040.00  0.00  0.00  227,040.00

0 Voucher Distribution(s)
1 Non-A/P Distribution(s)
1 Distributions Total
0 Cash Payment(s)

DXP-PW 0220403 (Confidential)

# A/P Wire Posting Report

**PumpWorks INDUSTRIAL**

9/13/2019 9:05:17 AM

| Vendor | Name | Payment Date | Reference | Bank | Currency | Payment Amt Cash Acct |
|---|---|---|---|---|---|---|
| | | | Payment Exch Rate | | Currency | Payment Amt |
| | | | Exch Rate | | Currency | Vendor Amt |
| | | | | | | Domestic Amt |
| 9314 | PeopleFlo Manufacturing, Inc | 9/12/2019 | APP 9314 | BA2 | US | 227,040.00 10000 |
| | | | 1.000 | | | Cash - Operating |
| | | | 1.000 | | | |

| Type | Vch/Seq | Disc Date | Amt Due | Disc Rem | Currency | |
| | | Due Date | Amt Paid | Disc Taken | | |
| | | | (US) | | Amt Due | Disc Rem Disc Acct |
| | | | | | Amt Paid | Disc Taken Exch Rate |
| Open | 3 | | 0.00 | 0.00 | (US) | 0.00 0.00 16100 |
| | | | 227,040.00 | 0.00 | | 227,040.00 0.00 1.00 |

Subtotal: 227,040.00  0.00  227,040.00  0.00

Total Wire Amount: 227,040.00 (US)
Amt Paid: 227,040.00 (US)

DXP-PW 0220404 (Confidential)