# EXHIBIT 16D

| | | | |
|---|---|---|---|
| Amount: | $2,000.00 | Sequence Number: | |
| Account: | | Capture Date: | 11/27/2019 |
| Bank Number: | | Check Number: | 1605318 |

**BEST EQUIPMENT SERVICE & SALES CO, LLC**
dba PumpWorks Industrial
P.O. BOX 7095
TYLER, TX 75711
(903) 595-6511

Bank of America
5218 W 34th St
Houston, TX 77092
CHECK VOID AFTER 90 DAYS

| Vendor | Check Date | Check |
|---|---|---|
| 9314 | 10/23/2019 | 1605318 |
| | | Payment Amt |
| | | $2,000.00 |

***Two Thousand and 00/100 Dollars**

Pay to the Order of   PeopleFlo Manufacturing, Inc
10045 Pacific Ave
Franklin Park IL 60131

AUTHORIZED SIGNATURE

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 11/26/2019 | | | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank, |
| 11/27/2019 | | | Pay Bank | N | | |