# EXHIBIT 16E

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Type | Voucher | Check/Wire | Invoice | Invoice Date | Invoice Amt | Disc Amt | Amt Paid | Dist Date | Check Date | Due/Paid Date | Pymt Type | Rolling $$ | Support |
| 2 | Payment | 14498 | 1142019 | 976 | 12/18/2018 | 0 | 0 | 13,200.00 | 1/22/2019 | 1/22/2019 | 1/22/2019 | | 13,200.00 | |
| 3 | Payment | 14497 | 1142019 | 968 | 7/31/2018 | 0 | 0 | 1,650.00 | 1/22/2019 | 1/17/2020 | 1/22/2019 | | 14,850.00 | |
| 4 | Payment | 14496 | 1142019 | 974 | 12/5/2018 | 0 | 0 | 3,300.00 | 1/22/2019 | 1/22/2019 | 1/22/2019 | | 18,150.00 | |
| 5 | Payment | 14495 | 1142019 | 969 | 10/3/2018 | 0 | 0 | 7,600.00 | 1/22/2019 | 1/22/2019 | 1/22/2019 | ach | 25,750.00 | 01/19 bank stmt |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | Payment | 17247 | 1605318 | 9232019 DEPOSIT 2 | 9/23/2019 | 0 | 0 | -2,673.00 | 10/23/2019 | 10/23/2019 | 10/23/2019 | | -2,673.00 | |
| 9 | Payment | 17246 | 1605318 | 9232019 DEPOSIT | 9/23/2019 | 0 | 0 | -15,325.00 | 10/23/2019 | 10/23/2019 | 10/23/2019 | | -17,998.00 | |
| 10 | Payment | 17245 | 1605318 | 998 | 9/16/2019 | 0 | 0 | 2,970.00 | 10/23/2019 | 10/23/2019 | 10/23/2019 | | -15,028.00 | |
| 11 | Payment | 17244 | 1605318 | 999 | 9/23/2019 | 0 | 0 | 17,028.00 | 10/23/2019 | 10/23/2019 | 10/23/2019 | | 2,000.00 | |
| 12 | Payment | 15844 | 1605318 | 981 | 5/23/2019 | 0 | 0 | 1,650.00 | 10/23/2019 | 10/23/2019 | 10/23/2019 | | 3,650.00 | |
| 13 | Payment | 14497 | 1605318 | 968 | 7/31/2018 | 0 | 0 | -1,650.00 | 10/23/2019 | 1/17/2020 | 10/23/2019 | check | 2,000.00 | Postive pay file |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | Payment | 14907 | 2112019 | 977 | 2/11/2019 | 0 | 0 | 101,640.00 | 7/16/2019 | 7/16/2019 | 7/16/2019 | ach | 101,640.00 | 02/19 bank stmt | 2 pymts 94,370 + 7,270 |
| 17 | | | | | | | | | | | | | | |
| 18 | Payment | 13173 | 8082018 | 967 | 7/6/2018 | 0 | 0 | 198,000.00 | 8/9/2018 | 8/9/2018 | 8/9/2018 | wire | 198,000.00 | 8/18 bank stmt |
| 19 | | | | | | | | | | | | | | |
| 20 | Payment | 14088 | 11162018 | 971 | 11/5/2018 | 0 | 0 | 6,600.00 | 11/30/2018 | 11/30/2018 | 11/30/2018 | ach | 6,600.00 | 11/18 bank stmt |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | Payment | 17852 | 11172020 | 1002A | 10/28/2019 | 0 | 0 | 1,980.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 1,980.00 | |
| 24 | Payment | 17851 | 11172020 | 1013A | 12/30/2019 | 0 | 0 | 2,376.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 4,356.00 | |
| 25 | Payment | 17846 | 11172020 | 1004 | 11/4/2019 | 0 | 0 | 1,584.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 5,940.00 | |
| 26 | Payment | 17845 | 11172020 | 1009 | 12/18/2019 | 0 | 0 | 2,376.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 8,316.00 | |
