# EXHIBIT 17

| | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Summary of Orders, Shipments, and Payments** | | Amount Paid (Contract Orders): | $1,168,972.40 | | Value of Contract Goods: | $445,632 | | | **Total Owed by PeopleFlo*** | *calculated by subtracting the total value of goods from the total amount paid to PeopleFlo | | **Key: Invoices with payments** |
| 2 | | | Amount Paid (Misc. Orders): | $28,482 | | Value of Misc Goods: | $61,618.50 | | | | | | |
| 3 | | | Total Paid: | $1,197,454 | | Total Value of Goods: | $507,250.50 | | | **$690,203.90** | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | PO# | 4744 | | | qty: | 100 | | paid to-date: | $289,740.00 | | shipped: | 63 | total pumps shipped: | 136 |
| 6 | desc | Grp2 LT STOCK ORDER | | | ea: | $3,300 | | shipment balance: | $15,840 | | cost of pumps shipped: | $207,900 | | |
| 7 | BATES | PEOPLEFLO_0016876-80 | | | total: | $330,000 | | to completion of PO: | $40,260 | | | | | |
| 8 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 9 | 4/5/2018 | 50% prepay | 964 | DXP-PW 0039941; PEOPLEFLO_0015885 | 100 | 50% | $165,000.00 | $165,000 | 4/2/2018 | $0.00 | Line 71 (51) | Line 6 | N/A | |
| 10 | 7/31/2018 | ship | 968 | DXP-PW 0104960; PEOPLEFLO_0003602 | 1 | 50% | $1,650.00 | $1,650 | 1/14/2019 | $0.00 | Line 58 (13) | Line 7 † | | |
| 11 | | | | | accidental debit | | | -$1,650 | 11/4/2019 | | Line 60 (13) | Line 8 † | | |
| 12 | | | | | repayment | | | $1,650 | 1/17/2020 | | Line 62 (13) | Line 9 † | | |
| 13 | 11/5/2018 | ship | 971 | DXP-PW 0105623; PEOPLEFLO_0004665 | 4 | 50% | $6,600.00 | $6,600 | 11/28/2018 | $0.00 | Line 68 (20) | Line 10 | | |
| 14 | 12/18/2018 | ship | 976 ** | DXP-PW 0107226; PEOPLEFLO_0018552 | 7 | 50% | $11,550.00 | $13,200 | 1/14/2019 | -$1,650.00 | Line 54 (2) | Line 12 | DXP-PW 114152;*** PEOPLEFLO_0010051 | 12/18/2018 |
| 15 | 2/11/2019 | 40% prepay | 977 | DXP-PW 0110225 | 77 | 40% | $101,640.00 | $101,640 | 2/11 & 2/22 | $0.00 | Line 52 (16) | Line 13 | N/A | |
| 16 | 5/23/2019 | ship | 981 | DXP-PW 0114154; PEOPLEFLO_0015906 | 5 | 10% | $1,650.00 | $1,650 | 11/4/2019 | $0.00 | Line 50 (12) | Line 14 | DXP-PW 114123; PEOPLEFLO_0010614 **** | 5/23/2019 |
| 17 | 6/18/2019 | ship | 984 | DXP-PW 0126110; PEOPLEFLO_0016502 | 6 | 10% | $1,980.00 | | | $1,980.00 | | Line 15 | DXP-PW 114858; PEOPLE_0012236 | 6/14/2019 |
| 18 | 6/21/2019 | ship | 985 | DXP-PW 0128062; PEOPLEFLO_0003029 | 4 | 10% | $1,320.00 | | | $1,320.00 | | Line 16 | DXP-PW 115019; PEOPLEFLO_0008250 | 6/21/2019 |
| 19 | 7/2/2019 | ship | 986 | DXP-PW 0142980; PEOPLEFLO_0015945 | 6 | 10% | $1,980.00 | | | $1,980.00 | | Line 17 | DXP-PW 116146; PEOPLEFLO_0008087 | 7/2/2019 |
| 20 | 7/26/2019 | ship | 988 | DXP-PW 0126112; PEOPLEFLO_0015955 | 4 | 10% | $1,320.00 | | | $1,320.00 | | Line 18 | DXP-PW 116674; PEOPLEFLO_0009637 | 7/26/2019 |
| 21 | 8/9/2019 | ship | 994 | DXP-PW 0129442; PEOPLEFLO_0018470 | 5 | 10% | $1,650.00 | | | $1,650.00 | | Line 19 | DXP-PW 116719; PEOPLEFLO_0009354 | 8/7/2019 |
