IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.** <br><br> Plaintiff, <br> v. <br><br> SUNDYNE, LLC; ACCUDYNE INDUSTRIES LLC; DXP ENTERPRISES INC.; and PUMPWORKS, LLC <br><br> Defendants, | Case No. 1:20-CV-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |
| **PUMPWORKS, LLC** <br><br> Counter-Plaintiff, <br> v. <br><br> **PEOPLEFLO MANUFACTURING, INC.** <br><br> Counter-Defendant. | |

**NOTICE OF DEFENDANT/COUNTER-PLAINTIFF PUMPWORKS, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE THREE EXHIBITS UNDER SEAL**

1

Please take notice that on the 21st of August, 2025, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manish S. Shah, or any judge sitting in his stead in Courtroom 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Counter-Plaintiff PumpWorks LLC's Unopposed Motion for Leave to File Three Exhibits Under Seal, a copy of which is enclosed herewith and hereby served upon you.

Date: August 15, 2025            Respectfully submitted,

**PUMPWORKS, LLC**

By: /s/ Monica L. Thompson

Monica L. Thompson (ARDC No. 6181455)
mthompson@tottislaw.com
Keith Stolte (ARDC No. 6244848)
kstolte@tottislaw.com

**TottisLaw**
401 N. Michigan, Suite 530
Chicago, IL  60611
Tel: (312) 527-1400
Fax: (312) 589-7192

*Attorneys for PumpWorks, LLC*