IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLEFLO MANUFACTURING, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC, <br><br> **Defendants,** | Case No. 1: 20-CV-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |
| PUMPWORKS, LLC, <br><br> **Counter-Plaintiff,** <br><br> v. <br><br> PEOPLEFLO MANUFACTURING, INC., <br><br> **Counter-Defendant.** | |

**JOINT STATUS REPORT OF PEOPLEFLO MANUFACTURING, INC., SUNDYNE. LLC, AND ACCUDYNE INDUSTRIES, LLC**

Plaintiff/Counter-Defendant, PeopleFlo Manufacturing, Inc. ("Plaintiff" or "PeopleFlo"), and Defendants, Sundyne, LLC ("Sundyne") and Accudyne Industries, LLC ("Accudyne"), collective the "Parties," by and through their respective counsel, submit the following Joint Status Report in accord with Dkt #470.

1. On August 14, 2025, Sundyne made a supplemental production following Dkt #470. Counsel have conferred about this production and will alert the Court of issues, if any, relating to this production or Dkt #470.

2. The Parties previously agreed upon a schedule for the exchange of expert reports or disclosures for non-damages experts, along with a deposition schedule. Defendants ask for one

small change to the schedule set forth in Dkt #453 and Dkt#455 relating to non-damages experts. Defendants have requested and Plaintiff does not oppose, an extension from September 12 to September 19 to provide its Rule 26(a)(2) disclosure for its independent expert on liability, Kees Van der Sluijs.

      3.    For damages expert discovery, considering the foregoing, and other scheduling conflicts for the Parties and their experts, the Parties propose the following schedule for damages experts:

- Friday, October 10, 2025: deadline to submit Rule 26(a)(2) disclosures and initial expert reports;

- Friday, November 14, 2025: deadline to submit Rule 26(a)(2) disclosures and reports for rebuttal; and

- Friday, December 5, 2025: deadline to complete depositions of damages experts.

Dated: August 22, 2025                            Respectfully submitted,

By: /s/ John T. Ruskusky                  By: /s/ Christopher T. Sheean

John T. Ruskusky
(jtruskusky@nixonpeabody.com)
**Nixon Peabody LLP**
70 West Madison Street, Suite 3500
Chicago, IL 60602
Telephone: (312) 977-4400

*Attorneys for Plaintiff PeopleFlo Manufacturing, Inc.*

Christopher T. Sheean
(csheean@smbtrials.com)
Eric J. Skwiat (eskwiat@smbtrials.com)
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash St., Suite. 3300
Chicago, Illinois 60611
(312) 222-8559

*Attorneys for Defendant, Sundyne, LLC and Defendant Accudyne Industries, LLC.*