# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.

                        Plaintiff,

v.                                          Case No.: 1:20−cv−03642

                                                   Honorable Manish S. Shah

Sundyne, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 24, 2025:

      MINUTE entry before the Honorable Young B. Kim: In light of the joint status report (R. 477), this court amends the expert discovery schedule as follows: (1) Defendants to serve Kees Van der Sluijs's expert report on Plaintiff by September 19, 2025; (2) exchange expert reports on damages by October 10, 2025; and (3) exchange all rebuttal expert reports by November 14, 2025; and (4) complete all expert depositions by December 5, 2025. Parties are ordered to file another joint status report by September 1, 2025, with new confirmed deposition dates for the following: (a) William Blankemeier; (b) Gary Kleinrichert; (c) Claire Barton; (d) David Clark; and (e) Kees van der Sluijs. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.