IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,**<br><br>**Defendants,** | Case No. 1: 20-CV-03642<br><br>Honorable Manish S. Shah<br><br>Magistrate Judge Young B. Kim |
| **PUMPWORKS, LLC,**<br><br>**Counter-Plaintiff,**<br><br>v.<br><br>**PEOPLEFLO MANUFACTURING, INC.,**<br><br>**Counter-Defendant.** | |

### JOINT STATUS REPORT OF PEOPLEFLO MANUFACTURING, INC., SUNDYNE. LLC, AND ACCUDYNE INDUSTRIES, LLC

Plaintiff PeopleFlo Manufacturing, Inc., and Defendants Sundyne, LLC and Accudyne Industries, LLC (collectively, the "Expert Parties"), by and through their respective counsel, submit the following Joint Status Report in accord with Dkt #478 that the following expert deposition dates have been scheduled:

1. William Blankemeier on September 29, 2025.

2. Claire Barton on October 20, 2025.

3. David Clark on October 21, 2025.

4. Kees van der Sluijs on October 29, 2025.

5. Gary Kleinrichert on December 3, 2025.

Counsel for the Expert Parties continue to cooperate on scheduling, and thus if agreeable to the Court, the Expert Parties respectfully request that the Order relating to this Status Report state that the Expert Parties, by agreement, may revise any of these dates provided that such depositions shall occur prior to December 5, 2025.

| | |
|---|---|
| Dated: September 2, 2025 | Respectfully submitted, |
| By: */s/ John T. Ruskusky* | By: */s/ Christopher T. Sheean* |
| John T. Ruskusky<br>(jtruskusky@nixonpeabody.com)<br>**Nixon Peabody LLP**<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>Telephone: (312) 977-4400<br><br>*Attorneys for Plaintiff PeopleFlo Manufacturing, Inc.* | Christopher T. Sheean<br>(csheean@smbtrials.com)<br>Eric J. Skwiat (eskwiat@smbtrials.com)<br>**SWANSON, MARTIN & BELL, LLP**<br>330 N. Wabash St., Suite. 3300<br>Chicago, Illinois 60611<br>(312) 222-8559<br><br>*Attorneys for Defendant, Sundyne, LLC and Defendant Accudyne Industries, LLC.* |