# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                              Plaintiff,

v.                                                              Case No.: 1:20−cv−03642
                                                                Honorable Manish S. Shah

Sundyne, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2025:

       MINUTE entry before the Honorable Young B. Kim: In light of the status report (R. 479), the parties are to complete the following expert depositions on the 2025 (dates) noted: (1) William Blankemeier (September 29); (2) Claire Barton (October 20); (3) David Clark (October 21); (4) Kees van der Sluijs (October 29); and (5) Gary Kleinrichert (December 3). Parties may choose to cancel and waive the right to depose an expert and may also modify this confirmed deposition schedule by agreement only for good cause. However, the depositions must be completed by December 5, 2025. Failure to meet this deadline may result in the court barring experts from offering their opinions. Unless a discovery related motion or a joint motion for settlement conference is pending as of December 5, 2025, this court will terminate the referral and return the case to the presiding District Judge on December 6, 2025. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.