IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SUNDYNE, LLC; ACCUDYNE INDUSTRIES LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** <br><br> **Defendants,** | Case No. 1: 20-CV-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |
| **PUMPWORKS, LLC,** <br><br> **Counter-Plaintiff,** <br><br> v. <br><br> **PEOPLEFLO MANUFACTURING, INC.,** <br><br> **Counter-Defendant.** | |

## UNOPPOSED MOTION RELATING TO BRIEFING SCHEDULE

Plaintiff/Counter-Defendant PeopleFlo Manufacturing, Inc. ("PeopleFlo"), by and through its counsel, submits this Unopposed Motion:

1. On August 15, 2025, Defendant/Counter-Plaintiff PumpWorks, LLC filed a Memorandum in Support of PumpWorks, LLC's Prove Up of Damages (the "Memo"). Dkt. 471.

2. The Court previously set a response date of September 5, 2025.

3. Due to unexpected travel and related work for PeopleFlo's counsel for expedited discovery and briefing (including responding to an emergency motion to appellate stay) in another matter during the past two weeks, PeopleFlo requested one additional business day (three

additional calendar days) until September 8, 2025 to file its response to the Memo (with the understanding that the reply date would similarly be moved to September 29, 2025).

4. PumpWorks' counsel confirmed that it has no objection to the extension request or this Motion.

WHEREFORE, PeopleFlo hereby requests that the Court enter an Order on this unopposed motion resetting its response date to the Memo to September 8, 2025 and the reply date for the Memo to September 29, 2025.

Dated: September 5, 2025              Respectfully submitted,

By: /s/ John T. Ruskusky

John T. Ruskusky
(jtruskusky@nixonpeabody.com)
**Nixon Peabody LLP**
70 West Madison Street, Suite 3500
Chicago, IL 60602
Telephone: (312) 977-4400

*Attorney for Plaintiff PeopleFlo Manufacturin Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2025, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

/s/ John T. Ruskusky
*Counsel for PeopleFlo, Manufacturing, Inc.*