# EXHIBIT 4

Case: 1:20-cv-03642 Document #: 343-4 Filed: 09/08/25 Page 2 of 37 PageID #:18508

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

PEOPLEFLO MANUFACTURING,  §
INC.,                     §
                          §
    Plaintiff,            §
                          §
VS.                       §   Case No. 20-cv-03642
                          §
SUNDYNE, LLC, ACCUDYNE    §
INDUSTRIES LLC, DXP       §
ENTERPRISES, INC., and    §
PUMPWORKS, LLC,           §
                          §
    Defendants.           §
_____§
                          §
PUMPWORKS, LLC,           §
                          §
    Counter-Plaintiff,    §
                          §
VS.                       §
                          §
PEOPLEFLO MANUFACTURING,  §
INC.,                     §
                          §
    Counter-Defendant.    §
```

ORAL DEPOSITION OF GEORGE CONRAD GIESSING

Houston, Texas

January 12, 2023

9:08 a.m.

Reported by:

Micheal A. Johnson, RDR, CRR

Job No. 18311

```
 1  I only make five Group 1 MCUs a week.  I make five
 2  MCUs a week.  That was what PeopleFlo told us.
 3       Q.    Okay.
 4       A.    So I'm just trying to confirm or what --
 5  I didn't write the purchase order, but the purchase
 6  order was trying to confirm what their lead time
 7  would be.  And we got no response from anybody at
 8  PeopleFlo questioning those placeholders or getting
 9  back to us to tell us what those deliveries would
10  be.
11       Q.    Well, we'll show you some documents in a
12  second that you may have missed.
13       A.    Okay.
14       Q.    But my question for you again is the
15  purchase orders did not specify delivery date,
16  correct?
17             MS. THOMPSON:  Asked and answered.
18       A.    Asked and answered, yeah.  I don't have
19  any other comments to make.
20  BY MR. RUSKUSKY:
21       Q.    Okay.  The contract, the development
22  supply agreement, did not specify a delivery date
23  for the MCUs, is that correct, on behalf of
24  PumpWorks?
25       A.    No, it did not.
```

1    REPORTER'S CERTIFICATION
2
3        I, Micheal A. Johnson, Registered Diplomate
4 Reporter and Notary Public in and for the State of
5 Texas, certify that on the 12th day of
6 January, 2023, I reported the Oral Deposition of
7 GEORGE CONRAD GIESSING, after the witness had first
8 been duly cautioned and sworn to testify under oath;
9 said deposition was subsequently transcribed by me
10 and under my supervision and contains a full, true
11 and complete transcription of the proceedings had at
12 said time and place; and that reading and signing
13 was requested.
14        I further certify that I am neither counsel
15 for nor related to any party in this cause and am
16 not financially interested in its outcome.
17        GIVEN UNDER MY HAND AND SEAL of office on
18 this 12th day of January, 2023.
19
20
21    _____
      MICHEAL A. JOHNSON, RDR, CRR
22    NCRA Registered Diplomate Reporter
      NCRA Certified Realtime Reporter
23    Notary Public in and for the
      State of Texas
24    My Commission Expires: 8/8/2024
      Thompson Court Reporters, Inc.
25