# EXHIBIT 5

**From:** "charles.harvey@pumpworks.com" <charles.harvey@pumpworks.com>
**Sent:** Fri, 20 Mar 2020 21:56:24 +0000
**To:** "Trey Maxwell" <Trey.Maxwell@dxpe.com>
**Subject:** Re: Peopleflo

Yes I'm on it. Want to make sure we discuss that.
Regards,
Charles Harvey
Operations Manager
PumpWorks Industrial
Cell: (832) 648-0976
Office: (713) 892-5883

**From:** Trey Maxwell <trey.maxwell@dxpe.com>
**Sent:** Friday, March 20, 2020 4:54 PM
**To:** Charles Harvey
**Subject:** Re: Peopleflo

We have a call with them next week. I think you are invited?

Trey Maxwell
Vice President - Manufacturing
DXP Enterprises, Inc.
5301 Hollister Dr.
Houston, Texas 77040
Cell: 281-788-4491
trey.maxwell@dxpe.com
www.dxpe.com
www.pumpworks.com

> On Mar 20, 2020, at 12:49 PM, Charles Harvey <Charles.Harvey@pumpworks.com> wrote:
>
> Can we cut off their production or does that present a contract risk? They are sending more and more MCUs
>
>
> Regards,


EXHIBIT 600
WIT: Harvey
DATE: 1-11-23
Micheal A. Johnson, RDR, CRR

Charles Harvey
Operations Manager
PumpWorks Industrial
Cell: (832) 648-0976
Office: (713) 892-5883