# EXHIBIT 6

| | |
|---|---|
| From: | Trey.Maxwell@dxpe.com |
| Sent: | Tue, 3 Dec 2019 20:01:27 +0000 |
| To: | "David Little" <David.Little@dxpe.com> |
| Subject: | Re: Pump Works Inventory Value |

Yes. This is a prime focus and will be on Charles' COMP plan in 2020.

Booking rates have improved significantly in the last few weeks. We also have almost sold out of one size of SealWorks.

The kit inventory is already falling but gets offset by SealWorks, some final receipts of PWPC items from Seepex and large SL item receipts from Peopleflo.

Trey Maxwell
VP-Manufacturing
DXP Enterprises, Inc
M 281-788-4491


On Dec 3, 2019, at 1:55 PM, David Little <David.Little@dxpe.com> wrote:

> Trey
> Based on current demand and future outlook we need to start bring south belts inventory down.
> Thx
> David
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Penny Aichlmayr <Penny.Aichlmayr@dxpe.com>
>> **Date:** December 2, 2019 at 4:47:18 PM CST
>> **To:** David Vinson <David.Vinson@dxpe.com>
>> **Cc:** David Little <David.Little@dxpe.com>
>> **Subject: RE: Pump Works Inventory Value**
>>
>> David, here are the inventory values for the end of October for Pump Works Product:

EXHIBIT 643
WIT: Giessing
DATE: 1-12-23
Micheal A. Johnson, RDR, CRR

DXP-PW 0127563 (Confidential)