# EXHIBIT 7

| | |
|---|---|
| **From:** | Clark Shafer <cshafer@peopleflo.com> |
| **Sent:** | Monday, April 20, 2020 11:27 AM |
| **To:** | 'PeQuietta Bolden' |
| **Cc:** | 'Jennifer Blaszkowski'; 'David Catano'; 'Blankemeier William' |
| **Subject:** | RE: INVOICES |
| **Attachments:** | inv 1023.pdf; inv 1027.pdf; inv 984.pdf; inv 985.pdf; inv 986.pdf; inv 988.pdf; inv 994.pdf; inv 995.pdf; inv 1003.pdf; inv 1007.pdf; inv 1011.pdf; inv 1012.pdf; inv 1015.pdf; inv 1018.pdf; inv 1020.pdf; inv 1024.pdf; inv 1028.pdf; inv 1025.pdf |

Pequietta,

Here are the invoices.

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

**From:** PeQuietta Bolden [mailto:pequietta.bolden@dxpe.com]
**Sent:** Monday, April 20, 2020 10:43 AM
**To:** Clark Shafer <cshafer@peopleflo.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Cc:** Jennifer Blaszkowski <jennifer.blaszkowski@dxpe.com>; David Catano <david.catano@dxpe.com>
**Subject:** INVOICES

Hi Clark,

Would you please send me the following invoices below.

1

| 06/18/2019 | Invoice #984: Due 07/03/2019. | 1,9 |
| 06/21/2019 | Invoice #985: Due 07/06/2019. | 1,3 |
| 07/02/2019 | Invoice #986: Due 07/17/2019. | 1,9 |
| 07/26/2019 | Invoice #988: Due 08/10/2019. | 1,3 |
| 08/09/2019 | Invoice #994: Due 08/24/2019. | 1,6 |
| 08/14/2019 | Invoice #995: Due 08/29/2019. | 1,9 |
| 11/01/2019 | Invoice #1003: Due 11/16/2019. | 3 |
| 11/26/2019 | Invoice #1007: Due 12/11/2019. | 1,6 |
| 12/20/2019 | Invoice #1011: Due 01/04/2020. | 3,3 |
| 12/20/2019 | Invoice #1012: Due 01/04/2020. | 10,5 |
| 01/21/2020 | Invoice #1015: Due 02/05/2020. | 1, |
| 01/21/2020 | Invoice #1016: Due 02/05/2020. | 10, |
| 02/04/2020 | Invoice #1018: Due 02/19/2020. | 1,9 |
| 02/12/2020 | Invoice #1020: Due 03/13/2020. | 17,8 |
| 02/19/2020 | Invoice #1023: Due 03/05/2020. | 1,6 |
| 02/27/2020 | Invoice #1024: Due 03/28/2020. | 1,4 |
| 02/27/2020 | Invoice #1025: Due 03/28/2020. | 1, |
| 03/12/2020 | Invoice #1027: Due 04/11/2020. | 2,3 |
| 03/18/2020 | Invoice #1028: Due 04/17/2020. | 1,6 |

Thanks

**Pequietta Bolden**
Accounting Clerk
DXP Enterprises, Inc.
713-996-4839
Pequietta.bolden@dxpe.com
www.dxpe.com

**From:** Clark Shafer [mailto:cshafer@peopleflo.com]
**Sent:** Monday, April 20, 2020 8:59 AM
**To:** B27 Accounting - Southbelt <B27Accounting-Southbelt@dxpe.com>
**Cc:** David Catano <david.catano@dxpe.com>; Shauna Lauerman <Shauna.Lauerman@dxpe.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Subject:** account statement

Accounts payable,

CONFIDENTIAL

PEOPLEFLO_0003978

Please see the attached account statement, which shows 20 invoices that are past-due, including 11 invoices that are over 90 days late.  If payment has been recently sent, please disregard this message; otherwise please provide us with an expected payment date.

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1023
**DATE** 02/19/2020
**DUE DATE** 03/05/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00114-4001**<br>MCU KIT,3x4x8G,G2LT,VI,CG,SS | 5 | 3,300.00 | 16,500.00 |
| | **Deposit on Contract**<br>utilization of prepayment | 5 | -2,970.00 | -14,850.00 |

| | BALANCE DUE | **$1,650.00** |
|--|-------------|---------------|

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1027
**DATE** 03/12/2020
**DUE DATE** 04/11/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00111-4001**<br>MCU KIT,3x4x7,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| | **195-00113-4001**<br>MCU KIT,2x3x8,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| | **195-00115-4001**<br>MCU KIT,3x4x8G,G2HT,VI,CG,SS | 4 | 3,960.00 | 15,840.00 |
| | **Deposit on Contract**<br>Utilization of prepayment, 90% | 6 | -3,564.00 | -21,384.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE

