# EXHIBIT 8

| | |
|---|---|
| From: | PeQuietta Bolden <pequietta.bolden@dxpe.com> |
| Sent: | Tuesday, April 28, 2020 9:09 AM |
| To: | Clark Shafer; Charles Harvey; Regina Mobley; Robby Robinson |
| Cc: | 'Blankemeier William'; Jennifer Blaszkowski; David Catano |
| Subject: | RE: INVOICES |
| Attachments: | FW: INVOICES - SB7024 & SB5263 (325 KB) |

Good morning,

I am still waiting on the following invoices above.

Regina – please advise when PO and invoice match each other.

Charles – please get with PeopleFlo about PO-SB4744, they are still requiring payment.

Thanks

**Pequietta Bolden**
Accounting Clerk
DXP Enterprises, Inc.
713-996-4839
Pequietta.bolden@dxpe.com
www.dxpe.com

---

**From:** Clark Shafer [mailto:cshafer@peopleflo.com]
**Sent:** Monday, April 27, 2020 12:13 PM
**To:** PeQuietta Bolden <pequietta.bolden@dxpe.com>
**Cc:** 'Blankemeier William' <wblankemeier@peopleflo.com>
**Subject:** RE: INVOICES

Pequietta,

Following up – do you have a payment date for us yet?

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

**From:** PeQuietta Bolden [mailto:pequietta.bolden@dxpe.com]
**Sent:** Monday, April 20, 2020 11:29 AM
**To:** Clark Shafer <cshafer@peopleflo.com>
**Subject:** RE: INVOICES

Thanks Clark, going to look into them and I will get back with you.


**Pequietta Bolden**
Accounting Clerk
DXP Enterprises, Inc.
713-996-4839
Pequietta.bolden@dxpe.com
www.dxpe.com



**From:** Clark Shafer [mailto:cshafer@peopleflo.com]
**Sent:** Monday, April 20, 2020 11:27 AM
**To:** PeQuietta Bolden <pequietta.bolden@dxpe.com>
**Cc:** Jennifer Blaszkowski <jennifer.blaszkowski@dxpe.com>; David Catano <david.catano@dxpe.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Subject:** RE: INVOICES

Pequietta,

Here are the invoices.

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

**From:** PeQuietta Bolden [mailto:pequietta.bolden@dxpe.com]
**Sent:** Monday, April 20, 2020 10:43 AM
**To:** Clark Shafer <cshafer@peopleflo.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Cc:** Jennifer Blaszkowski <jennifer.blaszkowski@dxpe.com>; David Catano <david.catano@dxpe.com>
**Subject:** INVOICES

Hi Clark,

Would you please send me the following invoices below.

CONFIDENTIAL  PEOPLEFLO_0004009

| Date | Invoice | Amount |
|---|---|---|
| 06/18/2019 | Invoice #984: Due 07/03/2019. | 1,9 |
| 06/21/2019 | Invoice #985: Due 07/06/2019. | 1,3 |
| 07/02/2019 | Invoice #986: Due 07/17/2019. | 1,9 |
| 07/26/2019 | Invoice #988: Due 08/10/2019. | 1,3 |
| 08/09/2019 | Invoice #994: Due 08/24/2019. | 1,6 |
| 08/14/2019 | Invoice #995: Due 08/29/2019. | 1,9 |
| 11/01/2019 | Invoice #1003: Due 11/16/2019. | 3 |
| 11/26/2019 | Invoice #1007: Due 12/11/2019. | 1,6 |
| 12/20/2019 | Invoice #1011: Due 01/04/2020. | 3,3 |
| 12/20/2019 | Invoice #1012: Due 01/04/2020. | 10,5 |
| 01/21/2020 | Invoice #1015: Due 02/05/2020. | 1, |
| 01/21/2020 | Invoice #1016: Due 02/05/2020. | 10, |
| 02/04/2020 | Invoice #1018: Due 02/19/2020. | 1, |
| 02/12/2020 | Invoice #1020: Due 03/13/2020. | 17, |
| 02/19/2020 | Invoice #1023: Due 03/05/2020. | 1, |
| 02/27/2020 | Invoice #1024: Due 03/28/2020. | 1, |
| 02/27/2020 | Invoice #1025: Due 03/28/2020. | 1, |
| 03/12/2020 | Invoice #1027: Due 04/11/2020. | 2, |
| 03/18/2020 | Invoice #1028: Due 04/17/2020. | 1, |

