## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**PEOPLEFLO MANUFACTURING, INC.,**

**Plaintiff,**

**v.**

**SUNDYNE, LLC; ACCUDYNE INDUSTRIES LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,**

**Defendants,**

**Case No.  1: 20-CV-03642**

**Honorable Manish S. Shah**

**Magistrate Judge Young B. Kim**

## UNOPPOSED MOTION RELATING TO EXPERT SCHEDULE

Plaintiff PeopleFlo Manufacturing, Inc. ("PeopleFlo"), by and through its counsel, submits this Unopposed Motion:

1.      PeopleFlo and Defendants Sundyne, LLC and Accudyne Industries, LLC (collectively "Defendants") previously submitted a Joint Status Report setting forth dates of certain expert reports and depositions.

2.      Due to an unexpected conflict for PeopleFlo's counsel, PeopleFlo and Defendants have agreed to reset the date for one deposition (Mr. Blankemeier) from September 29, 2025 to October 6, 2025.

3.      Defendants' counsel confirmed that it has no objection to this Motion or this reset date of October 6, 2025.

WHEREFORE, PeopleFlo hereby requests that the Court enter an Order on this unopposed motion resetting the deposition date for Mr. Blankemeier from September 29, 2025 to October 6, 2025.

Dated:  September 25, 2025        Respectfully submitted,

By: */s/ John T. Ruskusky*

John T. Ruskusky
(jtruskusky@nixonpeabody.com)
**Nixon Peabody LLP**
70 West Madison Street, Suite 3500
Chicago, IL 60602
Telephone: (312) 977-4400

*Attorney for Plaintiff*
*PeopleFlo Manufacturing, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on September 25, 2025, he served a copy of the foregoing

on all counsel of record via electronic case filing procedures.

*/s/ John T. Ruskusky*
*Counsel for PeopleFlo Manufacturing, Inc.*
