# EXHIBIT 18

# Keith Stolte

| | |
|---|---|
| **From:** | Ruskusky, John <jtruskusky@nixonpeabody.com> |
| **Sent:** | Tuesday, August 12, 2025 3:27 PM |
| **To:** | Keith Stolte |
| **Cc:** | Monica Thompson |
| **Subject:** | RE: Stipulation |

Keith – PeopleFlo will stipulate to the authenticity of the packing slips and invoices previously sent. I also am looking into a copy of Invoice 1016.

John

**From:** Keith Stolte <KStolte@tottislaw.com>
**Sent:** Saturday, August 9, 2025 12:17 PM
**To:** Ruskusky, John <jtruskusky@nixonpeabody.com>
**Cc:** Monica Thompson <mthompson@tottislaw.com>
**Subject:** Stipulation

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

John:

We have not heard from you regarding our inquiry of whether your client will stipulate to the authenticity and accuracy of your client's invoices to PumpWorks and packing slips for the MCU's your client delivered to Pumpworks. As I explained to you at court, use of these documents in the damages calculation are to your client's benefit and a stipulation will relieve you of the burden of having to authenticate them and prove their accuracy.

Keith M. Stolte
TottisLaw
401 N. Michigan Avenue
Suite 530
Chicago, IL 60611
(312) 527-1400
(312) 527-1447 (direct)
(312) 589-7192 (fax)
www.tottislaw.com

Confidentiality Statement:

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged or confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at 312-527-1400.