IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLEFLO MANUFACTURING, INC.,<br><br>**Plaintiff,**<br><br>v.<br><br>SUNDYNE, LLC; ACCUDYNE INDUSTRIES LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,<br><br>**Defendants,** | Case No. 1: 20-CV-03642<br><br>Honorable Manish S. Shah<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

Please take notice that on Thursday, October 9, 2025, at 11:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff PeopleFlo Manufacturing, Inc. shall appear before the Honorable Magistrate Judge Young B. Kim, or any judge sitting in his stead in Courtroom 1019 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Plaintiff's Motion Relating to Expert Schedule, Dkt. 487.

Dated: October 7, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ John T. Ruskusky*

　　　　　　　　　　　　　　　　　　　　John T. Ruskusky
　　　　　　　　　　　　　　　　　　　　(jtruskusky@nixonpeabody.com)
　　　　　　　　　　　　　　　　　　　　**Nixon Peabody LLP**
　　　　　　　　　　　　　　　　　　　　70 West Madison Street, Suite 3500
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 977-4400

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff PeopleFlo Manufacturing, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 7, 2025, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

                                                            */s/ John T. Ruskusky*
                                                            *Counsel for PeopleFlo Manufacturing, Inc.*