# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PeopleFlo Manufacturing, Inc.
                          Plaintiff,

v.                                                                  Case No.: 1:20–cv–03642
                                                                          Honorable Manish S. Shah

Sundyne, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for extension of time [487] is granted over Defendants' objection. Appearance on October 9, 2025, is not required to present this motion. Plaintiff is granted until October 17, 2025, to serve its expert report on damages. Defendants then have until November 21, 2025, to serve their rebuttal report, and the parties have until December 19, 2025, to complete expert depositions. In light of this modification, unless a discovery related motion or a joint motion for settlement conference is pending as of December 22, 2025, this court will terminate the referral and return the case to the presiding District Judge on December 23, 2025. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.