**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: PeopleFlo Manufacturing, Inc. v. Sundyne, LLC, et al.

Case Number: 20-cv-3642

An appearance is hereby filed by the undersigned as attorney for:
PeopleFlo Manufacturing, Inc.

Attorney name (type or print): Brady C. McMillin

Firm: Nixon Peabody LLP

Street address: 70 W. Madison St., Suite 5200

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6341846
(See item 3 in instructions)

Telephone Number: 312-977-4400

Email Address: bmcmillin@nixonpeabody.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 17, 2025

Attorney signature: S/ Brady C. McMillin
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023