IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-03642 |
| **SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** | Honorable Manish S. Shah |
| Defendants, | Magistrate Judge Young B. Kim |
| **PUMPWORKS, LLC,** | |
| Counter-Plaintiff, | |
| v. | |
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| Counter-Defendant. | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL OF RECORD**

Max A. Stein, having filed an appearance as attorney on behalf of Defendant DXP Enterprises, Inc., and of Defendant/Counter-Plaintiff PumpWorks, LLC, moves pursuant to Local Rule 83.17 for entry of an Order permitting him to withdraw as counsel of record for DXP Enterprises, Inc., and PumpWorks, LLC.

1.     Mr. Stein filed an appearance on behalf of DXP Enterprises, Inc., and PumpWorks, LLC on October 18, 2022.  Dkt. # 261.

2.     At that time, DXP Enterprises, Inc., and PumpWorks, LLC were already represented by attorneys Monica L. Thompson, Kevin Tottis, and Keith M. Stolte of TottisLaw.

3.     Mr. Stein is no longer associated with TottisLaw, having moved to the law firm Maxson Mago & Macaulay, LLP. Mr. Stein has not participated in the case from the point of his

departure and, accordingly, wishes to withdraw from this case.

4. Defendant DXP Enterprises, Inc., and of Defendant/Counter-Plaintiff PumpWorks, LLC will continue to be represented by attorneys Monica L. Thompson, Kevin Tottis, and Keith M. Stolte of TottisLaw.

5. This Motion is made in good faith and does not appear likely to prejudice any party or affect any deadlines. Counsel for Plaintiff/Counter-Defendant PeopleFlo Manufacturing and counsel for Defendants Sundyne, LLC and Accudyne Industries, LLC do not oppose this Motion.

WHEREFORE, Max A. Stein respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for Defendant DXP Enterprises, Inc., and of Defendant/Counter-Plaintiff PumpWorks, LLC in this case and for such other and further relief as the Court deems just and proper.

Dated: October 22, 2025

Respectfully submitted,

**DXP ENTERPRISES, INC., and PUMPWORKS LLC**

By: /s/ Max A. Stein
    One of Their Attorneys

Monica L. Thompson (ARDC No. 6181455)
mthompson@tottislaw.com
Kevin Tottis (ARDC No. 6193853)
ktottis@tottislaw.com
Keith Stolte (ARDC No. 6244848)
kstolte@tottislaw.com
Max A. Stein (ARDC No. 6275993)
mstein@tottislaw.com
TOTTISLAW
401 N. Michigan, Suite 530
Chicago, IL 60611
Tel: (312) 527-1400
Fax: (312) 589-7192

*Attorneys for DXP Enterprises, Inc., and PumpWorks, LLC*

2