IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLEFLO MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNDYNE, LLC; ACCUDYNE INDUSTRIES LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC, <br><br> Defendants, | Case No. 1: 20-CV-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |

## JOINT MOTION RELATING TO EXPERT SCHEDULE

Plaintiff PeopleFlo Manufacturing, Inc. ("PeopleFlo") and Defendants Sundyne, LLC and Accudyne Industries, LLC (collectively "Defendants"), by and through their counsel, submit this Joint Motion:

1. PeopleFlo and Defendants previously submitted a Joint Status Report setting forth dates of certain expert reports and depositions.

2. Due to the schedules for counsel for both parties and their respective experts, PeopleFlo and Defendants have agreed to reset the dates for two upcoming depositions. Defendants' technical expert Mr. van der Sluijs will be reset to November 17, 2025 and PeopeFlo's damages expert Chris Robinson (Secretariat) will be reset to December 10, 2025.

3. Defendants' counsel confirmed that it has no objection to this Motion. All revised dates occur within the time period set for expert discovery.

WHEREFORE, PeopleFlo and Defendants hereby request that the Court enter an Order on this unopposed motion resetting the deposition date for Mr. van der Sluijs to November 17, 2025 and Mr. Robinson to December 10, 2025.

Dated: October 28, 2025　　　　　　　　　　　　Respectfully submitted,

By: /s/ John T. Ruskusky

John T. Ruskusky
(jtruskusky@nixonpeabody.com)
Brady McMillin
(bmcmillin@nixonpeabody.com)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, IL 60602
Telephone: (312) 977-4400

*Attorneys for Plaintiff PeopleFlo Manufacturing, Inc.*

By: /s/ Christopher T. Sheean

Christopher T. Sheean
(csheean@smbtrials.com)
Eric J. Skwiat (eskwiat@smbtrials.com)
Swanson, Martin & Bell, LLP
330 N. Wabash St., Suite. 3300
Chicago, Illinois 60611
(312) 222-8559

*Attorneys for Defendant, Sundyne, LLC and Defendant Accudyne Industries, LLC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 28, 2025, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

/s/ John T. Ruskusky
*Counsel for PeopleFlo, Manufacturing, Inc.*