# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

PeopleFlo Manufacturing, Inc.

                          Plaintiff,

v.                                                   Case No.: 1:20–cv–03642

                                                              Honorable Manish S. Shah

Sundyne, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

        MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for leave to reschedule [492] is granted. In the motion, the parties seek to reschedule the deposition of Kees van der Sluijs from tomorrow to November 19, 2025, and for leave to complete the deposition of Chris Robinson on December 10, 2025. This court assumes that Plaintiff is offering Robinson instead of Gary Kleinrichert as its damages expert. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.