IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLEFLO MANUFACTURING, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> SUNDYNE, LLC; ACCUDYNE INDUSTRIES LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC, <br><br> **Defendants,** | Case No. 1: 20-CV-03642 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Young B. Kim |

## JOINT MOTION RELATING TO EXPERT SCHEDULE

Plaintiff PeopleFlo Manufacturing, Inc. ("PeopleFlo") and Defendants Sundyne, LLC and Accudyne Industries, LLC (collectively "Defendants"), by and through their counsel, submit this Joint Motion:

1. PeopleFlo and Defendants previously submitted a Joint Status Report setting forth dates of certain expert reports and depositions.

2. PeopleFlo and Defendants have agreed to reset the deposition date for Defendants' technical expert Mr. van der Slujis to December 11, 2025.

3. Defendants' counsel confirmed that it has no objection to this Motion. The revised date occurs within the time period set for expert discovery.

WHEREFORE, PeopleFlo and Defendants hereby request that the Court enter an Order on this unopposed motion resetting the deposition date for Mr. van der Slujis to December 11, 2025.

Dated: November 17, 2025                    Respectfully submitted,


By: /s/ John T. Ruskusky                    By: /s/ Christopher T. Sheean

| | |
|---|---|
| John T. Ruskusky ([jtruskusky@nixonpeabody.com](jtruskusky@nixonpeabody.com)) Brady McMillin (bmcmillin@nixonpeabody.com) Nixon Peabody LLP 70 West Madison Street, Suite 3500 Chicago, IL 60602 Telephone: (312) 977-4400<br><br>*Attorneys for Plaintiff PeopleFlo Manufacturing, Inc.* | Christopher T. Sheean ([csheean@smbtrials.com](csheean@smbtrials.com)) Eric J. Skwiat (eskwiat@smbtrials.com) Swanson, Martin & Bell, LLP 330 N. Wabash St., Suite. 3300 Chicago, Illinois 60611 (312) 222-8559<br><br>*Attorneys for Defendant, Sundyne, LLC and Defendant Accudyne Industries, LLC.* |

4923-3484-8117.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 17, 2025, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

/s/ John T. Ruskusky
*Counsel for PeopleFlo, Manufacturing, Inc.*

4923-3484-8117.1