**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

PeopleFlo Manufacturing, Inc.

      Plaintiff,

v.            Case No.: 1:20–cv–03642
            Honorable Manish S. Shah

Sundyne, LLC, et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 17, 2025:

   MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for leave to reschedule [495] is granted. Parties are granted leave to depose Kees van der Sluijs on December 11, 2025. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.