ILND 450 (Rev. 10/13): Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

PeopleFlo Manufacturing, Inc.,

Plaintiff,

v.

Sundyne, LLC, et al.,

Defendants.

Case No.  20-cv-3642
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐       in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

___

☐       in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

___

☒       other: in favor of PumpWorks and against PeopleFlo on the breach of contract claims alleged in Count I of PeopleFlo's Amended Complaint, 77 paras. 144-157, and Counterclaim I of PumpWorks's Counterclaim, 115 paras. 51-60, in the amount of $690,203.90, plus prejudgment interest at a rate of five percent per annum beginning on May 1, 2020.

___

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:   4/20/2026                    Thomas G. Bruton, Clerk of Court

ILND 450 (Rev. 10/13): Judgment in a Civil Action

/Susan McClintic , Deputy Clerk