**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| **Plaintiff,** | **Case No. 1:20-cv-03642** |
| **v.** | **Honorable Manish S. Shah** |
| **SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** | **Magistrate Judge Young B. Kim** |
| **Defendants,** | |
| **PUMPWORKS, LLC,** | |
| **Counter-Plaintiff,** | |
| **v.** | |
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| **Counter-Defendant.** | |

**JOINT AGREED MOTION TO EXTEND THE STAY OF CASE DEADLINES**

Plaintiff and Counter Defendant PeopleFlo Manufacturing, Inc. ("PeopleFlo"),

Defendant and Counter-Plaintiff PumpWorks, LLC ("PumpWorks"), and Defendants DXP

Enterprises, Inc. ("DXP"), Sundyne, LLC ("Sundyne"), and Accudyne Industries, LLC

("Accudyne") (collectively the "Parties") hereby request that the Court extend the stay of all case

deadlines to and through July 20, 2026, including without limitation:

1. The dates set by the Federal Rules of Civil Procures ("FRCP"), the Federal Rules

of Appellate Procedure ("FRAP"), or any local rule for PeopleFlo to file a Notice of Appeal in

this matter or any post-judgment motions including those under FRCP 59, 62 and FRAP 3-4.

These dates have been extended by order of the court to June 19, 2026.

2. The dates set by the FRCP or any local rule for PumpWorks or DXP to serve any

materials or file any motion for attorneys' fees or bill of costs including FRCP 54 and LR 54. These dates have been extended by order of the court to June 19, 2026.

3.      The Parties to this suit have reached an agreement which, in part, requires them to dismiss this lawsuit and for PumpWorks to file a satisfaction of judgement in the event that PeopleFlo makes certain payments and transfers certain assets to DXP no later than June 17, 2026. If PeopleFlo should fail to perform, the lawsuit will not be dismissed and there will be no satisfaction of judgement.

4.      Rather than risking the possibility of PeopleFlo's non-performance and the Parties facing expiring deadlines, the Parties seek this extension of the deadlines. If PeopleFlo fully performs, the subsequent filing of the dismissal and satisfaction of judgment will render all dates in the lawsuit moot.

The Parties seek this extension to enable them to complete settlement process that they have agreed upon.

Date: June 15, 2026

Respectfully submitted,

**PEOPLEFLO MANUFACTURING, INC**

By: /s/ John T. Ruskusky
John T. Ruskusky
jtruskusky@nixonpeabody.com
**Nixon Peabody LLP**
70 West Madison Street, Suite 3500
Chicago, IL 60602
Telephone: (312) 977-4400

**PUMPWORKS, LLC**
**DXP ENTERPRISES INC.**

By: /s/ Monica L. Thompson
Monica L. Thompson
mthompson@tottislaw.com
Keith Stolte
kstolte@tottislaw.com

2

**TOTTISLAW**
401 N. Michigan, Suite 530
Chicago, IL 60611
Tel: (312) 527-1400

**SUNDYNE LLC**
**ACCUDYNE INDUSTRIES LLC**

By: /s/ Christopher T. Sheean
Christopher T. Sheean
csheean@smbtrials.com
Eric J. Skwiat
eskwiat@smbtrials.com
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash St., Suite. 3300
Chicago, Illinois 60611
(312) 222-8559

3