**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.** | |
| **Plaintiff,** | |
| v. | **Case No.  1:20-CV-03642** |
| **SUNDYNE, LLC; ACCUDYNE INDUSTRIES LLC; DXP ENTERPRISES INC.; and PUMPWORKS, LLC** | **Honorable Manish S. Shah** |
| | **Magistrate Judge Young B. Kim** |
| **Defendants,** | |
| **PUMPWORKS, LLC** | |
| **Counter-Plaintiff,** | |
| v. | |
| **PEOPLEFLO MANUFACTURING, INC.** | |
| **Counter-Defendant.** | |

**NOTICE OF JOINT AGREED MOTION TO**
**EXTEND THE STAY OF CASE DEADLINES**

Please take notice that on the 18th of June, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manish S. Shah, or any judge sitting in his stead in Courtroom 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Joint Agreed Motion To Extend The Stay Of Case Deadlines, a copy of which is enclosed herewith and hereby served upon you.

Date: June 15, 2026

Respectfully submitted,

**PUMPWORKS, LLC**
**DXP ENTERPRISES, INC.**

By: /s/ Monica L. Thompson
Monica L. Thompson (ARDC No. 6181455)
mthompson@tottislaw.com
Keith Stolte (ARDC No. 6244848)
kstolte@tottislaw.com
**TottisLaw**
401 N. Michigan, Suite 530
Chicago, IL  60611
Tel: (312) 527-1400
Fax: (312) 589-7192

*Attorneys for PumpWorks, LLC and
DXP Enterprises, Inc.*

2