## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

PeopleFlo Manufacturing, Inc.

                          Plaintiff,

v.                                        Case No.: 1:20–cv–03642

                                        Honorable Manish S. Shah

Sundyne, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time [505] is granted, and no appearance is necessary. The court extends the deadline to file a notice of appeal to 7/20/26, and all deadlines for post–judgment motions and petitions for fees and costs are extended to 7/20/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.