**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| **Plaintiff,** | **Case No. 1:20-cv-03642** |
| **v.** | |
| **SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** | **Honorable Manish S. Shah** |
| **Defendants,** | **Magistrate Judge Young B. Kim** |
| **PUMPWORKS, LLC,** | |
| **Counter-Plaintiff,** | |
| **v.** | |
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| **Counter-Defendant.** | |

**JOINT STIPULATION TO DISMISSAL WITH PREJUDICE**
**OF COUNTS I, II, III, IV, V, VI, VII, VIII, and IX**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Rules of Civil Procedure, Plaintiff and Counter Defendant PeopleFlo Manufacturing, Inc.("PeopleFlo") and Defendant and Counter-Plaintiff PumpWorks, LLC ("PumpWorks"), together with all other parties who have answered namely Defendant DXP Enterprises, Inc. ("DXP"), Defendant Sundyne, LLC ("Sundyne"), and Defendant Accudyne Industries, LLC ("Accudyne") stipulate to the dismissal of Counts I, II, III, IV, V, VI, VII, VIII and IX in the above captioned action with prejudice with each party bearing its own fees and costs.

Date: June 17, 2026

Respectfully submitted,


**PEOPLEFLO MANUFACTURING, INC**

By: /s/ John T. Ruskusky
     John T. Ruskusky
     jtruskusky@nixonpeabody.com
     **Nixon Peabody LLP**
     70 West Madison Street, Suite 3500
     Chicago, IL 60602
     Telephone: (312) 977-4400


**PUMPWORKS, LLC**
**DXP ENTERPRISES INC.**

By: /s/ Monica L. Thompson
     Monica L. Thompson
     mthompson@tottislaw.com
     Keith Stolte
     kstolte@tottislaw.com
     **TOTTISLAW**
     401 N. Michigan, Suite 530
     Chicago, IL  60611
     Tel: (312) 527-1400
     Fax: (312) 589-7192


**SUNDYNE LLC**
**ACCUDYNE INDUSTRIES LLC**

By: /s/ Christopher T. Sheean
     Christopher T. Sheean
     csheean@smbtrials.com
     Eric J. Skwiat
     eskwiat@smbtrials.com
     **SWANSON, MARTIN & BELL, LLP**
     330 N. Wabash St., Suite. 3300
     Chicago, Illinois 60611
     (312) 222-8559