**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| **Plaintiff,** | **Case No. 1:20-cv-03642** |
| **v.** | |
| **SUNDYNE, LLC; DXP ENTERPRISES, INC.; and PUMPWORKS, LLC,** | **Honorable Manish S. Shah** |
| **Defendants,** | **Magistrate Judge Young B. Kim** |
| **PUMPWORKS, LLC,** | |
| **Counter-Plaintiff,** | |
| **v.** | |
| **PEOPLEFLO MANUFACTURING, INC.,** | |
| **Counter-Defendant.** | |

**SATISFACTION OF JUDGMENT**

WHEREAS, on April 20, 2026 a judgement was entered in favor of Defendant and Counter-Plaintiff PumpWorks, LLC and against Plaintiff and Counter-Defendant PeopleFlo Manufacturing, Inc. on PumpWorks' counterclaim in the amount of $690,203.90 plus interest from May 20, 2020 at the rate of 5% per annum.

WHEREAS the judgement has been compromised by the parties and PumpWorks has now been paid by PeopleFlo;

NOW THEREFORE, pursuant to Local Rule 58, a full satisfaction of said judgement is hereby acknowledged, and the Clerk of Court for the Northern District of Illinois is hereby authorized and directed to make an entry of full satisfaction on the docket of said judgment.

2

Date: June17, 2026                        Respectfully submitted,

                                          **PUMPWORKS, LLC**

                                          By: /s/ Monica L. Thompson
                                          Its attorney of record

                                               Monica L. Thompson
                                               mthompson@tottislaw.com
                                               Keith Stolte
                                               kstolte@tottislaw.com
                                               **TOTTISLAW**
                                               401 N. Michigan, Suite 530
                                               Chicago, IL  60611
                                               Tel: (312) 527-1400
                                               Fax: (312) 589-7192

2