| 27 | Payment | 17842 | 11172020 | 1001 | 10/7/2019 | 0 | 0 | 1,676.40 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 9,992.40 | |
| 28 | Payment | 17841 | 11172020 | 1000 | 10/4/2019 | 0 | 0 | 1,046.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 11,038.40 | |
| 29 | Payment | 17840 | 11172020 | 1010 | 12/18/2019 | 0 | 0 | 2,970.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 14,008.40 | |
| 30 | Payment | 17839 | 11172020 | 983 | 5/28/2019 | 0 | 0 | 2,676.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 16,684.40 | |
| 31 | Payment | 17831 | 11172020 | 1006 | 11/19/2019 | 0 | 0 | 6,600.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 23,284.40 | |
| 32 | Payment | 17477 | 11172020 | 987 | 6/21/2019 | 0 | 0 | 4,290.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | | 27,574.40 | |
| 33 | Payment | 14497 | 11172020 | 968 | 7/31/2018 | 0 | 0 | 1,650.00 | 1/17/2020 | 1/17/2020 | 1/17/2020 | wire | 29,224.40 | 01/20 bank stmt |
| 34 | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | |
| 36 | Payment | 23090 | 112920182 | | 0 | 1/15/2020 | 0 | 0 | 120,780.00 | 1/15/2020 | | 1/15/2020 | | 120,780.00 | |
| 37 | Payment | 17846 | 112920182 | 1004 | 11/4/2019 | 0 | 0 | 6,336.00 | 1/15/2020 | 1/17/2020 | 1/15/2020 | | 127,116.00 | |
| 38 | Payment | 17845 | 112920182 | 1009 | 12/18/2019 | 0 | 0 | 9,504.00 | 1/15/2020 | 1/17/2020 | 1/15/2020 | | 136,620.00 | |
| 39 | Payment | 17844 | 112920182 | 1013 | 12/30/2019 | 0 | 0 | 11,880.00 | 1/15/2020 | 1/15/2020 | 1/15/2020 | | 148,500.00 | |
| 40 | Payment | 17843 | 112920182 | 1002 | 10/28/2019 | 0 | 0 | 9,900.00 | 1/15/2020 | 1/15/2020 | 1/15/2020 | wire | 158,400.00 | 4/19 Bank Stmt |
| 41 | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | |
| 43 | Payment | 23089 | 112920186 | | 0 | 1/15/2020 | 0 | 268,712.40 | 1/15/2020 | | 1/15/2020 | | 268,712.40 | |
| 44 | Payment | 17842 | 112920186 | 1001 | 10/7/2019 | 0 | 0 | 15,087.60 | 1/15/2020 | 1/17/2020 | 1/15/2020 | wire | 283,800.00 | 6/19 Bank Stmt |
| 45 | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | |
| 47 | Payment | 23091 | 112920193 | | 0 | 1/24/2020 | 0 | 196,152.00 | 1/24/2020 | | 1/24/2020 | | 196,152.00 | |
| 48 | Payment | 17924 | 112920193 | 1007 | 11/26/2019 | 0 | 0 | 15,087.60 | 1/24/2020 | 1/24/2020 | 1/24/2020 | | 211,239.60 | |
| 49 | Payment | 17923 | 112920193 | 1014 | 12/30/2019 | 0 | 0 | 15,800.40 | 1/24/2020 | 1/24/2020 | 1/24/2020 | ACH | 227,040.00 | 09/19 bank stmt |
| 50 | | | | | | | | | | | | | | |
| 51 | Payment | wire | 4182018 | Prepayment | 4/18/2018 | | | 165,000.00 | 4/18/2018 | 4/18/2018 | 4/18/2018 | wire | 165,000.00 | 4/18 Bank Stmt |
| 52 | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | |
| 54 | | | | | | | | $1,197,454.40 | | | | | | |