| 22 | 8/14/2019 | ship | 995 | DXP-PW 0126113; PEOPLEFLO_0015910 | 6 | 10% | $1,980.00 | | | $1,980.00 | | Line 20 | DXP-PW 116785; PEOPLEFLO_0008143 | 8/14/2019 |
| 23 | 11/1/2019 | ship | 1003 | DXP-PW 0142971; PEOPLEFLO_0015927 | 1 | 10% | $330.00 | | | $330.00 | | Line 21 | DXP-PW 125603; PEOPLEFLO_0008928 | 10/24/2019 |
| 24 | 12/20/2019 | ship | 1011 | DXP-PW 0142973; PEOPLEFLO_0009201 | 2 | 50% | $3,300.00 | | | $3,300.00 | | Line 11 | | |
| 25 | 12/20/2019 | 40% prepay | 1012 | DXP-PW 0142974; PEOPLEFLO_0009202 | 8 | 40% | $10,560.00 | | | $0.00 | | Line 22 | N/A | |
| 26 | 2/4/2020 | ship | 1018 | DXP-PW 0142975; PEOPLEFLO_0010382 | 6 | 10% | $1,980.00 | | | $1,980.00 | | | DXP-PW 132819; PEOPLEFLO_0009646 | 2/3/2020 |
| 27 | 2/19/2020 | ship | 1023 | DXP-PW 0142976; PEOPLEFLO_0010368 | 5 | 10% | $1,650.00 | | | $1,650.00 | | | DXP-PW 134537 | 2/19/2020 |
| 28 | 4/17/2020 | ship | 1031 | DXP-PW 0142999 | 1 | 10% | $330.00 | | | $330.00 | | | DXP-PW 141323; PEOPLEFLO_0003967 | 4/17/2020 |
| 29 | † Indicates a balance that was paid after the production of the Shafer Chart on 1/3/2020<br>** This shipment invoice reflected a 3x4x7 low torque MCU which was not ordered in PO 4744 or counted as a contract purchase. Credit for the value of this machine at $3,300 is included in the value of misc goods.<br>*** The shipping date indicated on this packing slip (DXP-PW 0114152) was altered during printing; see Exhibit 5, p.1 People Packing Slip (PEOPLEFLO_0010051) with shipment date of 12/18/2018<br>**** The shipping date indicated on both copies of packing slips was altered during printing; see Exhibit 3, PeopleFlo Invoice No. 981 (PEOPLEFLO_0015906) with shipment date of 5/23/2019 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | |
| 31 | PO# | 5263 | | | qty: | 100 | | paid to-date: | $364,716.00 | | shipped: | 27 | | |
| 32 | desc | Grp2 HT STOCK ORDER | | | ea: | $3,960 | | shipment balance: | $2,376 | | cost of pumps shipped: | $106,920 | | |
| 33 | BATES | DXP-PW 0128479-83 | | | total: | $396,000 | | to completion of PO: | $31,284 | | | | | |
| 34 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 35 | 7/6/2018 | 50% prepay | 967 | PEOPLEFLO_0020117 | 100 | 50% | $198,000.00 | $198,000 | 8/8/2018 | $0.00 | Line 70 (18) | Line 28 | N/A | |
| 36 | 2/11/2019 | 40% prepay | 979 | DXP-PW 0110204; PEOPLEFLO_0015901 | 100 | 40% | $158,400.00 | $158,400 | 4/3/2019 | $0.00 | (40) | Line 29 | N/A | |

|   | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 10/28/2019 | ship | 1002 | DXP-PW 0128422; PEOPLEFLO_0015934 | 5 | 10% | $1,980.00 | $1,980 | 1/17/2020 | $0.00 | Line 9 (23) | Line 30 [†] | DXP-PW 0125602; PEOPLEFLO_0009000 | 10/24/2019 |
| 38 | 11/4/2019 | ship | 1004 | DXP-PW 0129425; PEOPLEFLO_0009504 | 4 | 10% | $1,584.00 | $1,584 | 1/17/2020 | $0.00 | Line 14 (25) | Line 31 [†] | DXP-PW 126079; PEOPLEFLO_0010796 | 11/4/2019 |