# $2,376.00

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 984
**DATE** 06/18/2019
**DUE DATE** 07/03/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 06/18/2019 | **MCU-2x3x8 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-3x4x8G magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 4 | 330.00 | 1,320.00 |
| 06/18/2019 | **MCU-3x4x8 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-1x2x10 magnetic coupling unit**<br>• DXP Part #: 195-00124-4001<br>per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-1.5x3x10 magnetic coupling unit**<br>• per quote no.:  BFT32318<br>• material:  316 SS<br>• coupling:  LT (low torque)<br>• bushing:  carbon-graphite<br>• o-rings:  Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **MCU-2x3x10 magnetic coupling unit**<br>• per quote no.:  BFT32318 | 2 | 330.00 | 660.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | • material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | | | |
| 06/18/2019 | **MCU-3x4x10 magnetic coupling unit**<br>• per quote no.: BFT32318<br>• material: 316 SS<br>• coupling: LT (low torque)<br>• bushing: carbon-graphite<br>• o-rings: Viton | 0 | 330.00 | 0.00 |
| 06/18/2019 | **Special tool**<br>F00386 | 1 | 0.00 | 0.00 |
| 06/18/2019 | **Hardware kit** | 1 | 0.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**      **$1,980.00**



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 985
**DATE** 06/21/2019
**DUE DATE** 07/06/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 06/21/2019 | **195-00122-4001**<br>MCU kit, 2x3x10, G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 06/21/2019 | **195-00124-4001**<br>MCU lit, 4x4x10,G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 06/21/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -11,880.00 | -11,880.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**          **$1,320.00**

PEOPLEFLO_0003984



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# Invoice

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 986
**DATE** 07/02/2019
**DUE DATE** 07/17/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/02/2019 | **195-00114-4001**<br>MCU kit, 3x4x8G, G2LT, VI, CG, SS | 6 | 3,300.00 | 19,800.00 |
| 07/02/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -17,820.00 | -17,820.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**

# $1,980.00

CONFIDENTIAL

PEOPLEFLO_0003985



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 988
**DATE** 07/26/2019
**DUE DATE** 08/10/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 07/26/2019 | **195-00116-4001**<br>MCU KIT, 3x4x8, 2GLT, VI, CG, SS | 3 | 3,300.00 | 9,900.00 |
| 07/26/2019 | **195-00120-4001**<br>MCU KIT, 1.5x3x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 07/26/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -11,880.00 | -11,880.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**            **$1,320.00**

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 994
**DATE** 08/09/2019
**DUE DATE** 08/24/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 08/09/2019 | **195-00118-4001**<br>MCU kit, 1x2x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 08/09/2019 | **195-00120-4001**<br>MCU KIT, 1.5x3x10, G2LT, VI, CG, SS | 3 | 3,300.00 | 9,900.00 |
| 08/09/2019 | **195-00122-4001**<br>MCU kit, 2x3x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 08/09/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -14,850.00 | -14,850.00 |
| 08/09/2019 | **WFA-0222**<br>13" impeller castings | 2 | 0.00 | 0.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

BALANCE DUE
**$1,650.00**

CONFIDENTIAL

PEOPLEFLO_0003987



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 995
**DATE** 08/14/2019
**DUE DATE** 08/29/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 08/14/2019 | **195-00114-4001**<br>MCU kit, 3x4x8G, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 08/14/2019 | **195-00116-4001**<br>MCU kit, 3x4x8, G2LT, VI, CG, SS | 2 | 3,300.00 | 6,600.00 |
| 08/14/2019 | **195-00124-4001**<br>MCU kit, 3x4x10,G2LT, VI, CG, SS | 3 | 3,300.00 | 9,900.00 |
| 08/14/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -17,820.00 | -17,820.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE** **$1,980.00**

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

| | |
|---|---|
| **INVOICE #** | 1003 |
| **DATE** | 11/01/2019 |
| **DUE DATE** | 11/16/2019 |
| **TERMS** | Net 15 |

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/01/2019 | **195-00118-4001**<br>MCU kit, 1x2x10, G2LT, VI, CG, SS | 1 | 3,300.00 | 3,300.00 |
| 11/01/2019 | **Deposit on Contract**<br>Utilization of prepayment | 1 | -2,970.00 | -2,970.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE**      **$330.00**