Thanks

**Pequietta Bolden**
Accounting Clerk
DXP Enterprises, Inc.
713-996-4839
Pequietta.bolden@dxpe.com
www.dxpe.com

---

**From:** Clark Shafer [mailto:cshafer@peopleflo.com]
**Sent:** Monday, April 20, 2020 8:59 AM
**To:** B27 Accounting - Southbelt <B27Accounting-Southbelt@dxpe.com>
**Cc:** David Catano <david.catano@dxpe.com>; Shauna Lauerman <Shauna.Lauerman@dxpe.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Subject:** account statement

Accounts payable,

3

Please see the attached account statement, which shows 20 invoices that are past-due, including 11 invoices that are over 90 days late. If payment has been recently sent, please disregard this message; otherwise please provide us with an expected payment date.

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

CONFIDENTIAL                                                                                                                           PEOPLEFLO_0004011

| | |
|---|---|
| From: | PeQuietta Bolden <pequietta.bolden@dxpe.com> |
| Sent: | Monday, April 20, 2020 2:10 PM |
| To: | Regina Mobley |
| Cc: | Charles Harvey; Jennifer Blaszkowski; David Catano |
| Subject: | FW: INVOICES - SB7024 & SB5263 |
| Attachments: | inv 1027.pdf; inv 1015.pdf; inv 1024.pdf; inv 1028.pdf |

Regina,

PO does not match the invoice.



Thanks

**Pequietta Bolden**
Accounting Clerk
DXP Enterprises, Inc.
713-996-4839
Pequietta.bolden@dxpe.com
www.dxpe.com

1

**From:** Clark Shafer [mailto:cshafer@peopleflo.com]
**Sent:** Monday, April 20, 2020 11:27 AM
**To:** PeQuietta Bolden <pequietta.bolden@dxpe.com>
**Cc:** Jennifer Blaszkowski <jennifer.blaszkowski@dxpe.com>; David Catano <david.catano@dxpe.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Subject:** RE: INVOICES

Pequietta,

Here are the invoices.

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

**From:** PeQuietta Bolden [mailto:pequietta.bolden@dxpe.com]
**Sent:** Monday, April 20, 2020 10:43 AM
**To:** Clark Shafer <cshafer@peopleflo.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Cc:** Jennifer Blaszkowski <jennifer.blaszkowski@dxpe.com>; David Catano <david.catano@dxpe.com>
**Subject:** INVOICES

Hi Clark,

Would you please send me the following invoices below.

| Date | Invoice | Amount |
|---|---|---|
| 06/18/2019 | Invoice #984: Due 07/03/2019. | 1,9 |
| 06/21/2019 | Invoice #985: Due 07/06/2019. | 1,3 |
| 07/02/2019 | Invoice #986: Due 07/17/2019. | 1,9 |
| 07/26/2019 | Invoice #988: Due 08/10/2019. | 1,3 |
| 08/09/2019 | Invoice #994: Due 08/24/2019. | 1,6 |
| 08/14/2019 | Invoice #995: Due 08/29/2019. | 1,9 |
| 11/01/2019 | Invoice #1003: Due 11/16/2019. | 3 |
| 11/26/2019 | Invoice #1007: Due 12/11/2019. | 1,6 |
| 12/20/2019 | Invoice #1011: Due 01/04/2020. | 3,3 |
| 12/20/2019 | Invoice #1012: Due 01/04/2020. | 10,5 |

2

| | | |
|---|---|---|
| 01/21/2020 | Invoice #1015: Due 02/05/2020. | 1, |
| 01/21/2020 | Invoice #1016: Due 02/05/2020. | 10, |
| 02/04/2020 | Invoice #1018: Due 02/19/2020. | 1, |
| 02/12/2020 | Invoice #1020: Due 03/13/2020. | 17, |
| 02/19/2020 | Invoice #1023: Due 03/05/2020. | 1, |
| 02/27/2020 | Invoice #1024: Due 03/28/2020. | 1, |
| 02/27/2020 | Invoice #1025: Due 03/28/2020. | 1, |
| 03/12/2020 | Invoice #1027: Due 04/11/2020. | 2, |
| 03/18/2020 | Invoice #1028: Due 04/17/2020. | 1, |