| 39 | 12/18/2019 | ship | 1009 | DXP-PW 0129428; PEOPLFLO_0020211 | 6 | 10% | $2,376.00 | $2,376 | 1/17/2020 | $0.00 | Line 17 (26) | Line 32 [†] | DXP-PW 128580; PEOPLEFLO_0009806 | 12/13/2019 |
| 40 | 12/30/2019 | ship | 1013 | DXP-PW 0129315; PEOPLEFLO_0007915 | 6 | 10% | $2,376.00 | $2,376 | 1/17/2020 | $0.00 | Line 11 (24) | Line 33 [†] | DXP-PW 129235; PEOPLEFLO_0007897 | 12/27/2019 |
| 41 | 3/12/2020 | ship | 1027 | DXP-PW 0142991; PEOPLEFLO_0010369 | 6 | 10% | $2,376.00 |  |  | $2,376.00 |  |  | DXP-PW 0136431; PEOPLEFLO_0003956 | 3/12/2020 |
| 42 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 43 | PO# | 7024 |  |  | qty: | 200 | paid to-date: | $514,516.40 |  | shipped: | 46 |  |  |  |
| 44 | desc | combined LT + HT |  |  | ea: | mixed | shipment balance: | $8,270 |  | cost of pumps shipped: | $130,812 |  |  |  |
| 45 | BATES | PEOPLEFLO_0002870-75 |  |  | total: | $567,600 | to completion of PO: | $53,084 |  |  |  |  |  |  |
| 46 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 47 | 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149; PEOPLEFLO_0015940 | 200 | 50% | $283,800.00 | $283,800 | 6/12/2019 | $0.00 |  | Lines 39 & 50 |  |  |
| 48 | 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435; PEOPLEFLO_0015836 | 200 | 40% | $227,040.00 | $227,040 | 9/16/2019 | $0.00 |  | Lines 40 & 51 |  |  |
| 49 | 9/16/2019 | ship | 998 | DXP-PW 0126115; PEOPLEFLO_0015960 | 1 | 10% | $297.00 | $297 | 11/4/2019 | $0.00 | Line 46 (10) | Line 52 |  |  |
| 50 | 9/23/2019 | ship | 999 * | DXP-PW 0126116; PEOPLEFLO_0015958 | 6 | 10% | $1,702.80 | $1,703 | 11/4/2019 | -$0.20 | Line 48 (11) | Lines 41 & 53 | See Below |  |
| 51 | 10/7/2019 | ship | 1001 | DXP-PW 0126108; PEOPLEFLO_0015916 | 6 | 10% | $1,676.40 | $1,676 | 1/17/2020 | $0.00 | Line 24 (27) | Lines 42 & 54 [†] |  |  |
| 52 | 11/26/2019 | ship | 1007 | DXP-PW 0142972; PEOPLEFLO_0010378 | 6 | 10% | $1,676.40 |  |  | $1,676.40 | Line 5 | Lines 43 & 55 |  |  |
| 53 | 12/30/2019 | ship | 1014 | DXP-PW 0129316; PEOPLEFLO_0007916 | 6 | 10% | $1,755.60 |  |  | $1,755.60 | Line 7 | Lines 44 & 56 |  |  |
| 54 | 1/21/2020 | ship | 1015 | DXP-PW 0132708; PEOPLEFLO_0010381 | 6 | 10% | $1,702.80 |  |  | $1,702.80 |  |  |  |  |
| 55 | 2/27/2020 | ship | 1024 | DXP-PW 0142990; PEOPLEFLO_0010384 | 5 | 10% | $1,458.60 |  |  | $1,458.60 |  |  |  |  |
| 56 | 3/18/2020 | ship | 1028 | DXP-PW 0142992; PEOPLEFLO_0010385 | 6 | 10% | $1,676.40 |  |  | $1,676.40 |  |  |  |  |
| 57 | 4/17/2020 | ship | 1030 | DXP-PW 0198273 | 4 | 10% | $1,135.20 |  |  | $1,135.20 |  |  |  |  |
| 58 |  | * Invoice 999 incorrectly rounds up the total to $1,703 but it should be $1,702.80 |  |  |  |  |  |  |  |  |  |  |  |  |
| 59 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 60 | PO# | 7024 |  |  | qty: | 100 | paid to-date: | $245,434.40 |  | shipped: | 22 |  |  |  |
| 61 | desc | Grp1 Low Torque (LT) STOCK ORDER |  |  | ea: | $2,706 | shipment balance: | $3,518 |  | cost of pumps shipped: | $59,532 |  |  |  |
| 62 | BATES | PEOPLEFLO_0002870-75 |  |  | total: | $270,600 | to completion of PO: | $25,166 |  |  |  |  |  |  |