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1007
**DATE** 11/26/2019
**DUE DATE** 12/11/2019
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/26/2019 | **195-00100-4001**<br>MCU KIT,1x1.5x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 11/26/2019 | **195-00106-4001**<br>MCU KIT,1x1.5x8,G1LT,VI,CG,SS | 3 | 2,706.00 | 8,118.00 |
| 11/26/2019 | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 11/26/2019 | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 11/26/2019 | **Deposit on Contract**<br>utilization of prepayment | 1 | -15,087.60 | -15,087.60 |

BALANCE DUE **$1,676.40**

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 1011
**DATE** 12/20/2019
**DUE DATE** 01/04/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/12/2018 | **195-00118-4001**<br>MCU KIT,1x2x10,G2LT,VI,CG,SS | 2 | 3,300.00 | 6,600.00 |
| 11/12/2018 | **Deposit on Contract**<br>utilization of prepayment (50%) | 2 | -1,650.00 | -3,300.00 |

NOTE: this is a late invoice for items shipped in 2018 but not previously invoiced

**BALANCE DUE**

## $3,300.00

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1012
**DATE** 12/20/2019
**DUE DATE** 01/04/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/12/2018 | **Deposit on Contract**<br>40% prepayment | 8 | 1,320.00 | 10,560.00 |

NOTE:  this is a late invoice for 40% prepayment for 8 additional units
that should have been on prior invoice 977 from 2/2019.

**BALANCE DUE**                    **$10,560.00**

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1015
**DATE** 01/21/2020
**DUE DATE** 02/05/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/21/2020 | **195-00102-4001**<br>MCU KIT,1.5x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 01/21/2020 | **195-00108-4001**<br>MCU KIT,1.5x3x8,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| 01/21/2020 | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 3 | -2,435.40 | -7,306.20 |
| 01/21/2020 | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 3 | -2,673.00 | -8,019.00 |

BALANCE DUE                          **$1,702.80**

CONFIDENTIAL

PEOPLEFLO_0003993



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1018
**DATE** 02/04/2020
**DUE DATE** 02/19/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00004744

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/04/2020 | **195-00112-4001**<br>MCU KIT,2x3x8,G2LT,VI,CG,SS | 1 | 3,300.00 | 3,300.00 |
| 02/04/2020 | **195-00114-4001**<br>MCU KIT,3x4x8G,G2LT,VI,CG,SS | 5 | 3,300.00 | 16,500.00 |
| 02/04/2020 | **Deposit on Contract**<br>utilization of prepayment | 6 | -2,970.00 | -17,820.00 |

BALANCE DUE   **$1,980.00**



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1020
**DATE** 02/12/2020
**DUE DATE** 03/13/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00007740

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00126-4001**<br>MCU KIT,2x3x13,G2LT,VI,CG,SS | 6 | 2,970.00 | 17,820.00 |

BALANCE DUE **$17,820.00**

CONFIDENTIAL



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1024
**DATE** 02/27/2020
**DUE DATE** 03/28/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00106-4001**<br>MCU KIT,1x1.5x8,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 1 | -2,435.40 | -2,435.40 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 4 | -2,673.00 | -10,692.00 |

BALANCE DUE $1,458.60

CONFIDENTIAL

PEOPLEFLO_0003996



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1028
**DATE** 03/18/2020
**DUE DATE** 04/17/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **195-00100-4001**<br>MCU KIT,1x1.5x6,G1LT,VI,CG,SS | 2 | 2,706.00 | 5,412.00 |
| | **195-00102-4001**<br>MCU KIT,1.5x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00105-4001**<br>MCU KIT,2x3x6,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 4 | -2,435.40 | -9,741.60 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 2 | -2,673.00 | -5,346.00 |

BALANCE DUE

# $1,676.40

CONFIDENTIAL

PEOPLEFLO_0003997



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1025
**DATE** 02/27/2020
**DUE DATE** 03/28/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00007896

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **MC11**<br>Bushing, SiC, per print rev R0.0 | 1 | 1,110.00 | 1,110.00 |
| | **HW274**<br>O-ring, Viton, 75 duro, -279 size | 1 | 37.00 | 37.00 |
| | **HW260**<br>O-ring, Viton, 75 duro, -116 size | 1 | 1.00 | 1.00 |
| | **HW262**<br>O-ring, Viton, 75 duro, -158 size | 1 | 11.00 | 11.00 |
| | **HW263**<br>O-ring, Viton, 75 duro, -255 size | 1 | 18.00 | 18.00 |
| | **HW259**<br>O-ring, Viton, 75 duro, -039 size | 2 | 4.00 | 8.00 |
| | **HW258**<br>O-ring, Viton, 75 duro, -030 size | 2 | 2.00 | 4.00 |
| | **HW261**<br>O-ring, Viton, 75 duro, -139 size | 1 | 3.50 | 3.50 |

BALANCE DUE **$1,192.50**