Thanks

**Pequietta Bolden**
Accounting Clerk
DXP Enterprises, Inc.
713-996-4839
Pequietta.bolden@dxpe.com
www.dxpe.com

---

**From:** Clark Shafer [mailto:cshafer@peopleflo.com]
**Sent:** Monday, April 20, 2020 8:59 AM
**To:** B27 Accounting - Southbelt <B27Accounting-Southbelt@dxpe.com>
**Cc:** David Catano <david.catano@dxpe.com>; Shauna Lauerman <Shauna.Lauerman@dxpe.com>; 'Blankemeier William' <wblankemeier@peopleflo.com>
**Subject:** account statement

Accounts payable,

Please see the attached account statement, which shows 20 invoices that are past-due, including 11 invoices that are over 90 days late. If payment has been recently sent, please disregard this message; otherwise please provide us with an expected payment date.

Regards,
Clark Shafer
PeopleFlo Manufacturing, Inc.
CShafer@PeopleFlo.com
630-862-1604

THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error please contact info@peopleflo.com. Thank you.

CONFIDENTIAL PEOPLEFLO_0004014



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 1027
**DATE** 03/12/2020
**DUE DATE** 04/11/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00005263

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **195-00111-4001**<br>MCU KIT,3x4x7,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| | **195-00113-4001**<br>MCU KIT,2x3x8,G2HT,VI,CG,SS | 1 | 3,960.00 | 3,960.00 |
| | **195-00115-4001**<br>MCU KIT,3x4x8G,G2HT,VI,CG,SS | 4 | 3,960.00 | 15,840.00 |
| | **Deposit on Contract**<br>Utilization of prepayment, 90% | 6 | -3,564.00 | -21,384.00 |

remit payment to:
Chase Bank
2850 Mannheim Rd
Franklin Park, IL 60131
Routing: 071000013
Acct: 872318001

**BALANCE DUE** $2,376.00



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1015
**DATE** 01/21/2020
**DUE DATE** 02/05/2020
**TERMS** Net 15

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/21/2020 | **195-00102-4001**<br>MCU KIT,1.5x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00107-4001**<br>MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 1 | 2,970.00 | 2,970.00 |
| 01/21/2020 | **195-00108-4001**<br>MCU KIT,1.5x3x8,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| 01/21/2020 | **195-00109-4001**<br>MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| 01/21/2020 | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 3 | -2,435.40 | -7,306.20 |
| 01/21/2020 | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 3 | -2,673.00 | -8,019.00 |

BALANCE DUE **$1,702.80**



10045 West Pacific Avenue
Franklin Park, IL 60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX 75711 USA

**INVOICE #** 1024
**DATE** 02/27/2020
**DUE DATE** 03/28/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **195-00106-4001** <br> MCU KIT,1x1.5x8,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00107-4001** <br> MCU KIT,1x1.5x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **195-00109-4001** <br> MCU KIT,1.5x3x8,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **Deposit on Contract** <br> utilization of prepayment, 90% (for LT versions) | 1 | -2,435.40 | -2,435.40 |
| | **Deposit on Contract** <br> utilization of prepayment, 90% (for HT versions) | 4 | -2,673.00 | -10,692.00 |

**BALANCE DUE** $1,458.60



10045 West Pacific Avenue
Franklin Park, IL  60131
(847)929-4774
info@peopleflo.com
http://www.peopleflo.com

# INVOICE

**BILL TO**
Best PumpWorks
PO Box 7095
Tyler, TX  75711 USA

**INVOICE #** 1028
**DATE** 03/18/2020
**DUE DATE** 04/17/2020
**TERMS** Net 30

**P.O. NUMBER**
SB00007024

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **195-00100-4001**<br>MCU KIT,1x1.5x6,G1LT,VI,CG,SS | 2 | 2,706.00 | 5,412.00 |
| | **195-00102-4001**<br>MCU KIT,1.5x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00104-4001**<br>MCU KIT,2x3x6,G1LT,VI,CG,SS | 1 | 2,706.00 | 2,706.00 |
| | **195-00105-4001**<br>MCU KIT,2x3x6,G1HT,VI,CG,SS | 2 | 2,970.00 | 5,940.00 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for LT versions) | 4 | -2,435.40 | -9,741.60 |
| | **Deposit on Contract**<br>utilization of prepayment, 90% (for HT versions) | 2 | -2,673.00 | -5,346.00 |

**BALANCE DUE** $1,676.40