| 63 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 64 | 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149; PEOPLEFLO_0015940 | 100 | 50% | $135,300.00 | $135,300 | 6/12/2019 | $0.00 |  | Line 39 | N/A |  |
| 65 | 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435; PEOPLEFLO_0015836 | 100 | 40% | $108,240.00 | $108,240 | 9/16/2019 | $0.00 |  | Line 40 | N/A |  |
| 66 | 9/23/2019 | ship | 999 | DXP-PW 0126116; PEOPLEFLO_0015958 | 3 | 10% | $811.80 | $812 | 11/4/2019 | -$0.20 | Line 48 (11) | Line 41 | DXP-PW 122747; PEOPLEFLO_0010109 | 9/23/2019 |
| 67 | 10/7/2019 | ship | 1001 | DXP-PW 0126108; PEOPLEFLO_0015916 | 4 | 10% | $1,082.40 | $1,082 | 1/17/2020 | $0.00 | Line 24 (27) | Line 42 [†] | DXP-PW 124795; PEOPLEFLO_0010798 | 10/7/2019 |
| 68 | 11/26/2019 | ship | 1007 | DXP-PW 0142972; PEOPLEFLO_0010378 | 4 | 10% | $1,082.40 |  |  | $1,082.40 | Line 5 | Lines 43 | DXP-PW 127247; PEOPLEFLO_0010264 | 11/26/2019 |
| 69 | 12/30/2019 | ship | 1014 | DXP-PW 0129316; PEOPLEFLO_0007916 | 1 | 10% | $270.60 |  |  | $270.60 | Line 7 | Lines 44 | DXP-PW 129234; PEOPLEFLO_0009808 | 12/27/2019 |
| 70 | 1/21/2020 | ship | 1015 | DXP-PW 0132708; PEOPLEFLO_0010381 | 3 | 10% | $811.80 |  |  | $811.80 |  |  | DXP-PW 132005; PEOPLEFLO_0009372 | 1/21/2020 |
| 71 | 2/27/2020 | ship | 1024 | DXP-PW 0142990; PEOPLEFLO_0010384 | 1 | 10% | $270.60 |  |  | $270.60 |  |  | DXP-PW 135389; PEOPLEFLO_0009062 | 2/27/2020 |

| | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 3/18/2020 | ship | 1028 | DXP-PW 0142992; PEOPLEFLO_0010385 | 4 | 10% | $1,082.40 | | | $1,082.40 | | | DXP-PW 136619; PEOPLEFLO_0012287 | 3/17/2020 |
| 73 | 4/17/2020 | ship | 1030 | DXP-PW 0198273 | 2 | 10% | $541.20 | | | $541.20 | | | DXP-PW 141322; PEOPLEFLO_0003968 | 4/17/2020 |
| 74 | | | | | | | | | | | | | | |
| 75 | PO# | 7024 | | | qty: | 100 | paid to-date: | $269,082.00 | | shipped: | 24 | | | |
| 76 | desc | Grp1 High Torque (HT) STOCK ORDER | | | ea: | $2,970 | shipment balance: | $4,752 | | cost of pumps shipped: | $71,280 | | | |
| 77 | BATES | PEOPLEFLO_0002870-75 | | | total: | $297,000 | to completion of PO: | $27,918 | | | | | | |
| 78 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 79 | 5/24/2019 | 50% prepay | 982 | DXP-PW 0114149; PEOPLEFLO_0015940 | 100 | 50% | $148,500.00 | $148,500 | 6/12/2019 | $0.00 | | Line 50 | N/A | |
| 80 | 8/20/2019 | 40% prepay | 996 | DXP-PW 0121435; PEOPLEFLO_0015836 | 100 | 40% | $118,800.00 | $118,800 | 9/16/2019 | $0.00 | | Line 51 | N/A | |
| 81 | 9/16/2019 | ship | 998 | DXP-PW 0126115; PEOPLEFLO_0015960 | 1 | 10% | $297.00 | $297 | 11/4/2019 | $0.00 | Line 46 (10) | Line 52 | DXP-PW 122138; PEOPLEFLO_0012530 | 9/16/2019 |
| 82 | 9/23/2019 | ship | 999 | DXP-PW 0126116; PEOPLEFLO_0015958 | 3 | 10% | $891.00 | $891 | 11/4/2019 | $0.00 | Line 48 (11) | Line 53 | DXP-PW 122747; PEOPLEFLO_0010109 | 9/23/2019 |
| 83 | 10/7/2019 | ship | 1001 | DXP-PW 0126108; PEOPLEFLO_0015916 | 2 | 10% | $594.00 | $594 | 1/17/2020 | $0.00 | Line 24 (27) | Line 54 † | DXP-PW 124795; PEOPLEFLO_0010798 | 10/7/2019 |
| 84 | 11/26/2019 | ship | 1007 | DXP-PW 0142972; PEOPLEFLO_0010378 | 2 | 10% | $594.00 | | | $594.00 | Line 5 | Line 55 | DXP-PW 127247; PEOPLEFLO_0010264 | 11/26/2019 |
| 85 | 12/30/2019 | ship | 1014 | DXP-PW 0129316; PEOPLEFLO_0007916 | 5 | 10% | $1,485.00 | | | $1,485.00 | Line 7 | Line 56 | DXP-PW 129234; PEOPLEFLO_0009808 | 12/27/2019 |
| 86 | 1/21/2020 | ship | 1015 | DXP-PW 0132708; PEOPLEFLO_0010381 | 3 | 10% | $891.00 | | | $891.00 | | | DXP-PW 132005; PEOPLEFLO_0009372 | 1/21/2020 |
| 87 | 2/27/2020 | ship | 1024 | DXP-PW 0142990; PEOPLEFLO_0010384 | 4 | 10% | $1,188.00 | | | $1,188.00 | | | DXP-PW 135389; PEOPLEFLO_0009062 | 2/27/2020 |
| 88 | 3/18/2020 | ship | 1028 | DXP-PW 0142992; PEOPLEFLO_0010385 | 2 | 10% | $594.00 | | | $594.00 | | | DXP-PW 136619; PEOPLEFLO_0012287 | 3/17/2020 |
| 89 | 4/17/2020 | ship | 1030 | DXP-PW 0198273 | 2 | 10% | $594.00 | | | $594.00 | | | DXP-PW 141322; PEOPLEFLO_0003968 | 4/17/2020 |
| 90 | | | | | | | | | | | | | | |
| 91 | PO# | none | | | qty: | 1 | | | | | | | | |
| 92 | desc | MCU demo | | | ea: | $7,600 | | | | | | | | |
| 93 | BATES | none | | | total: | $7,600 | | | | | | | | |
| 94 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 95 | 10/3/2018 | ship | 969 | DXP-PW 0104962; PEOPLEFLO_0018547 | 1 | 100% | $7,600.00 | $7,600 | 1/14/2019 | $0.00 | Line 66 (5) | Line 62 | DXP-PW 126789; PEOPLEFLO_0003579 | 8/28/2019 |
| 96 | | | | | | | | | | | | | | |
| 97 | PO# | verbal: Trey Maxwell | | | qty: | 1 | | | | | | | | |
| 98 | desc | 2x3x13 | | | ea: | $3,300 | | | | | | | | |
| 99 | BATES | none | | | total: | $3,300 | | | | | | | | |
| 100 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 101 | 12/5/2018 | ship | 974 | DXP-PW 0107238; PEOPLEFLO_0004692 | 1 | 100% | $3,300.00 | $3,300 | 1/14/2019 | $0.00 | Line 64 (4) | Line 68 | | |
| 102 | | | | | | | | | | | | | | |
| 103 | PO# | 7025 | | | qty: | 1 | | | | | | | | |
| 104 | desc | MCU upgrades | | | ea: | $2,676 | | | | | | | | |
| 105 | BATES | PEOPLEFLO_0010410-14 | | | total: | $2,676 | | | | | | | | |
| 106 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 107 | 5/24/2019 | ship partial | | | | | | | | | | | | |
| 108 | 5/28/2019 | ship remaining | 983 | DXP-PW 0129436; PEOPLEFLO_0016499 | 1 | 100% | $2,676.00 | $2,676 | 1/17/2020 | $0.00 | Line 30 (30) | Line 75 † | | |
| 109 | | | | | | | | | | | | | | |
| 110 | PO# | 7168 | | | qty | 1 | | | | | | | | |
| 111 | desc | 2x3x13 | | | $ ea | $4,290 | | | | | | | | |
| 112 | BATES | PEOPLEFLO_0002972-76 | | | $ total | $4,290 | | | | | | | | |

|   | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 114 | 6/21/2019 | ship | 987 | DXP-PW 0129441; PEOPLEFLO_0018460 | 1 | 100% | $4,290.00 | $4,290 | 1/17/2020 | $0.00 | Line 38 (32) | Line 81 † | DXP-PW 0115019; PEOPLEFLO_0008250 | 6/21/2019 |
| 115 | | | | | | | | | | | | | | |
| 116 | | | | | | | | | | | | | | |
| 117 | PO# | 7548 | | | qty: 1 | | | | | | | | | |
| 118 | desc | PPG repair | | | ea: $1,046 | | | | | | | | | |
| 119 | BATES | PEOPLEFLO_0003437-41 | | | total: $1,046 | | | | | | | | | |
| 120 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 121 | 10/4/2019 | ship | 1000 | DXP-PW 0126107; PEOPLEFLO_0015923 | 1 | 100% | $1,046.00 | $1,046 | 1/17/2020 | $0.00 | Line 26 (28) | Line 87 † | DXP-PW 125868; PEOPLEFLO_0009424 | 10/4/2019 |
| 122 | | | | | | | | | | | | | | |
| 123 | PO# | 7653 | | | qty: 1 | | | | | | | | | |
| 124 | desc | G2 sectioned demo | | | ea: $6,600 | | | | | | | | | |
| 125 | BATES | PEOPLEFLO_0018069-73 | | | total: $6,600 | | | | | | | | | |
| 126 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 127 | 11/19/2019 | ship | 1006 | DXP-PW 0126752; PEOPLEFLO_0016508 | 1 | 100% | $6,600.00 | $6,600 | 1/17/2020 | $0.00 | Line 32 (31) | Line 93 † | | |
| 128 | | | | | | | | | | | | | | |
| 129 | PO# | 7707 | | | qty: 1 | | | | | | | | | |
| 130 | desc | 2x3x13, as parts | | | ea: $2,970 | | | | | | | | | |
| 131 | BATES | PEOPLEFLO_0003678-82 | | | total: $2,970 | | | | | | | | | |
| 132 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 133 | 11/26/2019 | ship partial | | | | | | | | | | | | |
| 134 | 12/18/2019 | ship remaining | 1010 | DXP-PW 0129429; PEOPLEFLO_0020213 | 1 | 100% | $2,970.00 | $2,970 | 1/17/2020 | $0.00 | Line 28 (29) | Line 100 † | DXP-PW 0127303; PEOPLEFLO_0003589 | 11/26/2019 |
| 135 | | | | | | | | | | | | | | |
| 136 | PO# | 7739 | | | qty: 2 | | | | | | | | | |
| 137 | desc | 1x1.5x6 cutaway | | | ea: $5,412 | | | | | | | | | |
| 138 | BATES | PEOPLEFLO_0003771-75 | | | total: $10,824 | | | | | | | | | |
| 139 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 140 | | ship | 1016 | *see cumulative invoices PEOPLEFLO 0003972 | 2 | 100% | $10,824.00 | | | $10,824.00 | | | DXP-PW 132006; PEOPLEFLO_0009371 | 1/21/2020 |
| 141 | | | | | | | | | | | | | | |
| 142 | PO# | 7740 | | | qty: 6 | | | | | | | | | |
| 143 | desc | 2x3x13 | | | ea: $2,970 | | | | | | | | | |
| 144 | BATES | PEOPLEFLO_0003766-70 | | | total: $17,820 | | | | | | | | | |
| 145 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 146 | 2/21/2020 | ship | 1020 | PEOPLEFLO 3995 | 6 | 100% | $17,820.00 | | | $17,820.00 | | | DXP-PW 134072; PEOPLEFLO_0009369 | 2/12/2020 |
| 147 | | | | | | | | | | | | | | |
| 148 | PO# | 7896 | | | qty: 1 | | | | | | | | | |
| 149 | desc | bushings and o-rings | | | ea: $1,192.50 | | | | | | | | | |
| 150 | BATES | PEOPLEFLO_0003923-27 | | | total: $1,192.50 | | | | | | | | | |
| 151 | date | event | invoice | invoice BATES | qty | % invoiced | value | paid $ | pay date | balance | ERP Payment Records Line #s (Wick Verification Line #'s) | Shafer Chart | Packing Slip | Ship Date |
| 152 | 2/27/2020 | ship | 1025 | PEOPLEFLO 3998 | 1 | 100% | $1,192.50 | | | $1,192.50 | | | DXP-PW 135388; PEOPLEFLO_0009061 | 2/27/2020 |
| 153 | | | | | | | | | | | | | | |